# **EXHIBIT 5**



**2515 McKinney Avenue, 11th Floor**
**Dallas, Texas 75201**
**972.934.4700**
**www.NexBank.com**




```
                                           Date   8/31/18         Page      1
                                           Primary Account
                                           Enclosures
```

        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

            Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                                 Statement Dates   8/01/18 thru  9/03/18
Last Statement Balance         4,354,207.26    Days in the statement period        34
    6 Deposits/Credits         1,108,935.70    Average Ledger          1,205,562.01
    3 Checks/Debits            5,144,963.28    Average Collected       1,205,562.01
Service Charge                         .00     Interest Earned                617.68
Interest Paid                       603.26     Annual Percentage Yield Earned   0.55%
This Statement Balance           318,782.94    2018 Interest Paid           8,245.45

--------------------------------------------------------------------------------

Deposits and Additions
Date      Description                                       Amount
 8/01     IB Transfer from D ****415 to              416,000.00
          D ****130
 8/01     IB Transfer from D ****171 to              420,000.00
          D ****130
 8/01     Misc Credit                                130,000.00
 8/02     IB Transfer from D ****672 to                2,935.70
          D ****130
 8/27     IB Transfer from D ****672 to               10,000.00
          D ****130
 8/30     Misc Credit                                130,000.00
 8/31     Interest Deposit                               603.26

--------------------------------------------------------------------------------

MEMBER FDIC                  NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.




**2515 McKinney Avenue, 11th Floor**
**Dallas, Texas 75201**
972.934.4700
www.NexBank.com



```
                                           Date  8/31/18        Page     2
                                           Primary Account
                                           Enclosures


   Analysis Checking w/ Interest                     (Continued)

   Checks and Withdrawals
   Date     Description                                       Amount
   8/01     IB Transfer from D ****130 to            2,500,000.00-
            D ****884
   8/13     IB Transfer from D ****130 to            2,500,000.00-
            D ****884
   8/30     IB Transfer from D ****130 to              144,963.28-
            D ****513

   ------------------------------------------------------------------------

   Daily Balance Information
   Date        Balance        Date        Balance       Date       Balance
   8/01     2,820,207.26      8/13      323,142.96      8/30     318,179.68
   8/02     2,823,142.96      8/27      333,142.96      8/31     318,782.94

   ------------------------------------------------------------------------

                        Interest Rate Summary
                    Date             Rate
                    7/31          0.550000%


   End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
         Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
           each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | | |
| NUMBER | AMOUNT | | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | | |
| | | | | Reconcile your statement in the space provided below. | | | | |
| | | | | Enter bank balance from statement | | | | |
| | | | | Add deposits not credited by bank (if any) | | | | |
| | | | | TOTAL | | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.