# EXHIBIT 7

**From:**                  Blair Hillis <BHillis@HighlandCapital.com>
**Sent:**                 Monday, August 13, 2018 11:44 AM
**To:**                    Drew Wilson; David Klos; Corporate Accounting
**Cc:**                    Melissa Schroth
**Subject:**             RE: $2.5mm loan to Dondero

Funds have been transferred to Jim's account ending in *884.

Thanks!

Kind Regards,
Blair Roeber

---

**From:** Drew Wilson
**Sent:** Monday, August 13, 2018 9:52 AM
**To:** Blair Roeber ; David Klos ; Corporate Accounting
**Cc:** Melissa Schroth
**Subject:** $2.5mm loan to Dondero

Jim has authorized a $2.5mm loan from HCMLP to Dondero.

Blair, can you please set up this wire today? We should receive the funds from Select shortly. Loan docs are attached.

**Drew Wilson |** Senior Corporate Accountant



300 Crescent Court | Suite 700 | Dallas, Texas 75201
C: 314.369.7116 | O: 972.419.4465 | F: 972.628.4147
dwilson@hcmlp.com | www.hcmlp.com