# EXHIBIT 15

**Fill in this information to identify the case:**

Debtor name: **Highland Capital Management, L.P.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **19-34054-SGJ**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................... $ **523,970.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $ **409,580,813.30**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $ **410,104,783.30**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................ $ **34,862,225.94**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ **Unknown**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... +$ **244,455,350.78**

4. **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b $ **279,317,576.72**

Debtor **Highland Capital Management, L.P.**  Case number *(If known)* **19-34054-SGJ**
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **139 Domain Names** | $0.00 | N/A | Unknown |
| 62. | **Licenses, franchises, and royalties** **3rd Party Private Equity Management Company** | $0.00 | N/A | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | Unknown |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | | | |
| | **Notes Receivable (Exhibit D)** | 150,331,222.61 Total face amount | - | Unknown doubtful or uncollectible amount | = Unknown |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | | | |
| 73. | **Interests in insurance policies or annuities** | | | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | | | |

**Highland Capital Management LP**
**Case # 19-34054-SGJ**
**Exhibit D - Schedule 71A**

| Notes Receivable | | Total Face Amount [1] |
|---|---|---|
| Hunter Mountain Investment Trust | $ | 56,873,209.22 |
| Affiliate Note Receivable - A | | 24,534,644.03 |
| The Dugaboy Investment Trust | | 18,286,268.16 |
| Affiliate Note Receivable - B | | 10,413,539.53 |
| Affiliate Note Receivable - C | | 10,394,680.47 |
| James Dondero | | 9,334,012.00 |
| Highland Capital Management Services, Inc. | | 7,482,480.88 |
| Siepe | | 2,019,256.35 |
| Highland Mult Strategy Credit Fund, LP | | 3,269,000.00 |
| Highland Capital Management Korea Ltd. [2] | | 3,132,278.05 |
| Private Portfolio Company - A | | 2,198,610.05 |
| Mark Okada | | 1,336,287.84 |
| Private Portfolio Company - B | | 1,056,956.03 |
| **Total** | $ | **150,331,222.61** |

[1]Doubtful or Uncollectible accounts are evaluated at year end.
[2] Includes $72,278.05 of intercompany receivable.