# **EXHIBIT 17**

**December 2019 Due From Affiliates**

| | |
|---|---:|
| 14585 DUE FROM HUNTER MOUNTAIN INVESTMENT TRUST | $ 57,963,118 |
| 14532 DUE FROM NEXPOINT ADVISORS | 23,034,644 |
| 14750 LONG TERM NOTES RECEIVABLE | 18,286,268 |
| 14531 DUE FROM HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS | 10,413,540 |
| 14533 DUE FROM HCRE PARTNERS | 10,192,686 |
| 14565 DUE FROM OTHER - TAX LOANS | 9,946,805 |
| 14530 DUE FROM HIGHLAND CAPITAL MANAGEMENT SERVICES | 7,543,781 |
| 14590 DUE FROM OTHER AFFILIATE | 5,088,256 |
| 14595 DUE FROM HIGHLAND CAPITAL KOREA | 3,132,278 |
| 14140 SHARED SVCS FEE RECVBL - PYXIS | 298,283 |
| 14010 CASH INTEREST RECEIVABLE | 285,626 |
| 14580 DUE FROM NEXBANK | 60,000 |
| **Total Due From Affiliates** | **$ 146,245,285** |