# EXHIBIT 19

**September 2020 Due From Affiliates**

| | |
|---|---:|
| 14585 DUE FROM HUNTER MOUNTAIN INVESTMENT TRUST | $ 57,963,118 |
| 14532 DUE FROM NEXPOINT ADVISORS | 23,610,195 |
| 14750 LONG TERM NOTES RECEIVABLE | 18,286,268 |
| 14531 DUE FROM HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS | 10,635,564 |
| 14533 DUE FROM HCRE PARTNERS | 10,436,597 |
| 14565 DUE FROM OTHER - TAX LOANS | 8,929,625 |
| 14530 DUE FROM HIGHLAND CAPITAL MANAGEMENT SERVICES | 7,518,692 |
| 14590 DUE FROM OTHER AFFILIATE | 5,088,256 |
| 14595 DUE FROM HIGHLAND CAPITAL KOREA | 3,832,358 |
| 14536 DUE FROM SELECT | 3,000,000 |
| 14010 CASH INTEREST RECEIVABLE | 2,718,375 |
| 14140 SHARED SVCS FEE RECVBL - PYXIS | 308,093 |
| 14137 SHARED SVCS FEE RECVBL - OSLI | 122,000 |
| 14580 DUE FROM NEXBANK | 60,000 |
| 14148 SHARED SVCS FEE RECVBL - RAND ADVISORS | 40,182 |
| 14142 SHARED SVCS FEE RECVBL - HCLOH | 24,592 |
| 14535 DUE FROM HERA | 10,676 |
| **Total Due From Affiliates** | **$ 152,584,592** |