# EXHIBIT 21

**January 2021 Due From Affiliates**

| | |
|---|---:|
| 14585-DUE FROM HUNTER MOUNTAIN INVESTMENT TRUST | $ 59,480,100 |
| 14532-DUE FROM NEXPOINT ADVISORS | 23,034,644 |
| 14750-LONG TERM NOTES RECEIVABLE | 18,286,268 |
| 14531-DUE FROM HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS | 10,635,564 |
| 14533-DUE FROM HCRE PARTNERS | 10,604,952 |
| 14565-DUE FROM OTHER - TAX LOANS | 8,929,625 |
| 14530-DUE FROM HIGHLAND CAPITAL MANAGEMENT SERVICES | 7,518,692 |
| 14536-DUE FROM SELECT | 4,818,153 |
| 14595-DUE FROM HIGHLAND CAPITAL KOREA | 3,832,358 |
| 14590-DUE FROM OTHER AFFILIATE | 2,651,256 |
| 14010-CASH INTEREST RECEIVABLE | 1,111,875 |
| 14140-SHARED SVCS FEE RECVBL - PYXIS | 894,280 |
| 14146-SHARED SVCS FEE RECVBL - NEXPOINT | 336,000 |
| 14149-SHARED SVCS FEE RECVBL - NREA | 160,000 |
| 14137-SHARED SVCS FEE RECVBL - OSLI | 122,000 |
| 14580-DUE FROM NEXBANK | 80,000 |
| 14142-SHARED SVCS FEE RECVBL - HCLOH | 31,179 |
| 14535-DUE FROM HERA | 10,676 |
| **Total Due From Affiliates** | **$ 152,537,622** |