Matthew A. Clemente (admitted *pro hac vice*)
Dennis M. Twomey (admitted *pro hac vice*)
Alyssa Russell (admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Penny P. Reid
Paige Holden Montgomery
Juliana L. Hoffman
Sidley Austin LLP
2021 McKinney Avenue
Suite 2000
Dallas, Texas 74201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

**IN THE UNITED STATED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054 (SGJ) |
| Debtor. | ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | ) |
| Plaintiff, | ) |
| vs. | ) Adv. Pro. No. 21-03003 (SGJ) |
| JAMES DONDERO, | ) |
| Defendant. | ) |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

ACTIVE 266311483

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned attorneys of Sidley Austin LLP, hereby enter an appearance (the "Notice of Appearance") on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and request that copies of all notices, pleadings given or filed in this case, be given and served upon it at the following address, telecopy, e-mail and telephone number:

> Juliana L. Hoffman, Esq.
> SIDLEY AUSTIN LLP
> 2021 McKinney Avenue, Suite 2000
> Dallas, Texas 74201
> Telephone: (214) 981-3300
> Email: jhoffman@sidley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by the Committee to the jurisdiction of this Court or any other court with respect to this Adversary Proceeding or (b) a waiver of any right of the Committee (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any

proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs,

Dated: April 6, 2021

        SIDLEY AUSTIN LLP

        */s/ Juliana L. Hoffman*
        Penny P. Reid
        Paige Holden Montgomery
        Juliana L. Hoffman
        2021 McKinney Avenue
        Suite 2000
        Dallas, Texas 74201
        Telephone: (214) 981-3300

        -and-

        Matthew A. Clemente (admitted *pro hac vice*)
        Dennis M. Twomey (admitted *pro hac vice*)
        Alyssa Russell (admitted *pro hac vice*)
        One South Dearborn Street
        Chicago, Illinois 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036

        *Counsel for the Official Committee*
        *of Unsecured Creditors*