# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>   Debtor. | Chapter 11<br><br>Case No. 19-34054 (SGJ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>   Plaintiff,<br>vs.<br><br>JAMES D. DONDERO,<br><br>   Defendant. | Adv. Pro. No. 21-03003 (SGJ) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned case.

On May 18, 2021, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Debtor's Objection to Motion to Compel Deposition Testimony of James P. Seery, Jr.** [Docket No. 37]

*(Continued on Next Page)*

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

- **Declaration of John A. Morris in Support of the Debtor's Objection to Motion to Compel Deposition Testimony of James P. Seery, Jr.** [Docket No. 38]

Dated: May 21, 2021

/s/ Esmeralda Aguayo
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
Adversary Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink, Clay M. Taylor | john@bondsellis.com; john.wilson@bondsellis.com; bryan.assink@bondsellis.com; clay.taylor@bondsellis.com |
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng, Daniel H O'Brien | Earnestiena.Cheng@fticonsulting.com; Daniel.H.O'Brien@fticonsulting.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | andrew.clubok@lw.com; sarah.tomkowiak@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | asif.attarwala@lw.com; Kathryn.George@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | jeff.bjork@lw.com; kim.posin@lw.com |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | Zachary.Proulx@lw.com; Jamie.Wine@lw.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |
| Counsel for James Dondero | Stinson LLP | Deborah Deitsch-Perez | deborah.deitschperez@stinson.com |

# EXHIBIT B

**Exhibit B**
Adversary Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for James Dondero | Bonds Ellis Eppich Schafer Jones LLP | John Y. Bonds, III, John T. Wilson, IV, Bryan C. Assink, Clay M. Taylor | 420 Throckmorton Street, Suite 1000 | Fort Worth | TX | 76102 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Andrew Clubok, Sarah Tomkowiak | 555 Eleventh Street, NW, Suite 1000 | Washington | DC | 20004 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Asif Attarwala, Kathryn K. George | 330 North Wabash Avenue, Ste. 2800 | Chicago | IL | 60611 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Jeffrey E. Bjork, Kimberly A. Posin | 355 S. Grand Ave., Ste. 100 | Los Angeles | CA | 90071 |
| Counsel for UBS Securities LLC and UBS AG London Branch | Latham & Watkins LLP | Zachary F. Proulx, Jamie Wine | 1271 Avenue of the Americas | New York | NY | 10020 |
| Counsel for James Dondero | Stinson LLP | Deborah Deitsch-Perez | 3102 Oak Lawn Avenue, Suite 777 | Dallas | TX | 75219 |