

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 4, 2021**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § Case No. 19-34054-sgj11 |
| Debtor. | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § |
| Plaintiff, | § Adversary Proceeding No. |
| vs. | § 21-03003-sgj |
| JAMES DONDERO, | § |
| Defendant. | § |

## ORDER GRANTING IN PART JAMES DONDERO'S MOTION TO STAY PENDING THE MOTION TO WITHDRAW THE REFERENCE OF PLAINTIFF'S COMPLAINT

Upon consideration of *James Dondero's Motion to Stay Pending the Motion to Withdraw the Reference of Plaintiff's Complaint* [Adv. Docket No. 22] (the "Motion"), the Plaintiff's

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Complaint, the record of this proceeding, and the arguments presented by the parties during the hearing and status conference conducted before this Court on May 25, 2021, the Court finds that the Motion should be granted in part as set forth below. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED IN PART**.

2. The above-referenced adversary proceeding, including any current response deadlines, pre-trial deadlines, and hearing dates, is stayed until July 28, 2021, which is sixty days from May 29, 2021. All trial dates and related pre-trial deadlines will be scheduled or re-scheduled as necessary to ensure that the parties have sufficient time in advance of trial to prepare and to fully brief and argue dispositive motions.

3. Notwithstanding anything herein to the contrary, unless otherwise agreed to in writing by counsel for the parties, discovery will proceed in accordance with that certain *Amended Scheduling Order* [Adv. Docket No. 18] with the following modifications: (i) the deadline for service of expert disclosures is May 28, 2021; and (ii) the deadline for completion of expert discovery is June 14, 2021.

### ### END OF ORDER ###