PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy, Ste. 106
Dallas, TX  75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | § § § § § § § | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,<br><br>Defendants. | § § § § § § § § § § § § § § § | Adversary Proceeding No.<br><br>21-3003-sgj |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

DOCS_NY:44154.1 36027/003

**ERRATA TO HIGHLAND'S MEMORANDUM OF LAW IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FIFTH, SIXTH, AND SEVENTH CLAIMS FOR RELIEF**

Highland Capital Management, L.P., the plaintiff in the above-captioned and related adversary proceedings (the "Adversary Proceedings") and the reorganized debtor ("Highland" or the "Debtor", as may temporally be required) in the above-captioned chapter 11 case (the "Bankruptcy Case"), hereby submits this *Errata to Highland's Memorandum of Law in Support of Its Opposition to Motion to Dismiss Fifth, Sixth, and Seventh Claims for Relief* (the "Errata")[2] and respectfully states as follows:

1. In its Opposition Brief, Highland inadvertently omitted a word from a quote. Specifically, the Opposition Brief incorrectly states that under the LPA, "the General Partner and any Affiliate of the General Partner shall receive compensation from the Partnership for services rendered pursuant to this Agreement or any other agreements unless approved by a Majority Interest." (Opposition Brief ¶ 27) (quoting LPA § 3.10). The correct quote is that "the General Partner and any Affiliate of the General Partner shall receive **no** compensation from the Partnership for services rendered pursuant to this Agreement or any other agreements unless approved by a Majority Interest." (LPA § 3.10) (emphasis added).

2. Accordingly, the quote in the fourth sentence of paragraph 27 shall be deemed deleted and replaced with the following language: "the General Partner and any Affiliate of the General Partner shall receive no compensation from the Partnership for services rendered pursuant to this Agreement or any other agreements unless approved by a Majority Interest." (LPA § 3.10).

---

[2] Capitalized terms not otherwise defined herein shall take on the meaning ascribed thereto in *Highland's Memorandum of Law in Support of Opposition to Motion to Dismiss Fifth, Sixth, and Seventh Claims for Relief* [Docket No. 91] (the "Opposition Brief").

1

| | |
|---|---|
| Dated: October 28, 2021. | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>Jeffrey N. Pomerantz (CA Bar No. 143717)<br>Ira D. Kharasch (CA Bar No. 109084)<br>John A. Morris (NY Bar No. 266326)<br>Gregory V. Demo (NY Bar No. 5371992)<br>Hayley R. Winograd (NY Bar No. 5612569)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: jpomerantz@pszjlaw.com<br>       ikharasch@pszjlaw.com<br>       jmorris@pszjlaw.com<br>       gdemo@pszjlaw.com<br>       hwinograd@pszjlaw.com<br><br>-and-<br><br>**HAYWARD PLLC**<br><br>*/s/ Zachery Z. Annable*<br>Melissa S. Hayward (Texas Bar No. 24044908)<br>Zachery Z. Annable (Texas Bar No. 24053075)<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br>Email: MHayward@HaywardFirm.com<br>       ZAnnable@HaywardFirm.com<br><br>*Counsel for Highland Capital Management, L.P.* |

2