| | |
|---|---|
| Clay M. Taylor<br>Bryan C. Assink<br>BONDS ELLIS EPPICH SCHAFER JONES LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, Texas 76102<br>(817) 405-6900 telephone<br>(817) 405-6902 facsimile<br>Email: clay.taylor@bondsellis.com<br>Email: bryan.assink@bondsellis.com<br><br>**Attorneys for James Dondero** | Deborah Deitsch-Perez<br>Michael P. Aigen<br>STINSON LLP<br>3102 Oak Lawn Avenue, Suite 777<br>Dallas, Texas 75219<br>(214) 560-2201 telephone<br>(214) 560-2203 facsimile<br>Email: deborah.deitschperez@stinson.com<br>Email: michael.aigen@stinson.com<br><br>**Attorneys for James Dondero, Nancy Dondero, Highland Capital Management Services, Inc. and NexPoint Real Estate Partners, LLC** |
| Daniel P. Elms<br>State Bar No. 24002049<br>GREENBERG TRAURIG, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>(214) 665-3600 telephone<br>(214) 665-3601 facsimile<br>Email: elmsd@gtlaw.com<br><br>**Attorneys for Nancy Dondero** | Douglas S. Draper (La. Bar No. 5073)<br>Leslie A. Collins (La. Bar No. 14891)<br>Greta M. Brouphy (La. Bar No. 26216)<br>HELLER, DRAPER & HORN, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70130<br>(504) 299-3300 telephone<br>(504) 299-3399 facsimile<br>Email: ddraper@hellerdraper.com<br>Email: lcollins@hellerdraper.com<br>Email: gbrouphy@hellerdraper.com<br><br>**Attorneys for The Dugaboy Investment Trust** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 19-34054** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.** | § | **Chapter 11** |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| | § | |
| Plaintiff. | § | |
| v. | § | **Adversary No. 21-03003-sgj** |
| | § | |
| **JAMES D. DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,** | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| | § | |
| Plaintiff. | § | |
| v. | § | **Adversary No.: 21-03005-sgj** |
| | § | |
| **NEXPOINT ADVISORS, L.P., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,** | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § | |
| Plaintiff. | § § | |
| v. | § § | **Adversary No.: 21-03006-sgj** |
| **HIGHLAND CAPITAL MANAGEMENT SERVICES, INC., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,** | § § § § § § | |
| Defendants. | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § § | |
| Plaintiff. | § § | |
| v. | § § § | **Adversary No.: 21-03007-sgj** |
| **HCRE PARTNERS, LLC (n/k/a NEXPOINT REAL ESTATE PARTNERS, LLC), JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,** | § § § § § | |
| Defendants. | § | |

## DEFENDANTS' JOINT WITNESS AND EXHIBIT LIST

Defendants James D. Dondero, Nancy Dondero, and The Dugaboy Investment Trust ("Defendants") hereby file this Joint Witness and Exhibit List for the consolidated hearings to consider (i) *Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Fifth, Sixth, and Seventh Claims for Relief*; and (ii) *Motion to Compel Arbitration and Stay Litigation*[1], currently set for November 9, 2021 at 1:30 p.m. In support thereof, Defendants respectfully show as follows:

---

[1] Each of these motions was concurrently filed in Adv. Nos. 21-03003, 21-03007, 21-03006, and 21-03005, Case No. 19-34054-sgj11.

A.  **Documents that Defendants may use as exhibits:**

| **Dondero Exhibit No.** | **Description** | **Offered** | **Objection** | **Admitted by Agreement** | **Admitted** |
|---|---|---|---|---|---|
| 1. | Amended Complaint filed in Adv. No. 21-03003, including all exhibits attached thereto [Adv. Dkt. 79 and 79-1 through 79-6] | | | | |
| 2. | Amended Complaint filed in Adv. No. 21-03005, including all exhibits attached thereto [Adv. Dkt. 63 and 63-1 through 63-5] | | | | |
| 3. | Amended Complaint filed in Adv. No. 21-03006, including all exhibits attached thereto [Adv. Dkt. 68 and 68-1 through 68-9] | | | | |
| 4. | Amended Complaint filed in Adv. No. 21-03007, including all exhibits attached thereto [Adv. Dkt. 63 and 63-1 through 63-9] | | | | |
| 5. | Appendix in Support of Defendants' Motion to Compel Arbitration and Stay Litigation [Adv. Dkt. 81 in Adv. No. 21-03003][2] | | | | |
| 6. | Declaration of Michael P. Aigen in Support of Motion to Compel Arbitration and Stay Litigation, dated September 1, 2021 [Exhibit A to Adv. Dkt. 81 in Adv. No. 21-03003] | | | | |
| 7. | Fourth Amended and Restated Agreement of Limited Partnership of Highland Capital Management, L.P. [Exhibit 1 to Adv. Dkt. 81 in Adv. No. 21-03003] | | | | |

---

[2] The appendix was attached to each Motion to Compel Arbitration that was filed in each of the above-captioned adversary proceedings. For the sake of brevity, only one appendix is included on this exhibit list. Defendants request that the Court take judicial notice of the identical filings made in each of the above-captioned adversary proceedings: Adv. 21-03003, 21-03005, 21-03006, and 21-03007.

| | | | | | |
|---|---|---|---|---|---|
| 8. | Excerpts from the Transcript of the Remote Deposition of James Dondero on May 28, 2021, Adversary Proceeding No. 21-3003 [Exhibit 2 to Adv. Dkt. 81 in Adv. No. 21-03003] | | | | |
| 9. | Acceptance of Appointment of Family Trustee, executed by Nancy Marie Dondero on October 13, 2015 [Exhibit 3 to Adv. Dkt. 81 in Adv. No. 21-03003] | | | | |
| 10. | Trust Agreement Between Dana Scott Breault, Settlor and James D. Dondero and Commonwealth Trust Company, Trustees, The Dugaboy Investment Trust, dated November 15, 2010 [Exhibit 4 to Adv. Dkt. 81 in Adv. No. 21-03003] | | | | |
| 11. | Debtor's Unopposed Motion for Leave to Serve and File Amended Complaint, including all exhibits attached thereto [Adv. Dkt. 73 in Adv. No. 21-03003][3] | | | | |
| 12. | Order Granting Debtor's Unopposed Motion for Leave to Serve and File Amended Complaint [Adv. Dkt. 75 in Adv. No. 21-03003][4] | | | | |
| 13. | Stipulation and Agreed Order Governing Discovery and Other Pre-Trial Issues [Adv. Dkt. 78 in Adv. No. 21-3003][5] | | | | |

---

[3] *See also* Docket Numbers 55, 60, and 55 filed in Adv. Proc. Nos. 21-03005, 21-03006, and 21-03007, respectively. Defendants request that the Court take judicial notice of the filing of identical motions for leave to amend filed by Plaintiff in each adversary proceeding.

[4] *See also* Docket Numbers 57, 64, and 59 filed in Adv. Proc. Nos. 21-03005, 21-03006, and 21-03007, respectively. Defendants request that the Court take judicial notice of the filing of identical orders granting Plaintiff's motion for leave to amend in each adversary proceeding.

[5] *See also* Docket Numbers 62, 67, and 62 filed in Adv. Proc. Nos. 21-03005, 21-03006, and 21-03007, respectively. Defendants request that the Court take judicial notice of the filing of identical stipulations in each adversary proceeding.

| 14. | Order Approving Stipulation and Agreed Order Governing Discovery and Other Pre-Trial Issues [Adv. Dkt. 86 in Adv. No. 21-3003][6] | | | | |
|---|---|---|---|---|---|
| | Any transcript of any hearing in the above-captioned bankruptcy case | | | | |
| | Any document or pleading filed in the above-captioned bankruptcy case | | | | |
| | Any transcript of any hearing in the above-captioned adversary proceedings | | | | |
| | Any document or pleading filed in the above-captioned adversary proceedings | | | | |
| | Any exhibit necessary for impeachment or rebuttal purposes | | | | |
| | Any and all documents identified or offered by any other party | | | | |

Defendants reserve the right to amend and/or supplement this Exhibit List should they determine that any other document may be helpful to the trier of fact, whether in their case in chief or rebuttal.

**B.    Witnesses that Defendants may call to testify:**

1. James Dondero;

2. Nancy Dondero;

3. James P. Seery, Jr.;

4. Any and all other witnesses identified or called by any other party; and

---

[6] *See also* Docket Numbers 70, 75, and 70 filed in Adv. Proc. Nos. 21-03005, 21-03006, and 21-03007, respectively. Defendants request that the Court take judicial notice of the filing of identical orders approving the stipulations in each adversary proceeding.

5.    Any witness necessary for rebuttal.

Defendants reserve the right to amend and/or supplement this Witness List should they determine that any other witness may be helpful to the trier of fact, whether in their case in chief or rebuttal.

Dated: November 5, 2021

Respectfully submitted,

*/s/Deborah Deitsch-Perez*
Deborah Deitsch-Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
STINSON LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

**ATTORNEYS FOR JAMES DONDERO, NANCY DONDERO, HIGHLAND CAPITAL MANAGEMENT SERVICES, INC. AND NEXPOINT REAL ESTATE PARTNERS, LLC**

*/s/Bryan C. Assink*
Clay M. Taylor
State Bar No. 24033261
Bryan C. Assink
State Bar No. 24089009
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: clay.taylor@bondsellis.com
Email: bryan.assink@bondsellis.com

**ATTORNEYS FOR JAMES DONDERO**

*/s/Daniel P. Elms*
Daniel P. Elms
State Bar No. 24002049
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
(214) 665-3600 telephone
(214) 665-3601 facsimile
Email: elmsd@gtlaw.com

**ATTORNEYS FOR NANCY DONDERO**

*/s/Douglas S. Draper*
Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins (La. Bar No. 14891)
Greta M. Brouphy (La. Bar No. 26216)
HELLER, DRAPER & HORN, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
(504) 299-3300 telephone
(504) 299-3399 facsimile
Email: ddraper@hellerdraper.com
Email: lcollins@hellerdraper.com
Email: gbrouphy@hellerdraper.com

**ATTORNEYS FOR THE DUGABOY INVESTMENT TRUST**

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on November 5, 2021, a true and correct copy of the foregoing document, including all attached exhibits, was served via the Court's CM/ECF system on counsel for Plaintiff Highland Capital Management, L.P. and on all other parties requesting or consenting to such service in this case.

*/s/Michael Aigen*
Michael Aigen