BTXN 208 (rev. 07/09)

| IN RE: Highland Capital Management, L.P. v. Dondero et al | Movants Motion To Compel, Motion To Dismiss and Motion To Stay Litigation, doc. #80, #82 & #85 | Case # 21−03003−sgj |
|---|---|---|

DEBTOR

**TYPE OF HEARING**

James Dendero & Nancy Dondero       *VS*

**PLAINTIFF / MOVANT**                                                           **DEFENDANT / RESPONDENT**

Deborah Deitsch−Perez

**ATTORNEY**                                                                                    **ATTORNEY**

**EXHIBITS**

SEE EXHIBIT LIST

COURT ADMITTED EXHIBIT'S #1 THROUGH #14

| Michael Edmond | November 9, 2021 | Stacey G. Jernigan |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |