# EXHIBIT 111

Appx. 02232

2/18/2020                            NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  6/28/19      Page    1
                                        Primary Account
                                        Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                     Statement Dates   6/03/19 thru  6/30/19



--------------------------------------------------------------------------------

Deposits and Additions
Date     Description                            Amount



6/07    Misc Credit                    3,000,000.00

HIGHLY CONFIDENTIAL                                    D-CNL003528

**Appx. 02233**

2/18/2020

NexBank SSB



MEMBER FDIC         NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm, Central Standard Time
each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003529

**Appx. 02234**

2/18/2020                 NexBank SSB



**2515 McKinney Avenue, 11th Floor**
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date   6/28/19        Page     2
                                              Primary Account
                                              Enclosures
```

```
         Analysis Checking w/ Interest          1614130  (Continued)
```

---

```
         Checks and Withdrawals
         Date     Description                              Amount
```

---

```
         End of Statement
```

MEMBER FDIC             NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003530

**Appx. 02235**

2/18/2020                                                NexBank SSB

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS |
|---|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT |
|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by  he bank and list the numbers and amounts of those not paid in  he space provided at the left. Include any checks  ill not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| | TOTAL |
| Total of Checks not paid | Subtract total of checks not paid |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on  he Web: www.nexbank.com
In your letter, give us the following information:
- Account Informa ion: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Descrip ion of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not  here has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).

HIGHLY CONFIDENTIAL

D-CNL003531

**Appx. 02236**

2/18/2020 NexBank SSB

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003532

**Appx. 02237**

# EXHIBIT 112

Appx. 02238



# EAST WEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895 5650

**ACCOUNT STATEMENT**
Page 1 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019
Total days in statement period: 31

( 9 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-12239-CSS
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201-0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number                                        ( 45 )
                                                      ( 97 )

**CREDITS**

| Number | Date | Transaction Description | Additions |
| --- | --- | --- | --- |

3409    rev 05-16

HIGHLY CONFIDENTIAL



**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

| Number | Date | Transaction Description | | Additions |
|--------|------|------------------------|---|-----------|
| | 12 23 | Wire Trans-IN | JAMES D DONDERO | 783,011.86 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|

**DEBITS**

| Date | Transaction Description | Subtractions |
|------|------------------------|--------------|

HIGHLY CONFIDENTIAL



ACCOUNT STATEMENT
Page 3 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

| Date | Transaction Description | Subtractions |
| --- | --- | --- |

HIGHLY CONFIDENTIAL

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

| Date | Transaction Description | Subtractions |
|------|------------------------|--------------|

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|

**OVERDRAFT/RETURN ITEM FEES**

D-CNL003559
Appx. 02242

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement…………………........... $_____

**Add** Deposits not shown
on this Statement                    $_____
                                     _____
                                     _____
              **Sub Total**………     $_____
**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………     $_____

**Balance**…….…........................** $_____

**ENTER**
Present Balance in
your checkbook…………………     $_____

**Subtract** any service
charges, finance or
any other charges…………………     $_____

            **Sub Total** …………     $_____

**Add** Monthly Interest
Earned …………………………..     $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….     $_____
                                     _____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….     $_____
                                     _____
                                     _____
                                     _____

**Balance**……….............................     $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

# EXHIBIT 113

Appx. 02246

Page 1 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019                31

**BBVA** Compass

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
        MASTER  OPERATING  ACCOUNT
        300  CRESCENT  CT  STE  700
        DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ████████ | ██████ | ██████ |
| ████████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL

Page 2 of 13
Primary Account: ██████████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████████

## Activity Summary

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | |
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | ██████ |
| ██ | | ███████████████ | ██████ |

HIGHLY CONFIDENTIAL

Page 3 of 13
Primary Account: █████████
Beginning May 1, 2019 - Ending May 31, 2019        31

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

HIGHLY CONFIDENTIAL

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|

Page 5 of 13
Primary Account: ▮▮▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|---|-------------------|
| ▮ | | ▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮ | | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮ |

Page 6 of 13
Primary Account
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| 5/29 | | INCOMING WIRE W/ADVICE REF 20190529F2QCZ60C00298805291425FT03 ORG HIGHLAND CAPITAL M | $1,000,000.00 |

Page 7 of 13
Primary Account: 
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass



## Withdrawals and Other Debits



Page 8 of 13
Primary Account: ▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|---|-------------------|

Page 9 of 13
Primary Account ████████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

D-CNL003625

**Appx. 02255**

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|-----------------|-------------|---|---------------------|

Page 11 of 13
Primary Account:
Beginning May 1, 2019 - Ending May 31, 2019                  31

**BBVA** Compass



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|

**BBVA** Compass



HIGHLY CONFIDENTIAL

Page 13 of 13
Primary Account: ▇▇▇▇▇▇
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| **Step 5** | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Center, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on  he front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 114

10/22/2019            FX : Accounts: Get Statement



Welcome HAYLEY ELIASON ⌄    Log Out    Contact Us    **2** Messages ⌄    ⌂ Alerts ⌄

# Accounts



HIGHLY CONFIDENTIAL            D-CNL003663

**Appx. 02261**

10/22/2019

**FX : Accounts: Get Statement**

Analysis Checking w/ Interest          ███████  (Continued)

------------------------------------------------------------------------------------

Checks and Withdrawals
Date    Description                                      Amount

End of Statement

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
                    each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | |
| | | | Sort your checks numerically or by date issued. | | | |
| | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | Reconcile your statement in the space provided below. | | | |
| | | | Enter bank balance from statement | | | |
| | | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |
| | | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE -> | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

HIGHLY CONFIDENTIAL

D-CNL003664

**Appx. 02262**

10/22/2019                                    FX : Accounts: Get Statement

- **Description of Problem.** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in <u>writing</u> or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003665

**Appx. 02263**

# EXHIBIT 115



21    HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone  1-800-266-7277

Online  bbvausa.com

Write  BBVA
Customer Service
P.O. Box 10566
Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ████████ | ██████ | ██████ |
| ██████████████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL

Page 2 of 10
Primary Account: ██████████
Beginning October 1, 2019 - Ending October 31, 2019          31



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████████

## Activity Summary

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|------|------|------|
| ██ | | ████████████████████ | ████ |
| ██ | | ████████████████ | ████ |
| 10/3 | | INCOMING WIRE W/ADVICE REF 20191003F2QCZ60C00240510031400FT03 ORG HIGHLAND CAPITAL M | $375,000.00 |



HIGHLY CONFIDENTIAL

D-CNL003667

**Appx. 02266**

Page 3 of 10
Primary Account: 
Beginning October 1, 2019 - Ending October 31, 2019          31





## Withdrawals and Other Debits



Page 4 of 10
Primary Account: ███████
Beginning October 1, 2019 - Ending October 31, 2019                    31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| ███ | | ████████████ | ████ |
| ███ | | ███████████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ███████████ | ████ |
| ███ | | ███████████ | ████ |
| ███ | | ██████████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ███████ ██████ | ████ |
| ███ | | ██████████ ████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ██████████████ | ████ |
| ███ | | ████████████ | ████ |
| ███ | | ████████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ██████████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ████████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ███████████ | ████ |
| ███ | | ██████████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ███████████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ████████████ | ████ |
| ███ | | ████████████ | ████ |
| ███ | | ████████████ | ████ |

HIGHLY CONFIDENTIAL

D-CNL003670
Appx. 02269

Page 6 of 10
Primary Account: █████████
Beginning October 1, 2019 - Ending October 31, 2019                31



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

D-CNL003671

Appx. 02270

Page 7 of 10
Primary Account: ███████
Beginning October 1, 2019 - Ending October 31, 2019                31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|------|-------------|------------|
| ███ | | ███████ | ███ |
| ███ | | ███████ | ██ |
| ███ | | ██████ | ███ |
| ███ | | ██████ | ██ |
| ███ | | ███████ | ███ |
| ███ | | ██████ | ███ |
| ███ | | ██████ | ██ |
| ███ | | ██████ | ██ |
| ███ | | ██████ | ███ |
| ███ | | ███████ | ███ |
| ███ | | █████ ████ | ██ |
| ███ | | █████████ | ██ |
| ███ | | ███████ | ███ |
| ███ | | ██████ | ███ |
| ███ | | ██████ | ███ |
| ███ | | ██████ | ██ |
| ███ | | ███████ | ██ |
| ███ | | ████ ████ | ██ |
| ███ | | ████ ████ | ██ |
| ███ | | ████ ████ | ██ |
| ███ | | ████ ████ | ██ |
| ███ | | ████ ████ | ██ |
| ███ | | ███████ | ███ |
| ███ | | ███ ████ | ██ |
| ███ | | ███ ████ | ███ |
| ███ | | ███████ | ███ |
| ███ | | ███████ | ██ |
| ███ | | ██████ | ███ |
| ███ | | ███ ████ | ██ |

Page 8 of 10
Primary Account: █████
Beginning October 1, 2019 - Ending October 31, 2019            31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 9 of 10
Primary Account: ███████
Beginning October 1, 2019 - Ending October 31, 2019          31



HIGHLY CONFIDENTIAL

Page 10 of 10
Primary Account: ████████
Beginning October 1, 2019 - Ending October 31, 2019          31



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and Deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| • Enter the "current balance" shown on this statement | | |
| • Add total from Step 3 | | |
| • Subtotal | | |
| • Subtract total from Step 4 | | |
| • This balance should equal your register balance | | |
| If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction done in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on  he front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

HIGHLY CONFIDENTIAL

# EXHIBIT 116

Appx. 02275

Page 1 of 8
Primary Account: ▮▮▮▮▮▮
Beginning September 1, 2019 - Ending September 30, 2019           30



21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

**Contacting Us**

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| ▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮ | ▮▮▮▮▮ |

HIGHLY CONFIDENTIAL



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮

## Activity Summary

## Deposits and Other Credits



HIGHLY CONFIDENTIAL

Page 3 of 8
Primary Account: ▮▮▮▮▮
Beginning September 1, 2019 - Ending September 30, 2019          30



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| 9/30 | | INCOMING WIRE W/ADVICE REF 20190930F2QCZ60C00512909301511FT03 ORG HCRE PARTNERS, LLC | $341,758.00 |
| ▮ | | ▮▮▮▮▮ | ▮▮▮ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



Page 4 of 8
Primary Account:
Beginning September 1, 2019 - Ending September 30, 2019          30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 5 of 8
Primary Account: ███
Beginning September 1, 2019 - Ending September 30, 2019          30



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|---------|-------------|-----------|

Page 6 of 8
Primary Account: ██████
Beginning September 1, 2019 - Ending September 30, 2019                    30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ██ | | ████████ ███ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ███ ██ ████ | ███ |
| ██ | | ██ ██ ████ | ███ |
| ██ | | █████ ███ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ██ ██ ████ | ███ |
| ██ | | ██ ██ ████ | ███ |
| ██ | | ██████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████ ███ | ████ |
| ██ | | █████ ████ | ████ |
| ██ | | ████████ | ███ |
| ██ | | ██████ | ███ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ███ ████ | ███ |
| ██ | | ███ █ ███ | ███ |
| ██ | | ██ █ | ████ |
| ██ | | ████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ███ ████ | ██ |





| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 8 of 8
Primary Account: █████████
Beginning September 1, 2019 - Ending September 30, 2019          30



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

**Step 5** • Enter the "current balance" shown on this statement
• Add total from Step 3
• Subtotal
• Subtract total from Step 4
• This balance should equal your register balance
If it does not agree, see steps below          $

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10586, Birmingham, AL 35296. Or simply call your local customer service number printed on he front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 117

**Appx. 02284**

Page 1 of 9
Primary Account: ████████
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ████████ | ████████ | ████████ |
| ████████ | | ████████ | ████████ |

HIGHLY CONFIDENTIAL

Page 2 of 9
Primary Account: █████████
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████

## Activity Summary

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| 4/16 | | INCOMING WIRE W/ADVICE REF 20190416F2QCZ60C00357704161647FT03 ORG NEXPOINT ADVISORS, | $1,300,000.00 |

HIGHLY CONFIDENTIAL

Page 3 of 9
Primary Account ▮▮▮▮▮▮
Beginning April 1, 2019 - Ending April 30, 2019          30



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|



## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



**BBVA** Compass

| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|--|--------------------|

HIGHLY CONFIDENTIAL

D-CNL003611

Appx. 02288

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 6 of 9
Primary Account:
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



HIGHLY CONFIDENTIAL

**BBVA** Compass



HIGHLY CONFIDENTIAL

Page 8 of 9
Primary Account: 
Beginning April 1, 2019 - Ending April 30, 2019          30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|



HIGHLY CONFIDENTIAL

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement |  |
| • Add total from Step 3 |  |
| • Subtotal |  |
| • Subtract total from Step 4 |  |
| • This balance should equal your register balance |  |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Center, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on  he front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any  ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 118

**Appx. 02294**

2/18/2020                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date  6/28/19        Page    1
                                          Primary Account
                                          Enclosures
```

```
          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201
```

```
     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
     Checking Account/s

          Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number                         Statement Dates   6/03/19 thru  6/30/19
```



```
     --------------------------------------------------------------------------------
```

```
     Deposits and Additions
     Date      Description                                        Amount
```



```
     6/19      1B Transfer from D ****171 to         2,100,000.00
```

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2019/Bank Statements/NexBank 130/06-30 HCM MM NexBank 130.html                    1/5

HIGHLY CONFIDENTIAL

2/18/2020                                          NexBank SSB



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003640

Appx. 02296

2/18/2020                                              NexBank SSB



**NexBank**

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

EQUAL HOUSING LENDER
FDIC

```
                                        Date   6/28/19        Page    2
                                        Primary Account
                                        Enclosures


            Analysis Checking w/ Interest          ▮▮▮▮       (Continued)

            --------------------------------------------------------------------

            Checks and Withdrawals
            Date      Description                        Amount


            --------------------------------------------------------------------




            End of Statement
```

MEMBER FDIC                        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm, Central Standard Time
                    each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003641

**Appx. 02297**

2/18/2020                                        NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by  he bank and list the numbers and amounts of those not paid in  he space provided at the left. Include any checks  s ill not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | | | |
|---|---|---|---|---|
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on  he Web: www.nexbank.com
In your letter, give us the following information:
- Account Informa ion: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Descrip ion of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not  here has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).

HIGHLY CONFIDENTIAL

D-CNL003642

**Appx. 02298**

2/18/2020                                                                    NexBank SSB

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003643

**Appx. 02299**

# EXHIBIT 119

Page 1 of 8
Primary Account: ████████
Beginning July 1, 2019 - Ending July 31, 2019          31

**BBVA**

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

**Contacting Us**

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ████████ | ██████ | ██████ |
| ██████████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL

Page 2 of 8
Primary Account: ▮▮▮▮▮
Beginning July 1, 2019 - Ending July 31, 2019          31



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮▮

## Activity Summary

## Deposits and Other Credits



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|
| 7/9 | | INCOMING WIRE W/ADVICE REF<br>20190709F2QCZ60C00251507091430FT03 ORG<br>NEXPOINT ADVISORS, | $630,000.00 |

HIGHLY CONFIDENTIAL

D-CNL003645

**Appx. 02302**

Page 3 of 8
Primary Account: 
Beginning July 1, 2019 - Ending July 31, 2019          31





| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|

## Withdrawals and Other Debits



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 4 of 8
Primary Account:
Beginning July 1, 2019 - Ending July 31, 2019          31





HIGHLY CONFIDENTIAL

Page 5 of 8
Primary Account: ████████
Beginning July 1, 2019 - Ending July 31, 2019          31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|---------------|-------------|--------------------|

HIGHLY CONFIDENTIAL

Page 6 of 8
Primary Account: ████████
Beginning July 1, 2019 - Ending July 31, 2019          31





HIGHLY CONFIDENTIAL

Page 7 of 8
Primary Account: ▮▮▮▮▮
Beginning July 1, 2019 - Ending July 31, 2019                    31





| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

## End of Business Day Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

## Summary of Checks



| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

HIGHLY CONFIDENTIAL

Page 8 of 8
Primary Account: ▇▇▇▇▇▇
Beginning July 1, 2019 - Ending July 31, 2019      31



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
 • Record all automated deductions, debit card transactions and electronic bill payments.
 • Record and deduct service charges, check printing charges, or other bank fees.
 • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any time Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 120

**Appx. 02309**

Page 1 of 10
Primary Account: ███████
Beginning March 1, 2019 - Ending March 31, 2019      31

**BBVA** Compass

21      HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

**Contacting Us**

Available by phone 24/7

Phone    1-800-266-7277

Online    bbvacompass.com

Write     BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ██████ | ██████ | ██████ |
| ██████████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL

D-CNL003598

Page 2 of 10
Primary Account: ██████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████

## Activity Summary

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| 3/5 | | INCOMING WIRE W/ADVICE REF 20190305F2QCZ60C00330903051708FT01 ORG HIGHLAND CAPITAL M | $1,015,000.00 |

HIGHLY CONFIDENTIAL

D-CNL003599

**Appx. 02311**

Page 3 of 10
Primary Account: ▮▮▮▮▮▮
Beginning March 1, 2019 - Ending March 31, 2019                    31

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|------|-------------|------------------|
| 3/29 | | INCOMING WIRE W/ADVICE REF 20190329F2QCZ60C00647603291634FT01 ORG NEXPOINT ADVISORS, | $725,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|------|-------------|--------------------|



Page 4 of 10
Primary Account: █████████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

Page 5 of 10
Primary Account: ████████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

HIGHLY CONFIDENTIAL

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

HIGHLY CONFIDENTIAL

Page 7 of 10
Primary Account: █████████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass



HIGHLY CONFIDENTIAL

Page 8 of 10
Primary Account: █████████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 9 of 10
Primary Account: 
Beginning March 1, 2019 - Ending March 31, 2019     31

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.



HIGHLY CONFIDENTIAL

Page 10 of 10
Primary Account: █████████
Beginning March 1, 2019 - Ending March 31, 2019        31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.
**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.
**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).
**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

**Step 5** • Enter the "current balance" shown on this statement
• Add total from Step 3
• Subtotal
• Subtract total from Step 4
• This balance should equal your register balance
If it does not agree, see steps below        $

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 121

Appx. 02320

10/22/2019        FX : Accounts: Get Statement



Welcome HAYLEY ELIASON ⌄    Log Out    Contact Us    **2 Messages** ⌄   △ Alerts ⌄

# Accounts



**NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

FDIC

```
                                Date   8/30/19        Page     1
                                Primary Account
                                Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at (972-934-4700).

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                      Statement Dates   8/01/19 thru  9/02/19




--------------------------------------------------------------------------------
Deposits and Additions
Date     Description                              Amount



8/09     1B Transfer from D ****656 to           550,000.00
         D ****130


8/13     1B Transfer from D ****171 to         1,300,000.00
         D ****130


8/21     1B Transfer from D ****656 to         5,600,000.00
         D ****130
```

MEMBER FDIC       NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
each banking day will be credited as of that date.

**NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

FDIC

```
                                Date   8/30/19        Page     2
                                Primary Account
                                Enclosures
```

HIGHLY CONFIDENTIAL

D-CNL003652

**Appx. 02321**

10/22/2019                                          FX : Accounts: Get Statement



MEMBER FDIC                          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
                  each banking day will be credited as of that date.

**NEXBANK™**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

                                              Date   8/30/19      Page      3
                                              Primary Account
                                              Enclosures

                    Analysis Checking w/ Interest        ████      (Continued)

                    End of Statement

HIGHLY CONFIDENTIAL                                          D-CNL003653

                                                                           **Appx. 02322**

10/22/2019

FX : Accounts: Get Statement

MEMBER FDIC

NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | |
| | | | Sort your checks numerically or by date issued. | | | |
| | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | Reconcile your statement in the space provided below. | | | |
| | | | Enter bank balance from statement | | | |
| | | | Add deposits not credited by bank (if any) | | | |
| | | | | TOTAL | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |
| | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003654

**Appx. 02323**

# EXHIBIT 122

Appx. 02324



# EASTWEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895 5650

**ACCOUNT STATEMENT**
Page 1 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019
Total days in statement period: 31

( 9 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-12239-CSS
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201-0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number

( 45 )
( 97 )

**CREDITS**

| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------|
| | 12 09 | Wire Trans-IN    NEXPOINT ADVISORS, LP | 1,518,575.34 |

3409    rev 05-16

HIGHLY CONFIDENTIAL

D-CNL003676

**Appx. 02325**



**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-30 | Wire Trans-IN | HIGHLAND CAPITAL M ANAGEMENT SE | 65,360.49 |
| | 12-30 | Wire Trans-IN | HCRE PARTNERS, LLC | 477,481.61 |
| | 12-30 | Wire Trans-IN | NEXPOINT ADVISORS, LP | 530,112.36 |
| | | Wire Trans-IN | BARRIER ADVISORS, INC. | |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|

HIGHLY CONFIDENTIAL



ACCOUNT STATEMENT
Page 3 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

EAST WEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

HIGHLY CONFIDENTIAL

D-CNL003678
Appx. 02327

# EAST WEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

# EXHIBIT 123

Page 1 of 9
Primary Account: ▓▓▓▓▓▓
Beginning June 1, 2019 - Ending June 30, 2019                    30

**BBVA**

21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| ▓▓▓▓▓▓ | | ▓▓▓▓ | ▓▓▓▓ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

―――――



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████████████

## Account Information

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

## Activity Summary

███████████         ███████
█████████           ███████
███████████         ███████
███████████         ███████

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ███ | | ██████████████ | ███████ |
| 6/4 | | INCOMING WIRE W/ADVICE REF 20190604F2QCZ60C00344906041614FT03 ORG HIGHLAND CAPITAL M | $500,000.00 |
| 6/4 | | INCOMING WIRE W/ADVICE REF 20190604F2QCZ60C00345006041614FT03 ORG NEXPOINT ADVISORS, | $300,000.00 |
| ███ | | ████████████ | ███████ |
| ███ | | ████████████ | ███████ |
| ███ | | ████████████ | ███████ |
| ███ | | ████████████ | ███████ |
| ███ | | ████████████ | ███████ |
| ███ | | ████████████ | ███████ |
| ███ | | ████████████ | ██████ |
| ███ | | ████████████ | ██████ |

HIGHLY CONFIDENTIAL

Page 3 of 9
Primary Account: █████
Beginning June 1, 2019 - Ending June 30, 2019                    30





## Withdrawals and Other Debits



D-CNL003632

Appx. 02335

Page 4 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ██████████████████ | ████ |
| ██ | | █████████ ██████ | █████ |
| ██ | | █████████ ██████ | █████ |
| ██ | | ██████ ██████ ████████ | █████ |
| ██ | | ████████████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | ████████████████ | ██████ |
| ██ | | █████████ ██████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ████████████████████ | ██████ |
| ██ | | ██████████████████ | ██████ |
| ██ | | █████████████ | ████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | ██████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | ██████ | ██████ |
| ██ | | ██████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | █████████████ | ██████ |
| ██ | | █████████████ | ████ |
| ██ | | █████████████ | █████ |
| ██ | | █████████████ | █████ |
| ██ | | ██████████████ | ████ |
| ██ | | ████████ ██████ | ██████ |
| ██ | | ████████ ████████ | ██████ |

HIGHLY CONFIDENTIAL

Page 5 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



HIGHLY CONFIDENTIAL

Page 6 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                    30





HIGHLY CONFIDENTIAL



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮ ▮▮ ▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮ ▮ ▮ ▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮ ▮ ▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |
| ▮ | | ▮▮▮▮ | | ▮▮ |

Page 8 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019      30



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



HIGHLY CONFIDENTIAL

Page 9 of 9
Primary Account: ▮▮▮▮▮▮
Beginning June 1, 2019 - Ending June 30, 2019        30



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record any deposit service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.
**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.
**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).
**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 3 Total | $ | |

| Date/Description | Check # | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Step 4 Total | | $ | |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | | |
|---|---|---|---|
| | • Add total from Step 3 | | |
| | • Subtotal | | |
| | • Subtract total from Step 4 | | |
| | • This balance should equal your register balance | | |
| | If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 124

Appx. 02342



# EAST WEST BANK — Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

**ACCOUNT STATEMENT**
Page 1 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021
Total days in statement period: 31

( 0 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19 12239
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201 0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number          Beginning balance          ( 15 )
                                                    ( 111 )

### CREDITS

| Number | Date | Transaction Description | Additions |
|--------|------|-------------------------|-----------|
| | 01-14 | Wire Trans-IN | NEXPOINT ADVISORS, LP | 1,406,111.92 |
| | 01-21 | Wire Trans-IN | HIGHLAND CAPITAL M ANAGEMENT SE | 181,226.83 |
| | 01-21 | Wire Trans-IN | HCRE PARTNERS, LLC | 665,811.09 |

### DEBITS

| Date | Transaction Description | Subtractions |
|------|-------------------------|--------------|

3409    rev 05-16

HIGHLY CONFIDENTIAL



EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page 2 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021

HIGHLAND CAPITAL MANAGEMENT LP

Date    Transaction Description                                          Subtractions

HIGHLY CONFIDENTIAL

D-CNL003594
**Appx. 02344**



HIGHLY CONFIDENTIAL



EAST WEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 4 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021

HIGHLY CONFIDENTIAL

# STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook**.

**ENTER**
Ending Balance of
this Statement…………….......... $_____

**ENTER**
Present Balance in
your checkbook………………. $_____

**Add** Deposits not shown
on this Statement $_____
_____
_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

**Sub Total**………. $_____

**Sub Total** ………… $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Add** Monthly Interest
Earned ……………………………. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………. $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………. $_____
_____
_____
_____

**Total** amount of outstanding
checks……………………………… $_____

**Balance**……….............................** $_____

**Balance**……….................................. $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

D-CNL003597
**Appx. 02347**

# EXHIBIT 125

Appx. 02348

Page 1 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018      28

**BBVA** Compass

21      HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ██████████████ | █████ | ████ | ████ |
| ██████ | | ████ | ████ |

D-JDNL-033060

**Appx. 02349**

Page 2 of 15
Primary Account: ██████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 2/1/18 | ██████ |
| Deposits/Credits (130) | ██████ |
| Withdrawals/Debits (177) | ██████ |
| **Ending Balance on 2/28/18** | ██████ |

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

D-JDNL-033061

**Appx. 02350**

Page 3 of 15
Primary Account: ██████
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/ Serial # | Description | | Deposits/ Credits |
| --- | --- | --- | --- | --- |
| ▮ | | ███████████ | | ██████ |
| ▮ | | ███████████ | | ██████ |
| ▮ | | ███████████ | | ██████ |
| ▮ | | ███████████ | | ██████ |
| ▮ | | ███████████ | | ██████ |
| ▮ | | ███████ | | ██████ |
| ▮ | | ███████████ | | ██████ |
| ▮ | | ██████████ | | ██████ |
| ▮ | | ██████████ | | ██████ |
| ▮ | | ███████████ | | ██████ |
| ▮ | | ███████████ | | ██████ |
| ▮ | | ████████ | | ██████ |
| ▮ | | ██████████ | | ██████ |
| ▮ | | ██████████ | | ██████ |
| ▮ | | █████████ | | ██████ |
| ▮ | | ████████ | | ██████ |
| ▮ | | █████████ | | ██████ |
| ▮ | | █████████ | | ██████ |
| ▮ | | ██████████ | | ██████ |
| ▮ | | █████████ | | ██████ |
| ▮ | | ██████████ | | ██████ |

Page 4 of 15
Primary Account: ████████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|------|-------------|---|---------|
| | | | | |

CONFIDENTIAL

Page 5 of 15
Primary Account: ████████
Beginning February 1, 2018 - Ending February 28, 2018                28



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|

Page 6 of 15
Primary Account:
Beginning February 1, 2018 - Ending February 28, 2018            28

**BBVA** Compass



CONFIDENTIAL

Page 7 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | | Deposits/<br>Credits |
|--------|---------|-------------|---|----------|
| ███ | | ████████████ ██████ | | ██████ |
| ███ | | ████████ ██████ | | ██████ |
| ███ | | ██████ ████ | | ██████ |
| ███ | | ██████ ██████ | | ██████ |
| ███ | | ██████ ██████ | | ██████ |
| ███ | | ██████ ████████ | | ████ |
| ███ | | ██████ ████████ | | |
| ███ | | ████████ ██████ | | ████ |
| ███ | | ██████ ████████ | | ████ |
| ███ | | ██████ ████████ | | ██████ |
| ███ | | ██████ ████████ | | ████ |
| ███ | | ██████ ████████ | | ████ |
| ███ | | ██████ ██████ | | |
| ███ | | ██████ ████████ | | ██████ |
| ███ | | ██████ ██████ | | |
| ███ | | ██████ ██████ | | ███ |
| ███ | | ██████ ██████ | | ██████ |
| ███ | | ██████ ██████ | | ██████ |
| ███ | | ██████ ██████ | | ██████ |
| ███ | | ██████ ██████ | | ██████ |
| ███ | | ██████ ██████ | | ██████ |

CONFIDENTIAL

Page 8 of 15
Primary Account: ▉▉▉▉▉
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



Page 9 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 2/2 | | OUT WT E-ACCESS REF 20180202F2QCZ60C002532<br>BNF James Dondero | $3,825,000.00 |

CONFIDENTIAL

Page 10 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|-----------------|-------------|---|---------------------|



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|
| ██ | | ████████████ █████ | ████ |
| ██ | | ████████████ █████ | ████ |
| ██ | | ████████ ██████ | ████ |
| ██ | | █████████ ██ | ████ |
| ██ | | ████████████ ███ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ████████████ ██ | ████ |
| ██ | | ████████████ ██ | ████ |
| ██ | | ████████████ ███ | ████ |
| ██ | | ██████ ██ | ████ |
| ██ | | ██████ ███████ | ████ |
| ██ | | ███ █ ████ ████ | ██ |
| ██ | | ██ █████ █████ | ████ |
| ██ | | ███ █ | ████ |
| ██ | | ████████████████ | ██ |
| ██ | | ██████████ ██████ | ██ |
| ██ | | █████████ | ████ |
| ██ | | ████████████ ████ | ████ |
| ██ | | ████████ █ | ████ |
| ██ | | ████████ ██ | ███ |
| ██ | | ██████ █████ ██ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ██████ █ | ████ |
| ██ | | ████ ████ | ████ |
| ██ | | ████████ ██ | ████ |
| ██ | | ████████ ███ | ████ |
| ██ | | ████████████████ | ████ |

Page 12 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

Page 13 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ██ | | ████████████████ | ████ |
| ██ | | ████ ████ ████ | ████ |
| ██ | | ████ ████ ████ | ████ |
| ██ | | ██████ ██████████ | ████ |
| ██ | | █████████████████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ██████████ ████ | ████ |
| ██ | | ██████████ ████ | ████ |
| ██ | | ██████████ ████ | ████ |
| ██ | | ██████████ ████ | ████ |
| ██ | | ██████████ ████ | ████ |
| ██ | | █████████ ████ | ████ |
| ██ | | ███████████ ████ | ████ |
| ██ | | ██████████ ███ | ████ |
| ██ | | ████████████ ████ | ████ |
| ██ | | ████████████ ███ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | █████████████ ███ | ████ |
| ██ | | ████████ ██ | ████ |
| ██ | | ████████████ ████ | ████ |
| ██ | | █████████ ████ | ████ |
| ██ | | ██████ █████████ | ████ |
| ██ | | ████ ████ █████ | ████ |
| ██ | | █████████ █████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ██████████ ████ | ████ |
| ██ | | | ████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

CONFIDENTIAL



## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | | | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ | | ▮ | ▮ | ▮▮▮ |
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ | | ▮ | ▮ | ▮▮▮ |
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮▮▮ |
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮▮▮ | | | ▮▮▮ |
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮▮▮ |
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮▮▮ |
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ | | ▮ | ▮ | ▮▮▮ |
| ▮ | ▮ | | ▮ | ▮ | ▮▮▮ | | | |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 126

Appx. 02364

5/14/2021 NexBank SSB



**2515 McKinney Avenue, 11th Floor**
**Dallas, Texas 75201**
**972.934.4700**
**www.NexBank.com**





```
                                        Date  8/31/18          Page     1
                                        Primary Account  ███████
                                        Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
        NexBank's Privacy Notice, which has not changed, is available on our website
        at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
        Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
Checking Account/s
```

```
        Account Type:  Highland Capital Management LP
```

```
Analysis Checking w/ Interest
Account Number        ███████    Statement Dates  8/01/18 thru  9/03/18
```

```
-----------------------------------------------------------------------------
```

```
Deposits and Additions
Date       Description                          Amount
```

```
-----------------------------------------------------------------------------
```

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                              each banking day will be credited as of that date.

CONFIDENTIAL                                                              D-JDNL-033057
                                                                                 **Appx. 02365**

5/14/2021                                        NexBank SSB



**2515 McKinney Avenue, 11th Floor**
**Dallas, Texas 75201**
**972.934.4700**
**www.NexBank.com**



                                        Date  8/31/18        Page    2
                                        Primary Account
                                        Enclosures              ████████

        Analysis Checking w/ Interest      ████████   (Continued)

        Checks and Withdrawals
        Date      Description                          Amount
         8/01     IB Transfer from D ****130 to      2,500,000.00-
                  D ****884
         8/13     IB Transfer from D ****130 to      2,500,000.00-
                  D ****884

        ████████████████████████████████████████████████
        ████████████████████

        ------------------------------------------------------------------

        Daily Balance Information
        Date        Balance      Date       Balance      Date      Balance
        ██████████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████████
        ██
        ████████████████████████████████████████████████████████████
        ██
        ████████████████████████████████████
        ████████████████████████████████████
        █████████████████████████████████████████

        End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-JDNL-033058

                                                              Appx. 02366

5/14/2021                                          NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-JDNL-033059
**Appx. 02367**

# EXHIBIT 127

Appx. 02368

5/18/2021                                        NexBank SSB

 **NexBank**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date   5/29/15          Page    1
                                        Primary Account    ▮▮▮▮▮▮
                                        Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com



    Checking Account/s

            Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number        ▮▮▮▮▮    Statement Dates   5/01/15 thru  5/31/15
    Last Statement Balance ▮▮▮▮▮   Days in the statement period  ▮▮▮▮
        6 Deposits/Credits ▮▮▮▮▮   Average Ledger        ▮▮▮▮▮
        6 Checks/Debits    ▮▮▮▮▮   Average Collected     ▮▮▮▮▮
    Service Charge         ▮▮▮▮    Interest Earned       ▮▮▮▮▮▮
    Interest Paid          ▮▮▮▮    Annual Percentage Yield Earned  ▮▮▮▮▮
    This Statement Balance ▮▮▮▮▮   2015 Interest Paid    ▮▮▮▮


    ----------------------------------------------------------------------

    Deposits and Additions
    Date     Description                          Amount
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

    ----------------------------------------------------------------------

    Checks and Withdrawals
    Date     Description                          Amount
```

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba...     1/3

HCMS000094
Appx. 02369

5/18/2021                                    NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  5/29/15        Page    2
                                        Primary Account
                                        Enclosures


        Analysis Checking w/ Interest        ███████  (Continued)

        Checks and Withdrawals
        Date      Description                              Amount
        ███████████████████                    ███████████████
        ████████████                           ███████████████
        ███████████████                        ███████████████
        ███████████████                        ███████████
        █████████████

         5/29      IB Transfer from D ****130 to         500,000.00-
                   D ****656

        ███████████████████████████

        ------------------------------------------------------------

        Daily Balance Information
        Date        Balance     Date     Balance    Date      Balance
        ████████████████████████████████████████████████████
        ███████████████████████████████████████

        ------------------------------------------------------------

                        Interest Rate Summary
                    Date              Rate
                    █████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000095
Appx. 02370

5/18/2021                                                                                     NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
  an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000096
**Appx. 02371**

# EXHIBIT 128

Appx. 02372

Page 1 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015            31

**BBVA** Compass

21    HIGHLAND CAPITAL MANAGEMENT LP
       MASTER OPERATING ACCOUNT
       300 CRESCENT CT STE 700
       DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone  1-800-266-7277

Online  bbvacompass.com

Write  BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████████ | ██████ | █████ | █████ |
| **Total Deposit Accounts** | | █████ | █████ |

Page 2 of 7
Primary Account: ▉
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▉ - HIGHLAND CAPITAL MANAGEMENT LP

### Activity Summary

| | |
|---|---|
| Beginning Balance on 10/1/15 | ▉ |
| Deposits/Credits (25) | ▉ |
| Withdrawals/Debits (154) | ▉ |
| **Ending Balance on 10/31/15** | ▉ |

### Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

Page 3 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015                   31

 **BBVA** Compass

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|------|------------|--|------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|------|------------|--------------------|
| 10/1 | | OUT WT E-ACCESS REF 20151001F2QCZ60C001349 BNF Highland Capital M | $350,000.00 |
| 10/2 | | OUT WT E-ACCESS REF 20151002F2QCZ60C001218 BNF Jefferies LLC | $310,000.00 |

HCMS000158

**Appx. 02375**

Page 4 of 7
Primary Account:
Beginning October 1, 2015 - Ending October 31, 2015                    31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
| --- | --- | --- | --- |



HCMS000159

**Appx. 02376**

Page 5 of 7
Primary Account: ████
Beginning October 1, 2015 - Ending October 31, 2015          31


**BBVA** Compass



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 10/30 | | OUT WT E-ACCESS REF  20151030F2QCZ60C002353 BNF Highland Capital M | $100,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

Page 6 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015                    31

**BBVA** Compass

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | | | ███ |
| ███ | ███ | | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | | ███ | ███ | ███ | | | ███ |
| ███ | ███ | | ███ | ███ | ███ | | | |

*Indicates break in check sequence*

HCMS000161

**Appx. 02378**

**BBVA** Compass

## How to Balance Your Account

**Step 1**
- Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**
- If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**
- List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4**
- List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

### Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement |  |
| • Add total from Step 3 |  |
| • Subtotal |  |
| • Subtract total from Step 4 |  |
| • This balance should equal your register balance |  |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
- Check all your addition and subtraction above in your register.
- Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
- Amounts of deposits and withdrawals on this statement should match your register entries.
- If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

### In Case of Errors or Questions About Your Statement (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 129

Appx. 02380

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date 10/30/15          Page    1
                                        Primary Account       ███████
                                        Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


    Checking Account/s

        Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number              ███████  Statement Dates  10/01/15 thru 11/01/15
    Last Statement Balance    █████████  Days in the statement period      ███
       12 Deposits/Credits    █████████  Average Ledger              █████████
        5 Checks/Debits         ███████  Average Collected           █████████
    Service Charge              ███████   Interest Earned
    Interest Paid             █████████   Annual Percentage Yield Earned ████████
    This Statement Balance    █████████   2015 Interest Paid

    ----------------------------------------------------------------------------

    Deposits and Additions
```



5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date 10/30/15        Page    2
                                        Primary Account
                                        Enclosures          ████████
```

```
     Analysis Checking w/ Interest        1614130   (Continued)

     Deposits and Additions
     Date      Description                           Amount
     ████████████████████████████████████████████████████
     ███████████████████████          █████████████████████


     --------------------------------------------------------------------


     Checks and Withdrawals
     Date      Description                           Amount
     ██████████████████████████████████████████
     ████████████████████████████████████████████████████
     ██████████████████████████████████████████
     10/27     OUTGOING WIRE                         200,000.00-
               HIGHLAND CAPITAL MGMT SERVICES
     ████████████████████████████████████████████████████
     ██████████████████████████████████████████
     ████████████████████████████████████████████████████
     ██████████████████████████████████████████


     --------------------------------------------------------------------


     Daily Balance Information
     Date       Balance      Date      Balance      Date      Balance
     ████████████████████████████████████████████████████████████████
     ████████████████████████████████████████████████████████
     ██████████████████████████████████████
     ██████████████████████████████████████


     --------------------------------------------------------------------

                         Interest Rate Summary
                         Date           Rate
                         ███████████████████████████

     End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000167

**Appx. 02382**

5/18/2021                                                                 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|--------|--------|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| | TOTAL |
| Total of Checks not paid | Subtract total of checks not paid |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000168
**Appx. 02383**

# EXHIBIT 130

Appx. 02384

5/18/2021                                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                      Date 10/30/15           Page    1
                                      Primary Account      ████████
                                      Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


     NexBank's Privacy Policy is accessible at www.NexBank.com


     Checking Account/s

          Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number          ████████   Statement Dates  10/01/15 thru 11/01/15
     Last Statement Balance  ███████    Days in the statement period   ████
       12 Deposits/Credits   ████████   Average Ledger           ████████
        5 Checks/Debits      █████      Average Collected        ████████
     Service Charge          ████       Interest Earned          ████████
     Interest Paid           ████       Annual Percentage Yield Earned ████████
     This Statement Balance  ███████ █  2015 Interest Paid

     -----------------------------------------------------------------------------

     Deposits and Additions
     Date    Description                      Amount
```



MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000163
**Appx. 02385**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date 10/30/15          Page    2
                                        Primary Account        ████████
                                        Enclosures


        Analysis Checking w/ Interest      ██████   (Continued)

        Deposits and Additions
        Date     Description                        Amount
        ████████████████████████████████████████████████
        ████████████████████████████████████████████████


        ----------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                        Amount
        ████████████████████████████████████
        ████████████████████████████████████████████████
        ████████████████████████████████████
        ████████████████████████████████████████████████
        10/28    OUTGOING WIRE                      200,000.00-
                 HIGHLAND CAPITAL MGMT SERVICES
        ████████████████████████████████████████████████
        ████████████████████████████████████


        ----------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date      Balance     Date       Balance
        ███████████████████████████████████████████████████████████
        ██████████████████████████████████████████
        ████████████████████████████████


        ----------------------------------------------------------------

                        Interest Rate Summary
                        Date              Rate
                        ███████████████████████

        End of Statement
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000164

**Appx. 02386**

5/18/2021                                        NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000165
**Appx. 02387**

# EXHIBIT 131

Appx. 02388



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

SiPC

| Customer Account Number: | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 1 of 5 |

**MARKET INDICES**

Index

HIGHLAND CAPITAL MANAGEMENT
SERVICES INC
ATTN CARTER CHISIM
300 CRESCEN COURT
SUITE 700
DALLAS TX 75201-7849

**ACCOUNT VALUE SUMMARY**

| Description | As of 10/30/15 | This Period |

**TOTAL**

**DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY**

| Description | This Statement | Year to Date |

**TOTAL INCOME**

**TOTAL EXPENSES**

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

HCMS000172

**Appx. 02389**

| Customer Account Number: ▮▮▮ | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 2 of 5 |

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11ᵗʰ Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election. The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held away are not in the custody or control of Jefferies and are not covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment. All short positions, including positions established on the day of the assignment. A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31ˢᵗ and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06

HCMS000173

Appx. 02390

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: ▮▮▮ | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | | | | PAGE 3 of 5 |

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Rate | Debit | Amount Credit |
|------|-------------|--------------|----------|-------------|------|-------|---------------|
| 11/23 | WIRE | CASH | | WIRE IN HIGHLAND CAPITAL AC 43100933 TwoFour TradeNumber 301033575 | | | 100,000.00 |
| | | | | | .24 | | |

**TOTAL INCOME AND DISTRIBUTION ACTIVITY:**

## OTHER ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | | Debit | Amount Credit |
|------|-------------|--------------|----------|-------------|---|-------|---------------|

**TOTAL OTHER ACTIVITY:**

## PORTFOLIO SUMMARY

Bond ratings are provided by Moody s and Standard & Poor s, respectively. For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

**EQUITIES - LONG POSITIONS: 91.30% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|--------------|----------|-------------|---------------|---------------|--------------|-------------------------|-----------------|

HCMS000174
**Appx. 02391**



**Customer Account Number:** ▮▮▮  AE: PB2  **Statement Period:** November 01, 2015 to November 30, 2015  **PAGE 4 of 5**

### EQUITIES - LONG POSITIONS (Continued)

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**MARKET VALUE OF EQUITIES - LONG POSITIONS**

### MUTUAL FUNDS: 8.60% of Portfolio

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**TOTAL - MUTUAL FUNDS**

HCMS000175

**Appx. 02392**

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: ███ | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 5 of 5 |
| --- | --- | --- | --- |

**Customer Notice**

## IMPORTANT NOTICE

►In accordance with the requirements of the Securities and Exchange Commission (the "SEC") and the Commodity Futures Trading Commission (the "CFTC"), clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC (the "Company") as of May 31, 2015 by visiting our website at **http://investorrelations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790** or by calling 1-888-JEFFERIES. The Statement of Financial Condition is also available for your personal inspection at Jefferies LLC's principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the SEC or CFTC in New York.

►Jefferies LLC is subject to the SEC's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. The Company computes net capital under the alternative method of the Rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions), plus excess margin collateral on reverse repurchase transactions. Compliance with the Rule could limit operations of the Company, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by the Company. In addition, Jefferies LLC is registered as a futures commission merchant ("FCM") following its merger with Jefferies Bache LLC in September 2014 and is therefore subject to the CFTC's minimum financial requirements under Rule 1.17. Under the minimum financial requirements, an FCM must maintain adjusted net capital equal to or in excess of the greater of $1,000,000 or the FCM's risk-based capital requirements totaling (i) eight percent of the total risk margin requirement for positions carried by the FCM in customer accounts, plus (ii) eight percent of the total risk margin requirement for positions carried by the FCM in noncustomer accounts. As a dually registered broker-dealer and FCM, Jefferies LLC is required to maintain net capital in excess of the greater of the SEC or CFTC minimum financial requirements. As of May 31, 2015, Jefferies LLC's net capital was $998,320,000 which was $913,625,000 in excess of required net capital.

*** END OF STATEMENT ***

HCMS000176

**Appx. 02393**

# EXHIBIT 132

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date 11/30/15              Page    1
                                        Primary Account          ▇▇▇▇
                                        Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number          ▇▇▇▇▇▇   Statement Dates  11/02/15 thru 11/30/15
        Last Statement Balance   ▇▇▇▇▇   Days in the statement period     ▇▇
            8 Deposits/Credits   ▇▇▇▇▇   Average Ledger          ▇▇▇▇▇▇
            5 Checks/Debits      ▇▇▇▇▇   Average Collected       ▇▇▇▇▇▇
        Service Charge            ▇▇▇    Interest Earned         ▇▇▇▇▇▇
        Interest Paid           ▇▇▇▇▇    Annual Percentage Yield Earned  ▇▇▇
        This Statement Balance  ▇▇▇▇▇    2015 Interest Paid      ▇▇▇▇▇▇

        -----------------------------------------------------------------------

        Deposits and Additions
        Date      Description                          Amount
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000169
**Appx. 02395**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date 11/30/15          Page    2
                                        Primary Account
                                        Enclosures            � ▬▬▬▬▬
```

```
          Analysis Checking w/ Interest    ▬▬▬▬▬    (Continued)

          --------------------------------------------------------------

          Checks and Withdrawals
          Date      Description                    Amount
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          11/24     IB Transfer from D ****130 to    250,000.00-
                    D ****656
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

          --------------------------------------------------------------

          Daily Balance Information
          Date         Balance      Date       Balance     Date       Balance
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

          --------------------------------------------------------------

                    Interest Rate Summary
                    Date            Rate
                    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

          End of Statement
```

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000170

**Appx. 02396**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | |
|---|---|---|---|---|
| Enter bank balance from statement | | | | |
| Add deposits not credited by bank (if any) | | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000171

**Appx. 02397**

# EXHIBIT 133

Appx. 02398

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                              Date  2/29/16          Page    1
                              Primary Account     ████████
                              Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


     NexBank's Privacy Policy is accessible at www.NexBank.com



     Checking Account/s

          Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number                  Statement Dates   2/01/16 thru  2/29/16
     Last Statement Balance █████    Days in the statement period        ██
        13 Deposits/Credits  ████    Average Ledger      ████████████████
        84 Checks/Debits     ████    Average Collected   ████████████████
     Service Charge                  Interest Earned          ████████
     Interest Paid                   Annual Percentage Yield Earned  ██████
     This Statement Balance          2016 Interest Paid

     -------------------------------------------------------------------------

     Deposits and Additions
     Date      Description                           Amount
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
             Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
             each banking day will be credited as of that date.

HCMS000072
**Appx. 02399**

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  2/29/16      Page    2
                                        Primary Account
                                        Enclosures          ████████
```

Analysis Checking w/ Interest      ████████   (Continued)

Deposits and Additions
```
Date      Description                        Amount
```



--------------------------------------------------------------------------------

Checks and Withdrawals
```
Date      Description                        Amount
```

```
2/10    IB Transfer from D ****130 to     2,000,000.00-
        D ****656
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
           Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
           each banking day will be credited as of that date.

HCMS000073

Appx. 02400

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





Date 2/29/16 Page 3
Primary Account
Enclosures

Analysis Checking w/ Interest ▮▮▮▮▮ (Continued)

Checks and Withdrawals
Date     Description                          Amount



MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000074

**Appx. 02401**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date   2/29/16        Page      4
                                    Primary Account   ▮▮▮▮▮▮▮
                                    Enclosures
```

Analysis Checking w/ Interest        ▮▮▮▮▮▮▮   (Continued)

Checks and Withdrawals
Date       Description                              Amount

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000075
Appx. 02402

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  2/29/16        Page    5
                                        Primary Account
                                        Enclosures


        Analysis Checking w/ Interest        ▮▮▮▮▮     (Continued)

        --------------------------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date       Balance      Date       Balance
```



```
        --------------------------------------------------------------------------------

                        Interest Rate Summary
                    Date            Rate

        End of Statement
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                 each banking day will be credited as of that date.

HCMS000076

Appx. 02403

5/18/2021                                                      NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000077

**Appx. 02404**

# EXHIBIT 134

Page 1 of 16
Primary Account: ████████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

**Contacting Us**

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████ | ██████ | █████ | █████ |
| **Total Deposit Accounts** | | █████ | █████ |

HCMS000056

**Appx. 02406**

Page 2 of 16
Primary Account: █████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number █████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 2/1/16 | ███ |
| Deposits/Credits (145) | ███ |
| Withdrawals/Debits (218) | ███ |
| **Ending Balance on 2/29/16** | ███ |

## Courtesy Overdraft Amount

Courtesy Overdraft Amount for All Transactions                                    ███

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800 Compass.

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ███████ | |
| ██ | | ████████ | |
| ██ | | ████████ | |
| ██ | | ██████████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | ████████ | ██ |

Page 3 of 16
Primary Account: ███████████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |
| ██ | | ████████████████ | ████████ |

Page 4 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass



Page 5 of 16
Primary Account: ████████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| ██ | | ████████████ | ██████ |

Page 6 of 16
Primary Account: ▮▮▮▮▮
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |
| ▮ | | ▮▮▮▮▮▮▮ | ▮▮▮ |

Page 7 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|

HCMS000062
**Appx. 02412**

Page 8 of 16
Primary Account: ██████████
Beginning February 1, 2016 - Ending February 29, 2016                29



| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|--|-------------------|
| ██ | | ████████████ ██████ | | ██████ |
| ██ | | ██████████ ██████ | | ██████ |
| ██ | | ████ █ ████ | | ██████ |
| ██ | | ██████████ █████ | | ████ |
| ██ | | ████████ | | |
| ██ | | ██████████ ██████ | | |
| ██ | | ██████ ████ ██████ | | ██████ |
| ██ | | ████ | | ██████ |
| ██ | | ██████████ █████ | | ██████ |
| ██ | | ████ █ ██████ ██████ | | ██████ |
| ██ | | ██████████ | | |
| ██ | | ██████████ █████ | | ██████ |
| ██ | | ██████████ | | ████ |
| ██ | | ██████████ | | |
| ██ | | ██████████ █████ | | ██████ |
| ██ | | ██████████ | | ████ |
| ██ | | ██████████ █████ | | |
| ██ | | ██████████ ██████ | | ████ |
| ██ | | ██████████ | | |
| ██ | | ██████████ █████ | | ██████ |
| ██ | | ██████████ ██████ | | ██████ |
| ██ | | ██████████ █████ | | ██████ |
| ██ | | ██████████ █████ | | ██████ |
| ██ | | ██████████ | | |
| ██ | | ██████████ █████ | | ██████ |

HCMS000063

Appx. 02413

Page 9 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016     29

 **BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 11 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

Page 12 of 16
Primary Account: ▮▮▮▮▮
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| 2/11 | | OUT WT E-ACCESS CSTREP REF 20160211F2QCZ60C001153 BNF Highland Capital M | $250,000.00 |

Page 13 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016                29



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|---------------|-------------|-------------------|
| ██ | | ████████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ██████████ | ██ |
| ██ | | █████████ | ███ |
| ██ | | ████████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | ███ ████ | ██ |
| ██ | | ███ ████ | ██ |
| ██ | | ██ ████ | █ |
| ██ | | ██ ████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | █ |
| ██ | | ████████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | ██ ████ | ██ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ███ |
| ██ | | ████████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ████ ███ | ██ |
| ██ | | ██ ███ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ████████ | ██ |

Page 14 of 16
Primary Account: ████████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

Primary Account: ███████

Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ |

*Indicates break in check sequence*

Page 16 of 16
Primary Account ████2
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
  • Record all automated deductions, debit card transactions and electronic bill payments.
  • Record and deduct service charges, check printing charges, or other bank fees.
  • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" (Balance Subject to Interest Rate). Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.

# EXHIBIT 135

Appx. 02422

Page 1 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass

21      HIGHLAND  CAPITAL  MANAGEMENT  LP
        MASTER  OPERATING  ACCOUNT
        300  CRESCENT  CT  STE  700
        DALLAS  TX  75201-7849

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ██████████████ | ████████ | ███████ | ███████ |
| **Total Deposit Accounts** | | ███████ | ███████ |

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ██████████ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

### Change In Terms

Correction: The fee changes and effective date listed on last month's statements were intended for other account types and are not applicable to your account.  Below are the fee changes that will go into effect July 1, 2016:
Checks Paid/Debits - $0.19; Deposited Items Drawn on BBVA Compass - $0.15; Incoming Wire - $15.00; Incoming Wire fee with fax/e-mail notification - $16.00; Incoming Wire fee with phone notification - $18.00; Incoming International wire - $15.75; Manual Outgoing repetitive wire - $20.00; Manual Outgoing non-repetitive wire - $25.00; Manual Outgoing repetitive wire fee with notification - $26.00; Outgoing Automatic Standing Transfer - $9.00; Rerun Deposited Item - $9.00; Return Deposited Item - $12.00. Call Business Relationship Services with questions regarding these changes.

## Activity Summary

| | |
|---|---|
| Beginning Balance on 4/1/16 | ███████ |
| Deposits/Credits (53) | ███████ |
| Withdrawals/Debits (207) | ███████ |
| **Ending Balance on 4/30/16** | ███████ |

## Courtesy Overdraft Amount

| | |
|---|---|
| Courtesy Overdraft Amount for All Transactions | $5,000.00 |

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800-Compass.

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|



Page 3 of 12
Primary Account: █████████
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass



Page 4 of 12
Primary Account:
Beginning April 1, 2016 - Ending April 30, 2016        30

**BBVA** Compass



Page 5 of 12
Primary Account: ▮▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016                30

**BBVA** Compass



| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



April 30, 2016                    30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| 4/5 | | OUT WT E-ACCESS CSTREP REF 20160405F2QCZ60C001480 BNF Highland Capital M | $6,000,000.00 |

Page 7 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016                    30

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



**BBVA** Compass



Page 9 of 12
Primary Account: ▮▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016          30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Page 10 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016          30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

HCMS000091

**Appx. 02432**

Page 11 of 12
Primary Account: ███████████
Beginning April 1, 2016 - Ending April 30, 2016                    30



| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ███ | ██ | ██ | ██ | ██ | ██ | ███ |
| ██ | ██ | ███ | ██ | ██ | ██ | ██ | ██ | ███ |
| ██ | ██ | ████ | ██ | ██ | ███ | ██ | ███ | ███ |
| ██ | ██ | ███ | ██ | ██ | ███ | | | |

*Indicates break in check sequence*

HCMS000092

**Appx. 02433**

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HCMS000093

**Appx. 02434**

# EXHIBIT 136

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date   5/31/16            Page     1
                                        Primary Account   ███████
                                        Enclosures


              Highland Capital Management LP
              300 Crescent Court Suite 700
              Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

          Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number             ████       Statement Dates   5/02/16 thru  5/31/16
Last Statement Balance     ████       Days in the statement period     ██
     9 Deposits/Credits    ████       Average Ledger            ████
     5 Checks/Debits       ████       Average Collected         ████
Service Charge                ██      Interest Earned
Interest Paid              ████       Annual Percentage Yield Earned   ████
This Statement Balance     ████       2016 Interest Paid        ████


-------------------------------------------------------------------------------

Deposits and Additions
Date      Description                         Amount
```



5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                       Date  5/31/16         Page    2
                                       Primary Account  ██████████
                                       Enclosures
```

```
       Analysis Checking w/ Interest        ██████  (Continued)

       Deposits and Additions
       Date     Description                           Amount
       ████████████████████████████  ████████████████████
       ████████████████████████████  ████████████████████


       -------------------------------------------------------------

       Checks and Withdrawals
       Date     Description                           Amount
        5/04    IB Transfer from D ****130 to    2,700,000.00-
                D ****656
                ████████████████████████████████
                ████████████████████
                ████████████████████
                ████████████████████████████████
                ████████████████
                ████████████████████████████████
                ██████████


       -------------------------------------------------------------

       Daily Balance Information
       Date          Balance       Date     Balance     Date     Balance
       █████████████████████████████████████████████████████████
       █████████████████████████████████████████████████████████
       █████████████████████████████


       -------------------------------------------------------------

                    Interest Rate Summary
                    Date          Rate
                    ████████████████████████

       End of Statement
```

MEMBER FDIC                  NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000098

Appx. 02437

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | |
|---|---|---|---|---|
| | Enter bank balance from statement | | | |
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000099
**Appx. 02438**

# EXHIBIT 137

Appx. 02439

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date   7/29/16          Page    1
                                    Primary Account
                                    Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at 972-934-4700.
```

Checking Account/s

```
        Account Type:  Highland Capital Management LP
```

Analysis Checking w/ Interest
```
Account Number                          ███████   Statement Dates   7/01/16 thru  7/31/16
Last Statement Balance          █████████████     Days in the statement period       ███
    13 Deposits/Credits         █████████         Average Ledger
    12 Checks/Debits            ██████████         Average Collected
Service Charge                  ████████████       Interest Earned
Interest Paid                   ██████████████     Annual Percentage Yield Earned   █████████
This Statement Balance        █████████████        2016 Interest Paid             █████████
```

--------------------------------------------------------------------------------

Deposits and Additions
Date       Description                      Amount



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000122

**Appx. 02440**

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date  7/29/16        Page    2
                                        Primary Account      ████████
                                        Enclosures
```

```
      Analysis Checking w/ Interest      ████████    (Continued)

      Deposits and Additions
      Date     Description                        Amount
      ████████████████████████████  ████████████████
      ████████████████████████████  ████████████████
      ████████████████████████████  ████████████████
      ████████████████████████████  ████████████████
      ████████████████████████████  ████████████████
      ████████████████████████████  ████████████████
      ████████████████████████  ████████████████
      ████████████  ████████████████

      -----------------------------------------------------------------

      Checks and Withdrawals
      Date     Description                        Amount
      7/01     IB Transfer from D ****130 to      30,000.00-
               D ****656
```



---

MEMBER FDIC          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

HCMS000123
**Appx. 02441**

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  7/29/16        Page    3
                                          Primary Account      ████████
                                          Enclosures
```

Analysis Checking w/ Interest        ████████    (Continued)

Checks and Withdrawals
Date       Description                              Amount



--------------------------------------------------------------------

Daily Balance Information
Date        Balance        Date        Balance        Date        Balance

--------------------------------------------------------------------

                    Interest Rate Summary
                    Date              Rate

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000124
**Appx. 02442**

5/18/2021                                      NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| | TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000125

**Appx. 02443**

# EXHIBIT 138

Page 1 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016         31

**BBVA** Compass

21     HIGHLAND  CAPITAL  MANAGEMENT  LP
       MASTER  OPERATING  ACCOUNT
       300  CRESCENT  CT  STE  700
       DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone    1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---------|----------------|-------------------------------|-------------------------------|
| ███████ | ███████ | ███████ | ███████ |
| **Total Deposit Accounts** | | ███████ | ███████ |

Coming soon! Save money and go green by offering your customers online bills and payment initiation.
BBVA Compass Electronic Bill Presentment and Payment is the most efficient way to deliver your bills
using your company's webpage and accept payments online or by phone. If customers use their own
banking service to pay bills online, we can help you streamline processing using BBVA Compass
e-Lockbox. Contact your BBVA Compass Treasury Management Officer for more details.

_____

Page 2 of 14
Primary Account: ▆
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▆ - HIGHLAND CAPITAL MANAGEMENT LP

### Account Information

As a reminder, on September 23, 2016, the Automated Clearing House (ACH) will begin supporting interbank same day ACH credit transactions. Interbank same day ACH origination will be available through BBVA Compass at a later date on an **opt-in basis only**. Please contact your Treasury Management Officer for assistance.

To reflect this change for Interbank same day ACH through BBVA Compass, we have updated Section 3 of ACH Prepaid Services terms and conditions and added Section 18 to the ACH terms and conditions of our Treasury Management Services Agreement.

Additional terms have also been added to the ACH terms and conditions regarding NOCs in Section 6, fees for returned and disputed entries in Section 7 and third party processors in Section 12.

Please review the changes in the Treasury Management Services Agreement and print a complete copy for your records. You can find a current version of the agreement by going to:

http://www.bbvacompass.com/commercial/treasury-management/resource-central/
The user ID is "treasury" and the password is "management."

### Activity Summary

| | |
|---|---|
| Beginning Balance on 8/1/16 | ▆ |
| Deposits/Credits (99) | ▆ |
| Withdrawals/Debits (224) | ▆ |
| **Ending Balance on 8/31/16** | ▆ |

### Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

HCMS000127

**Appx. 02446**

Page 3 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016          31

BBVA Compass



Page 4 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|

Page 5 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016                    31



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|--------------------|-------------|----------------------|



HCMS000130

**Appx. 02449**

Page 6 of 14
Primary Account:
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|



Page 7 of 14
Primary Account: ████████
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|--|-------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



Page 8 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|
| 8/5 | | OUT WT E-ACCESS CSTREP REF 20160805F2QCZ60C000943 BNF Highland Capital M | | $525,000.00 |
| | | 99994 | | |

Page 9 of 14
Primary Account:
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|



**BBVA** Compass



Page 11 of 14
Primary Account: ████
Beginning August 1, 2016 - Ending August 31, 2016          31



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



HCMS000136

**Appx. 02455**

Page 12 of 14
Primary Account: ▮▮▮▮▮▮▮
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|---|--------------------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



Page 13 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016          31



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
 • Record all automated deductions, debit card transactions and electronic bill payments.
 • Record and deduct service charges, check printing charges, or other bank fees.
 • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| • Enter the "current balance" shown on this statement |  |  |
| • Add total from Step 3 |  |  |
| • Subtotal |  |  |
| • Subtract total from Step 4 |  |  |
| • This balance should equal your register balance |  |  |
| If it does not agree, see steps below | $ |  |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 139

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  8/31/16          Page    1
                                        Primary Account
                                        Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.


   Checking Account/s

          Account Type:  Highland Capital Management LP

   Analysis Checking w/ Interest
   Account Number                     Statement Dates   8/01/16 thru  8/31/16
   Last Statement Balance             Days in the statement period
      11 Deposits/Credits             Average Ledger
       7 Checks/Debits                Average Collected
   Service Charge                     Interest Earned
   Interest Paid                      Annual Percentage Yield Earned
   This Statement Balance             2016 Interest Paid


   -------------------------------------------------------------------------------


   Deposits and Additions
   Date     Description                                    Amount
```

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  8/31/16          Page    2
                                        Primary Account
                                        Enclosures              ██████
```

Analysis Checking w/ Interest     █████    (Continued)

Deposits and Additions
Date      Description                                    Amount

--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                                    Amount

8/19      IB Transfer from D ****130 to        250,000.00-
          D ****656

--------------------------------------------------------------------------------

Daily Balance Information
Date          Balance          Date      Balance      Date      Balance

--------------------------------------------------------------------------------

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
           Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
           each banking day will be credited as of that date.

HCMS000141

**Appx. 02461**

5/18/2021                                     NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  8/31/16        Page    3
                                        Primary Account
                                        Enclosures


              Analysis Checking w/ Interest          1614130  (Continued)

              --------------------------------------------------------------------

                           Interest Rate Summary
                           Date                 Rate


              End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000142

**Appx. 02462**

5/18/2021                                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT |
|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

Total of Checks not paid

Subtract total of checks not paid

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
  an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000143
**Appx. 02463**

# EXHIBIT 140

Appx. 02464

Page 1 of 16
Primary Account: ████████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

61    I CI NADC TAPCWAN SADAL dS dDM NP
      SAFMdR OPdRAMCL ATTOUDM
      H00 TRdFTdDM TM FMd 300
      CANNAF M7 3X601B3584

## / our BBs A Tomba. . AccountWV

Plea. e . ee imbortant me. . age regar9ing your
MRdAFUR/ SADAL dS dDMADAN FCF TI dTYCL
account

### Contacting Us

Availa, le , y bpone 68f8

Ppone    1I500IB- - B633

Online   , , vacomba. . xcom

K rite   BBs A Tomba. .
         Tu. tomer Fervice
         PxOxBo( 10X- -
         Birmingpam2ANHX64-

## Fummary of Account.

### Deposit Accounts/ Other Products

| Account | Account num, er | dn9ing , alance la. t . tatement | dn9ing , alance tpi. . tatement |
|---|---|---|---|
| ███████████ | ████████ | ████ | █████ |
| **Total Deposit Accounts** | | **$315,335.01** | **$1,090,753.79** |

Page 6 of 16
Primary Account: ▮▮▮
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

# MRd AFUR/ S ADAL dS d DMADAN/ F G TI d TY G L

Account Dum, er: ▮▮▮   El G I NADC TAPG ANS ADAL dS d DMN P

## Account Information

K e pave ub9ate9 certain term. an9 con9ition. of tpe Mrea. ury S anagement Fervice Agreement for tpe L eneral Provi. ion. for tpe follo) ing . ection. : Autporive9 Rebre. entative2dligi, le Account. 2Tonfi9entiality an9 " orce S a"eurexG a99ition2t) o ne) . ection. pave al. o , een a99e9 to tpe L eneral Provi. ion. : Cefinition. an9 Mpir9 Party Proce. . or. xPlea. e revie) tpe. e . ection. of tpe Mrea. ury S anagement Agreement online an9 brint a comblete coby for your recor9. xMpe. e term. an9 con9ition. ) ill , ecome effective a. of Cecem, er 12601- xAll otper term. an9 con9ition. of tpe Mrea. ury S anagement Fervice Agreement ) ill continue in full force an9 effectx/ ou can fin9 a current ver. ion of tpe agreement , y going to:
pttb:H) ) ) x , vacomba. . xcomh commercialh trea. uryE management hre. ource E centralh

Mpe u. er G C i. 3rea. ury$an9 tpe ba. . ) or9 i. $management x$

## Activity Summary

Beginning Balance on 4H1H1-          ▮▮▮

Cebo. it. H7re9it. W- V          ▮▮▮

K itp9ra) al. HCe, it. W5- V          ▮▮▮

**Ending Balance on 9/30/16**          ▮▮▮

## Deposits and Other Credits



Page H of 16
Primary Account: 
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

| Cate * | Tpeckh Ferial # | Ce. cribtion | Cebo. it. h Tre9it. |
|--------|-----------------|--------------|---------------------|

**BBVA** Compass

H0

| Cate * | Tpeckh Ferial # | Ce. cribtion | Cebo. it. h Tre9it. |
|--------|-----------------|--------------|---------------------|
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | ██████ |
| ███ | | ██████████████████ | ██████ |

Page X of 16
Primary Account: ████████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-        H0

**BBVA** Compass

| Cate * | T peckh<br>Ferial # | Ce. cribtion | | Cebo. it. h<br>T re9it. |
|---|---|---|---|---|



Plea. e note2certain fee.  an9 cparge.  bo. te9 to your account may relate to . ervice.  an9 for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i.  tpe , u. ine. .  9ay tpat tpe tran. action i.  broce. . e9x

## Withdrawals and Other Debits

| Cate * | T peckh<br>Ferial # | Ce. cribtion | | K itp9ra) al. h<br>Ce, it. |
|---|---|---|---|---|



HCMS000148

Page - of 16
Primary Account:
Beginning Febtern, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass



HCMS000149

**Appx. 02470**

Page 3 of 16
Primary Account:
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-     H0

**BBVA** Compass





Page 4 of 16
Primary Account:
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-     H0

**BBVA** Compass



Page 10 of 16
Primary Account: ██████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass



Plea. e note2certain fee. an9 cparge. bo. te9 to your account may relate to . ervice. an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i. tpe , u. ine. , 9ay tpat tpe tran. action i. broce. . e9x

## End of Business Day Balance Summary



## Summary of Checks

Page 11 of 16
Primary Account: ▮
Beginning Febtem, er 12601-  Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

| Cate | Tpeck # | Amount | Cate | Tpeck # | Amount | Cate | Tpeck # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ▮ | ▮ | ▮ | | | | | | |

*\* Indicates break in check sequence*

HCMS000154

**Appx. 02475**

Page 16 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter all cpeck. 29ebo. it. 2an9 otper automate9 teller
car9 WAMS Vtran. action.  in your regi. terx
• Recor9 all automate9 9e9uction. 29e, it car9
tran. action.  an9 electronic , ill bayment. x
• Recor9 an9 9e9uct . ervice cparge. 2cpeck brinting
cparge. 2or otper , ank fee. x
• ₡you pave an intere. t , earing account2a99 any
intere. t earne9 . po) n on tpi. . tatementx

**Step 2** • ₡abblica, le2. ort cpeck.  in numerical or9er an9 mark
in your regi. ter eacp cpeck or otper tran. action tpat i.
li. te9 on tpi. . tatementx

**Step 3** • N. t any 9ebo. it. or cre9it.  your pave ma9e tpat 9o not
abbear on tpi. . tatement Wee . bace brovi9e9 , elo) \k

**Step 4** • N. t any cpeck. 2an9 ) ritten29e, it car9
tran. action. 2electronic bayment. an9 otper
9e9uction. tpat 9o not abbear on tpi. . tatement Wee
. bace brovi9e9 , elo) \k

| Cate₡Ce. cribtion | Amount |
|---|---|
| | j |
| | j |
| | j |
| | j |
| | j |
| Fteb HMotal | Q |

| Cate₡Ce. cribtion | Tpeck # | Amount |
|---|---|---|
| | | j |
| | | j |
| | | j |
| | | j |
| | | j |
| Fteb 8 Mbtal | | Q |

## Balancing Your Register to this Statement

**Step 5** | dnter tpe ₡current , alance₡$. po) n on tpi.
. tatement | | j |
| A99 total from Fteb H | j |
| Fu, total | j |
| Fu, tract total from Fteb 8 | j |
| Mpi. , alance . poul9 e• ual your regi. ter
, alance | j |
| ₡it 9oe. not agree2e. e . teb. , elo) | Q | j |

₡your account 9oe. not , alance2revie) tpe follo) ing:
· Tpeck all your a99ition an9 . u, traction a, ove in your regi. terx
· S ake . ure you remem, er e9 to . u, tract .ervice cparge.  li. te9 on on
tpi. . tatement an9 a99 any intere. t earne9 to your regi. terx
· Amount . of 9ebo. it. an9 ) itp9ra) al. on tpi. . tatement . poul9
matcp your regi. ter entrie. x
· ₡you pave • ue. tion. or nee9 a. . i. tance2blea. e refer to tpe bpone
num, er on tpe front of tpi. . tatementx

## Change of Address
Plea. e call u. at tpe telebpone num, er li. te9 on tpe front of tpi.
. tatement to tell u. a, out a cpange of a99re. . x

## Electronic Transfers *(for consumer accounts only)*
₡ ca. e of error. or • ue. tion. a, out your 9lectronic Mran. fer. 2) rite to
BBs A Tomba. Bank2Oberation. Tombliance Fubtort2P₡OxBo(
10X- 2Birmingpam2AN HX64- xOr. imbly call your local cu. tomer
. ervice num, er brinte9 on tpe front of tpi. . tatementxT all or ) rite a.
. oon a. you can2if you tpink your . tatement or receibt i. ) rong or if
you nee9 more information a, out a tran. fer on tpe . tatement or
receibtxK e mu. t pear from you no later tpan - 0 9ay. after ) e . ent
tpe fir. t . tatement on ) picp tpe error or bro, lem abbeare9x

| Mell u. your name an9 account num, er Wf any\k
| Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can
| ) py you , elieve it i. an error or ) py you nee9 more informationx
| Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

K e ) ill inve. tigate your complaint an9 ) ill correct any error brombtlyx₡$) e take more tpan 10
, u. ine. . 9ay. V80 on claim. on account. obene9 le. . tpan H0 calen9ar 9ay. Vto 9o tpi. 2) e ) ill
cre9it your account for tpe amount you tpink i. in error2. o tpat you ) ill pave tpe u. e of tpe
money 9uring tpe time it take. u. to comblete our inve. tigationx

*" or Don₡T on. umer Account cu. tomer. 2blea. e refer to your current Don₡T on. umer Account
Agreement for 9etail. regar9ing 9lectronic " un9 Mran. fer. x

## Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate**xMpe intere. t cparge i.
combute9 u. ing your annual bercentage rate 9ivi9e9 , y H X or2in tpe ca. e of a leab year2H - 2
) picp give. you tpe 2Abblica, le RateX' Altpougp ) e calculate tpe intere. t cparge , y abblying tpe
Abblica, le Rate to eacp 9aily , alance2tpe intere. t cparge can al. o , e calculate9 , y multiblying
tpe Abblica, le Rate , y tpe 2average 9aily , alance'Wbalance Fu, "ect to 9tere. t RateV. po) n on
tpi. . tatement2tpen multiblying tpat . um , y tpe num, er of 9ay. in tpe , illing cyclexMb get tpe
2Balance Fu, "ect to 9tere. t Rate" , po) n on tpi. . tatement ) e take tpe , eginning , alance of
your account le. . any unbai9 finance cparge. eacp 9ay2a99 any ne) a9vance. or 9e, it. 2an9
. u, tract any bayment. or cre9it. xMpi. give. u. tpe 9aily , alancexMpen ) e a99 all tpe 9aily
, alance. for tpe , illing cycle an9 9ivi9e , y tpe num, er of 9ay. in tpe , illing cyclexMpi. give u.
tpe 2average 9aily , alance'Wbalance Fu, "ect to 9tere. t Rate"x Rate"x
Payment. xPayment. to your over9raft brotection loan account ma9e tprougp our teller. or
9ebo. ite9 at our automate9 teller macpine. WAMS . VS on9ay tprougp " ri9ay , efore tpe bo. te9
cutofff time ) ill , e bo. te9 to your account on tpe 9ate tpey are accebte9xOtper) i. e2tpey ) ill , e
bo. te9 on tpe ne(t , u. ine. . 9ayxPayment. ma9e tprougp our AMS . via a fun9. tran. fer ) ill , e
bo. te9 on tpe 9ate tpey are receive9 or on tpe ne(t , u. ine. . 9ay if ma9e after - bm T MWbm S M
for Ariwona account. an9 - bm PMfor T alifornia account. VS on9ay tprougp " ri9ay or anytime
Fatur9ay2Fun9ay or , ank poli9ay. xBBs A Tomba. . Bank , u. ine. . 9ay. are S on9ay tprougp
" ri9ay2e( clu9ing poli9ay. x

**In Case of Errors or Questions About Your Statement** VOver9raft Protection OnlyV
₡you tpink your . tatement i. ) rong2or if you nee9 more information a, out a tran. action on your
. tatement2) rite your i. . ue on a . ebarate 9ocument an9 . en9 it to Bankcar9 T enter2P₡OxBo(
66102Cecatur2AN HX- 44₡0001xMelebpone in• uire. may , e ma9e , y calling your local BBs A
Tomba. . rancp li. te9 on tpe front of tpi. . tatement to . beak ) itp a T u. tomer Fervice
Rebre. entativexPlea. e note: a telebpone in• uire , i. not bin. erve your rigpt. un9er fe9eral la) x
K e mu. t pear from you no later tpan . i( ty W0V9ay. after ) e . ent you tpe fir. t . tatement on
) picp tpe error or bro, lem abbeare9x

· Mell u. your name an9 account num, er Wf any\k
· Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can
  ) py you , elieve it i. an error or ) pat you nee9 more informationx
· Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

/ ou can . tob tpe automatic 9e9uction of tpe S inimum Payment from you cpecking account if
you tpink your . tatement i. ) rong2xMb . tob tpe bayment2your letter mu. t reacp u. tpree W0V
, u. ine. . 9ay. , efore tpe automatic 9e9uction i. . cpe9ule9 to occurx

## Reporting Other Problems
Plea. e revie) your . tatement carefullyx₡i. e. . ential tpat any account error. or any imbrober
tran. action. on your account , e reborte9 to u. a. . oon a. . oon a. po. . i, le. . i. , lex₡you fail to
notify u. of any . u, becte9 bro, lem. 2error. or unautporive9 tran. action. ) itpin tpe time berio9.
. becifie9 in tpe 9ebo. it account agreement2) e are not lia, le to you for any lo. . relate9 to tpe
bro, lem2error or unautporive9 tran. actionx

BBs A Tomba. . i. a tra9e name of Tomba. . Bank2a mem, er of tpe BBs A L roubx
Tomba. . Bank2S em, er " C₡'x

# EXHIBIT 141

NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date 12/30/16         Page    1
                                          Primary Account
                                          Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                            Statement Dates  12/01/16 thru 12/31/16
Last Statement Balance                    Days in the statement period
   14 Deposits/Credits                    Average Ledger
   11 Checks/Debits                       Average Collected
Service Charge                            Interest Earned
Interest Paid                             Annual Percentage Yield Earned
This Statement Balance                    2016 Interest Paid
```



```
Deposits and Additions
Date        Description                          Amount
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                     each banking day will be credited as of that date.



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



file:///G|/.../1.%20Audit/Audit%202016/Bank%20Statements/NexBank%20MM%20130/12-16%20HCM%20MM%20NexBank%20130.html[3/15/2019 4:45:15 PM]

HCMS000177

**Appx. 02478**

NexBank SSB

Primary Account
Enclosures                                       ███████

Analysis Checking w/ Interest          █████    (Continued)

Deposits and Additions
Date       Description                                   Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date       Description                                   Amount



12/12      IB Transfer from D ****130 to           7,700,000.00-
           D ****656



--------------------------------------------------------------------------------

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.



**NEXBANK**™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

                                            Date 12/30/16          Page   3
                                            Primary Account
                                            Enclosures              ██████

Analysis Checking w/ Interest          █████    (Continued)

--------------------------------------------------------------------------------

Daily Balance Information

HCMS000178

**Appx. 02479**

NexBank SSB

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ███ | ███████ | ███ | ███████ | ██ | ██████ |

------------------------------------------------------------------------------

### Interest Rate Summary

| Date | Rate |
|------|------|
| ████ | ████ |

End of Statement



MEMBER FDIC

NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS |
|---|---|---|
| **Reconciliation of Account** | | Date _____ |
| CHECKS WRITTEN BUT NOT PAID | | Please examine this statement and items at once and refer any exceptions immediately. |
| NUMBER | AMOUNT | Sort your checks numerically or by date issued. |
| | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. |
| | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. |
| | | Reconcile your statement in the space provided below. |
| | | Enter bank balance from statement |
| | | Add deposits not credited by bank (if any) |
| | | TOTAL |

file:///G|/.../1.%20Audit/Audit%202016/Bank%20Statements/NexBank%20MM%20130/12-16%20HCM%20MM%20NexBank%20130.html[3/15/2019 4:45:15 PM]

HCMS000179

**Appx. 02480**

NexBank SSB

| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
|---|---|---|---|---|---|---|---|
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
   an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000180

**Appx. 02481**

# EXHIBIT 142

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date   3/31/17         Page    1
                                    Primary Account        ████
                                    Enclosures
```

```
          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201
```

```
       NexBank's Privacy Notice, which has not changed, is available on our website
       at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
       Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
Checking Account/s

       Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number              ████      Statement Dates   3/01/17 thru  4/02/17
Last Statement Balance      ████      Days in the statement period    ████
    5 Deposits/Credits      ████      Average Ledger
   20 Checks/Debits         ████      Average Collected
Service Charge              ████      Interest Earned                 ████
Interest Paid               ████      Annual Percentage Yield Earned  ████
This Statement Balance      ████      2017 Interest Paid              ████
```

--------------------------------------------------------------------------------

```
Deposits and Additions
Date      Description                      Amount
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
```

--------------------------------------------------------------------------------

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                      Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                                each banking day will be credited as of that date.

HCMS000078

**Appx. 02483**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date   3/31/17        Page    2
                                    Primary Account
                                    Enclosures
```

```
        Analysis Checking w/ Interest          ▅▅▅▅    (Continued)

        Checks and Withdrawals
        Date      Description                        Amount
```



```
        3/31      IB Transfer from D ****130 to        150,000.00-
                  D ****656
```

```
        ----------------------------------------------------------------

        Daily Balance Information
        Date          Balance      Date      Balance    Date      Balance
```

```
        ----------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000079
**Appx. 02484**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                      Date   3/31/17        Page    3
                                      Primary Account    ████████
                                      Enclosures
```

          Analysis Checking w/ Interest        ████████  (Continued)

                         Interest Rate Summary
                    Date                 Rate
                    ████████████████████████████████

          End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
               Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000080
**Appx. 02485**

5/18/2021                                        NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| | TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000081

**Appx. 02486**

# EXHIBIT 143

Appx. 02487

5/18/2021                                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                    Date  3/30/18          Page     1
                                    Primary Account        ██████████
                                    Enclosures


          Highland Capital Management Services Inc
          Attn Kristin Hendrix
          300 Crescent Court Suite 700
          Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.

     Checking Account/s

               Account Type:  Highland Capital Management Services Inc
                              Attn Kristin Hendrix

     Business Checking
     Account Number         ██████████    Statement Dates  3/01/18 thru  4/01/18
     Last Statement Balance ██████████    Days in the statement period
        1 Deposits/Credits  ██████████    Average Ledger              ██████████
        5 Checks/Debits     ██████████    Average Collected      ██████████
     Service Charge              ██████
     Interest Paid
     This Statement Balance ██████████

     --------------------------------------------------------------------------

     Deposits and Additions
     Date    Description                          Amount
     3/26    IB Transfer from D ****130 to        150,000.00
             D ****656

     --------------------------------------------------------------------------

     Checks and Withdrawals
     Date    Description                          Amount

─────────────────────────────────────────────────────────────────────────────
MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                      each banking day will be credited as of that date.

HCMS000181
Appx. 02488

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date   3/30/18        Page     2
                                    Primary Account
                                    Enclosures          ████████

     Business Checking          ████████  (Continued)

     --------------------------------------------------------------------

                       --- CHECKS IN NUMBER ORDER ---
     Date    Check No          Amount
     ████████████████████████████████
     ████████████████████████████

     --------------------------------------------------------------------

     Daily Balance Information
     Date         Balance      Date        Balance      Date       Balance
     ████████████████████████████████████████████████████████████████
     ████████████████████████████████████████████████████████████████

     End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000182

**Appx. 02489**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|--------|--------|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000183

**Appx. 02490**

# EXHIBIT 144

Appx. 02491

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date   6/29/18            Page     1
                                    Primary Account        ██████████
                                    Enclosures


           Highland Capital Management Services Inc
           Attn Kristin Hendrix
           300 Crescent Court Suite 700
           Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.

     Checking Account/s

              Account Type:  Highland Capital Management Services Inc
                             Attn Kristin Hendrix

     Business Checking
     Account Number           ████████      Statement Dates   6/01/18 thru  7/01/18
     Last Statement Balance   ██████████    Days in the statement period    ██████
     ████████████             ██████████    Average Ledger
                              ██████████    Average Collected              ██████████
     Service Charge           █████████
     Interest Paid            █████████
     This Statement Balance   ██████████


     ----------------------------------------------------------------------------

     Deposits and Additions
     Date     Description                          Amount
      6/25    IB Transfer from D ****130 to         200,000.00
              D ****656


     ----------------------------------------------------------------------------

     Checks and Withdrawals
     Date     Description                          Amount
     ████████████████████████████████████████████████
     ████████████████████████████████████████████████
     ████████████████████████████


     ----------------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000184
Appx. 02492

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date   6/29/18        Page     2
                                              Primary Account
                                              Enclosures
```

Business Checking          ▮▮▮▮▮  (Continued)

Daily Balance Information
Date          Balance        Date        Balance        Date        Balance

End of Statement

MEMBER FDIC                  NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000185

**Appx. 02493**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000186

**Appx. 02494**

# EXHIBIT 145

Page 1 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

, 1    9 HI 9 GALN  DAPHCAG  F ALAI EF ELC  GP
       F ATCEM  SPEMACHLI   ADDSRLC
       622  DMETDELC  DC  TCE   O22
       NAGGAT  CU  O3, 21-O7 X0

### Contacting Us

A5ai8a48 4y vl one , XpO

Pl one    1-722-, hh-Q OO

Sn8ne    445acomva/ / scom

. rite    BBVA Domva/ /
          Du/ tomer Ter5ice
          PsS sBoV 123hh
          Birmingl ambAG63, 0h

## Tummary of Account/

### Deposit Accounts/ Other Products

| Account | Account num4er | Ending 4a8ance &l/ t / tatement | Ending 4a8ance tl i/ / tatement |
|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ |
| **Total Deposit Accounts** | | ███████ | ███████ |

Page , of 16
Primary Account: ██████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                    61

**BBVA** Compass

# CMEATRMx F AL AI EF EL C AL AGx THT D9 EDYĦLI

Account Lum4er: ██████ - 9HI 9GALN DAPHCAGF AL AI EF EL CGP

## Activity Summary

| | |
|---|---|
| Beginning Baïance on 3ʃʃ⁄ʃ0 | ████████ |
| Nevo/ it/ ʃDredit/ I0O( | ████████ |
| . itl dra) a8ʃĶNe4it/ ĶⁱOʰ( | ████████ |
| **Ending Balance on 5/31/19** | ████████ |

## Deposits and Other Credits

| Nate " | DI ecwp Teria8" | Ne/ crivtion | Nevo/ it/ p Dredit/ |
|---|---|---|---|
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | █████████████ | |
| ██ | | ████████████ | ████ |
| ██ | | ██████████████ | |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | ████████████ | |
| ██ | | ████████████ | ████ |

Page 6 of 16
Primary Account: ████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                61

**BBVA** Compass



HCMS000102

**Appx. 02498**

Page X of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

BBVA Compass

| Nate " | DI ecwp<br>Teria8" | Ne/ crivtion | Nevo/ it/ p<br>Dredit/ |
|---|---|---|---|
| ███ | | ████████████ ███████ | ██████ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | █████████████ ████████ | ███████ |
| ███ | | ████████████ ██████████ | ███████ |
| ███ | | █████████████ ██████████ | ████████ |
| ███ | | ████ ████████████ ██████ | ███████ |
| ███ | | ████████████ ██████ | ████ |
| ███ | | ████████████ ██████ | ██████ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | ████████████ ██████ | █████ |
| ███ | | ████████████ █████ | ███ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | ████████████ ███████ | ██████ |
| ███ | | █████████████ ███████ | ██████ |

HCMS000103

**BBVA** Compass



Page h of 16
Primary Account: ▉▉▉▉▉
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



Page Oof 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210            61

**BBVA** Compass



Plßa/ e notebcertain fee/ and cl arge/ vo/ ted to your account may reßate to / er5ice/ andßor acti5ity from tl e vrior / tatement cyclßs
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## Withdrawals and Other Debits



**BBVA** Compass



**BBVA** Compass



**BBVA** Compass







Page 1, of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



Ple a/ e note bcertain fee/ and cl arge/ vo/ ted to your account may rela8te to / er5ice/ andpor acti5ity from tl e vrior / tatement cyc8e s
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## End of Business Day Balance Summary



## Summary of Checks



*Indicates break in check sequence*

Page 16 of 16
Primary Account: █████████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter a8cl ecw/ bdevo/ it/ band otl er automated te8er card HACF( tran/ action/ in your regi/ ters
• Mecord a8automated deduction/ bde4it card tran/ action/ and e8ectronic 4i88payment/ s
• Mecord and deduct / er8ice cl arge/ bcl ecwvrinting cl arge/ bor otl er 4anwfee/ s
• Hf you l a5e an intere/ t 4earing accountbadd any intere/ t earned / l o) n on tl i/ / tatements

**Step 2** • Hf av8ca48b/ orl cl ecw/ in numerica8order and marw in your regi/ ter eacl  cl ecwor otl er tran/ action tl at i/ 8/ ted on tl i/ / tatements

**Step 3** • G// t any devo/ it/ or credit/ your l a5e made tl at do not avvear on tl i/ / tatement Kee / vace vro5ided 4e8o) (s

**Step 4** • G// t any ecw/ you l a5e ) rittenbde4it card tran/ action/ be8ectronic vayment/ and otl er deduction/ tl at do not avvear on tl i/ / tatement Kee / vace vro5ided 4e8o) (s

| Nate/Ne/ crivtion | | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Ttev 6 Cota8 | # | q |

| Nate/Ne/ crivtion | | Dl ecw" | Amount | |
|---|---|---|---|---|
| | | | | q |
| | | | | q |
| | | | | q |
| | | | | q |
| | | | | q |
| | | | | q |
| | Ttev X Cota8 | # | | q |

### Balancing Your Register to this Statement

**Step 5** | Zenter tl e "current 4a8ance" / l o) n on tl i/ / tatement | | q |
|---|---|---|
| | ZAdd tota8from Ttev 6 | q |
| | ZTu4tota8 | q |
| | ZTu4tract tota8from Ttev X | q |
| | ZCl i/ 4a8ance / l ou8 eQua8your regi/ ter 4a8ance | q |
| | Hf it doe/ not agreeb/ ee / tev/ 4e8) | # | q |

Hf your account doe/ not 4a8ancebre5ie) tl e fo88o) ing:
- Dl ecw a88your addition and / u4traction a4o5e in your regi/ ters
- F awe / ure you remem4ered to / u4tract / er5ice cl arge/ 8/ ted on tl i/ / tatement and add any intere/ t earned to your regi/ ter
- Amount/ of devo/ it/ and / l i/ dra) a8 on tl i/ / tatement / l ou8 matcl  your regi/ ter entrie/ s
- Hf you l a5e Que/ tion/ or need a// i/ tancebv8ea/ e refer to tl e vl one num4er on tl e front of tl i/ / tatements

## Change of Address

P8ea/ e ca88u/ at tl e te8evl one num4er 8/ ted on tl e front of tl i/ / tatement to te88u/ a4out a cl ange of addre/ / s

## Electronic Transfers (for consumer accounts only)

Hf a ca/ e of error/ or Que/ tion/ a4out your E8ectronic Cran/ fer/ b) rite to BBVA Domva/ / BanwbSveration/ Domv8ance Tuvvo8orPsSsBoV 123hhbBirmingl ambAG63, 0hsSr / imv8) ca88your 8ca8cu/ tomer / er5ice num4er vrinted on tl e front of tl i/ / tatementsDa88or ) rite a/ / oon a/ you canbif you tl inwyour / tatement or receivt u/ ) rong or if you need more information a4out a tran/ fer on tl e / tatement or receivt₅. we mu/ t l ear from you no 8ater tl an h2 day/ after ) e / ent tl e fir/ t / tatement on ) l icl  tl e error or vro48m avveareds

> Z Ce88u/ your name and account num4er Hf any(s
> Z Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand e W8ain a/ c8ear8y a/ you can ) l y you 4e8e5e it i/ an error or ) l y you need more informations
> Z Ce88u/ tl e do88ar amount of tl e / u/ vected errors

. e ) i88in5e/ tigate your comv8aint and ) i88correct any error vromvt8ysHf) e ta5e more tl an 12 4u/ ine// day/ K2 on c8aim/ on account/ ovened 8/ / tl an 62 ca8endar day/ (to do tl i/ b) e ) i88 credit your account for tl e amount you tl inwi/ in error8/ o tl at you ) i88l a5e tl e u/ e of tl e money during tl e time it tawe/ u/ to comv8ete our in5e/ tigations

*$or Lon-Don/ umer Account cu/ tomer/ bv8ea/ e refer to your current Lon-Don/ umer Account Agreement for detai8) regarding E8ectronic $und Cran/ fer/ s

## Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rates**Cl e intere/ t cl arge i/ comvuted u/ ing your annua8vercentage rate di55ded 4y 6h3 orbin tl e ca/ e of a 8eav yearb6hhb ) l icl  gi5e/ you tl e •Avv8ca48e Mate) A88 ougl  ) e ca8cu8ate tl e intere/ t cl arge 4y avv8ying tl e Avv8ca48e Mate to eacl  dai8y 4a8ancebtl e intere/ t cl arge can a8o 4e ca8cu8ated 4y mu8iv8ying tl e Avv8ca48e Mate 4y tl e •a5erage dai8y 4a8ance|H8a8ance Tu4ject to intere/ t Mate( / l o) n on tl i/ / tatementbi/ com8u4ed 4y av8ying tl at / um 4y tl e num4er of day/ in tl e 4i88ing cyc8eSCo get tl e •8a8ance Tu4ject to H8tere/ t Mate( / l o) n on tl i/ / tatement ) e start 4 e 4eginning 4a8ance of your account 8a/ / any unvaid finance cl arge/ eacl  day badd any ne) ad5ance/ or de4it/ band / u4tract any vayment/ or credit/ sCi i/ gi5e/ u/ tl e dai8y 4a8ancesCl en ) e add a88tl e dai8y 4a8ance/ for tl e 4i88ing cyc8e and di55de 4y tl e num4er of day/ in tl e 4i88ing cyc8esCl i/ gi5e u/ tl e •a5erage dai8y 4a8ance for tl e 4i88ing cyc8eSCl i/ i/ n on tl e / tatement a/ •8a8ance Tu4ject to H8tere/ t Mate|s Payment/ sPayment/ to your o5erdraft vrotection 8oan account made tl rougl  our te88er/ or devo/ ited at our automated te88er macl ine/ HACF / ( F onday tl rougl  $riday 4efore tl e vo/ ted cut-off time ) i884e vo/ ted to your account on tl e date tl ey are accevtedsStl er) i/ ebtl ey ) i884e vo/ ted on tl e ne W8 4u/ ine// dayPayment/ made tl rougl  our ACF / 5ia a fund/ tran/ fer/ i884e vo/ ted on tl e date tl ey are recei5ed or on tl e ne W8 4u/ ine// day if made after hvm DC Hvm F C for Arizona account/ and hvm PC for Da8ifornia account/ ( F onday tl rougl  $riday or anytime TaturdaybTunday or 4anwl o88day/ sBBVA Domva/ / Banw4u/ ine// day/ are F onday tl rougl  $ridaybve W8uding l o88day/ s

**In Case of Errors or Questions About Your Statement** KS5erdraft Protection Sn8)(
Hf you tl inwyour / tatement i/ ) rongbor if you need more information a4out a tran/ action on your / tatementb) rite your i/ / ue on a / evarate document / and / end it to Banwcard DenterbPsSsBoV , , 12bNecaturbAG63h00-2221sCe88evl one in Quire/ may 4e made 4y ca88ng your 8ca8BBVA Domva/ / 4rancl  8/ ted on tl e front of tl i/ / tatement to / veaw) itl  a Du/ tomer Ter5ice Mevre/ entati5esP8ea/ e note: a te8evl one in Quiry ) i88not vre/ er5e your rigl t/ under federa88a) s₅. e mu/ t l ear from you no 8ater tl an / i/ ty H2( day/ after ) e / ent you tl e fir/ t / tatement on ) l icl  tl e error or vro48em avveareds

> • Ce88u/ your name and account num4er Hf any(s
> • Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand e W8ain a/ c8ear8y a/ you can ) l y you 4e8e5e it i/ an error or ) l y you need more informations
> • Ce88u/ tl e do88ar amount of tl e / u/ vected errors

x ou can / tov tl e automatic deduction of tl e F inimum Payment from you cl ecwing account if you tl inwyour / tatement i/ ) rongsCo / tov tl e vaymentbyour 8etter mu/ t reacl  u/ tl ree H3( 4u/ ine// day/ 4efore tl e automatic deduction i/ / cl edu8ed to occurs

## Reporting Other Problems

P8ea/ e re5ie) your / tatement carefu8ysHf i/ / er / entia8tl at any account error/ or any imvrover tran/ action/ on your account 4e revorted to u/ a/ / oon a/ rea/ ona48y vo// i48esHf you fai8to notify u/ of any i/ / vected vro48em/ berror/ or unautl orized tran/ action/ ) itl in tl e time veriod/ / vecified in tl e devo/ it account agreementb) e are not 8ia48e to you for any 8o// / re8ated to tl e vro48emberror or unautl orized tran/ actions

BBVA Domva/ / i/ a trade name of Domva/ / Banwba mem4er of tl e BBVA I rouvs
Domva/ / Banw bF em4er $NHDs

# EXHIBIT 146

Page 1 of 9
Primary Account: ▮▮▮▮
Beginning June 1, 2019 - Ending June 30, 2019                30

**BBVA**

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| **Total Deposit Accounts** | | ▮▮▮▮ | ▮▮▮▮ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

Page 2 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019      30



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████ - HIGHLAND CAPITAL MANAGEMENT LP

### Account Information

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

### Activity Summary

| | |
|---|---|
| Beginning Balance on 6/1/19 | ████ |
| Deposits/Credits (26) | ████ |
| Withdrawals/Debits (154) | ████ |
| **Ending Balance on 6/30/19** | ████ |

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ████████ | |
| ██ | | ████████ | ████ |
| ██ | | ████████ | |
| ██ | | ████████ | ██ |
| ██ | | ████████ | ██ |

Page 3 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019              30



| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|---|------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|---|--------------------|



HCMS000115
**Appx. 02512**

Page 4 of 9
Primary Account: ██████████
Beginning June 1, 2019 - Ending June 30, 2019          30





Page 5 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|----------------|-------------|---------------------|



HCMS000117

**Appx. 02514**

Page 6 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|-----------------|-------------|---|---------------------|

HCMS000118

**Appx. 02515**

Page 7 of 9
Primary Account: ████
Beginning June 1, 2019 - Ending June 30, 2019     30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 6/26 | | OUT WT EBANKING REF  20190626F2QCZ60C003151 BNF Highland Capital M | $150,000.00 |



HCMS000119

**Appx. 02516**

Page 8 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|



* Indicates break in check sequence



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

HCMS000121

Appx. 02518

# EXHIBIT 147

Page 1 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

21    HIGHLAND  CAPITAL  MANAGEMENT  LP
MASTER  OPERATING  ACCOUNT
300  CRESCENT  CT  STE  700
DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone    1-800-266-7277

Online    bbvacompass.com

Write    BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ███████ | $3,117,777.78 | $1,004,810.25 |
| **Total Deposit Accounts** | | **$3,117,777.78** | **$1,004,810.25** |

Page 2 of 13
Primary Account: ███████
███████ May 31, 2019                    31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 5/1/19 | ███████ |
| Deposits/Credits (97) | ███████ |
| Withdrawals/Debits (176) | ███████ |
| **Ending Balance on 5/31/19** | ███████ |

## Deposits and Other Credits

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |
| ██ | | ████████████ | ███████ |



Page 3 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|---------|-------------|---------|



**BBVA** Compass



**BBVA** Compass



| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|

**BBVA** Compass



Page 7 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019          31



| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|---|---|---|---|---|
| ▮ | | ███████████████ | | ███████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 5/2 | | OUT WT EBANKING REF  20190502F2QCZ60C001496 BNF Highland Capital M | $2,400,000.00 |
| 5/3 | | OUT WT EBANKING REF  20190503F2QCZ60C004047 BNF Highland Capital M | $5,000,000.00 |

**Appx. 02526**

Page 8 of 13
Primary Account: ███████████
Beginning May 1, 2019 - Ending May 31, 2019                31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|--------|------|-------------|--|------------|
| ██ | | ██ ████████ | ████████ | ████ |
| ██ | | ██ ████████ | ████████ | ████ |
| ██ | | ██ ████████ | ████████ | ████ |
| ██ | | ████████████ | | ████ |
| ██ | | ████████████ | | ████ |
| ██ | | ████████████ | | ████ |
| ██ | | █████████████ | | ████ |
| ██ | | █████████ | | █████ |
| ██ | | ████████████ | | ████ |
| ██ | | ████████████ | | ████ |
| ██ | | ███████████ | | ████ |
| ██ | | ███████████ | | ████ |
| ██ | | ███████████ | | ████ |
| ██ | | ████████████ | | ████ |
| ██ | | ██████████████ | | █████ |
| ██ | | █████████ | | █████ |
| ██ | | ████████████ | | █████ |
| ██ | | ████████████ | | █████ |
| ██ | | ██ ███████████████ | | █████ |
| ██ | | ████████ | ████████ | ██ |
| ██ | | ████████████ | | █████ |
| ██ | | ████████ | ███████ | ████ |
| ██ | | █████████████ | | ████ |
| ██ | | █████████ | | ████ |
| ██ | | ██████████ | | ████ |
| ██ | | ████████████ | | ████ |
| ██ | | ██ ███████ | ███████ | ████ |
| ██ | | ██ ███████ | ███████ | ████ |
| ██ | | ██ ████████ | | ████ |

Page 9 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019                    31





**BBVA** Compass



**BBVA Compass**

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



Page 12 of 13
Primary Account: ██████████
Beginning May 1, 2019 - Ending May 31, 2019                    31

 **BBVA** Compass

| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|

* Indicates break in check sequence

**Appx. 02531**

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | | |
| • Add total from Step 3 | | |
| • Subtotal | | |
| • Subtract total from Step 4 | | |
| • This balance should equal your register balance | | |
| If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquiries may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 148

Appx. 02533



13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com



```
     HIGHLAND CAPITAL MANAGEMENT LP          Date  11/29/13        Page  1
     300 CRESCENT COURT SUITE 700            Account Number
     DALLAS TX 75201                         Enclosures


                    ---- CHECKING ACCOUNT ----


          For 24-hour service please
          call our telephone banking
          number 877-538-BANK (2265)
BUSINESS ANALYSIS W/ INTEREST              Item Truncation
Account Number                            Statement Dates 11/01/13 thru 11/30/13
Previous Balance                          Days in the statement period
  5 Deposits/Credits                      Average Ledger
  3 Checks/Debits                         Average Collected
Service Charge
Interest Paid
Ending Balance                            2013 Interest Paid
```



```
Checks and Withdrawals
    Date   Description                        Amount

    11/27  WIRE TRANSFER                    100,000.00
           CHICAGO TITLE CO.
```

MEMBER FDIC                 NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION



**1345S NOEL ROAD, 22nd Floor**
**DALLAS, TEXAS 75240**
**972-934-4700**
**www.NexBank.com**



```
        HIGHLAND CAPITAL MANAGEMENT LP          Date   11/29/13         Page   2
        300 CRESCENT COURT SUITE 700            Account Number
        DALLAS TX 75201                         Enclosures
```



```
        BUSINESS ANALYSIS W/ INTEREST    ▮▮▮▮         (Continued)
        Checks and Withdrawals
            Date   Description                            Amount


        Daily Balance Information
            Date        Balance        Date       Balance        Date       Balance


                               Interest Rate Summary
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

https://nbdtx.secure.fundsxpress.com/piles/fxweb.pile/accounts/get_statement?_request_id...   2/12/2014

CONFIDENTIAL                                          D-HCRE-000115

**Appx. 02535**

NexBank SSB

Page 3 of 3

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

| Total of Checks not paid | | | Subtract total of checks not paid | |
|---|---|---|---|---|

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

---

**EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED**

We calculate the **FINANCE CHARGE** on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

The "average daily balance" shown on the front of this statement is for purposes of illustration only. To validate the amount of your finance charge, multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.

*Note: If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

---

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Account Statement**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information.
  1. Your name and account number.
  2. The dollar amount of the suspected error.
  3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

---

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number (if any).
  2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

CONFIDENTIAL

D-HCRE-000116

**Appx. 02536**

# EXHIBIT 149

Appx. 02537

Page 1 of 7
Primary Account: ███████
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210            d1

**BBVA** Compass

, 1    3HI3GALN DAPHCAG TALAI -T- LC GP
TAMC- S RP- SACHLI  ADDRULC
d22 DS- MD- LC DC MC-  722
NAGGAM CX 78, 2157409

### Contacting Us

Available py h/ one , 06̄7

P/ one    15ł225 ss57, 77

Rnline    ppvacomha. . Vbom

V rite    BBx A Domha. .
Du. tomer Mervice
PVRVBoY 128ss
Birming/ ambAGd8, 9s

## Mummary of Account.

### Deposit Accounts/ Other Products

| Account | Account numper | - nEing palance<br>la. t. tatement | - nEing palance<br>t/ i. . tatement |
|---|---|---|---|
| ████████████████ | ███████ | ███████ | ███████ |
| **Total Deposit Accounts** | | ███████ | ███████ |

Page , of 7
Primary Account: ▮▮▮▮
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210          d1

**BBVA** Compass

# CS- AMUSK T AL AI - T - L C AL AGKMHM D3 - D( HL I

Account Lumper: ▮▮▮▮ 53 HI 3 GAL N DAPH CAGT AL AI - T - L C GP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 1/1/14 | ▮▮▮ |
| Neho. it. (DreEit. )d1w | ▮▮▮ |
| V it/ Erak al. 6Nepit. )10, w | ▮▮▮ |
| **Ending Balance on 1/31/14** | ▮▮▮ |

## Transaction History )eYcluEing c/ ec*. w



Page d of 7
Primary Account: ████████
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210      d1



| Nate # | D/ ec*6 Merial F | Ne. crihtion | Neho. it. 6 DreEit. | V it/ Erak al. 6 Nepit. |
|---|---|---|---|---|

Page 0 of 7
Primary Account: ▮▮▮▮▮▮
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210          d1

**BBVA** Compass



Page 8 of 7
Primary Account: ████████
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                    d1



| Nate # | D/ ec*6 Merial F | Ne. crihtion | Neho. it. 6 DreEit. | V it/ Erak al. 6 Nepit. |
|--------|------------------|--------------|---------------------|-------------------------|



Plea. e notebcertain fee. anE c/ arge. ho. teE to your account may relate to . ervice. anEbr activity from t/ e hrior . tatement cycleW
#C/ e Nate hroviEeE i. t/ e pu. ine. . Eay t/ at t/ e tran. action i. hroce. . eEW

## End of Business Day Balance Summary

| Nate | Balance | Nate | Balance | Nate | Balance |
|------|---------|------|---------|------|---------|



## Summary of Checks

| Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|



Page s of 7
Primary Account: ▮▮▮▮▮▮
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210                    d1

**BBVA** Compass

| Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount |
|---|---|---|---|---|---|---|---|---|

*Indicates break in check sequence*

Page 7 of 7
Primary Account: ▮▮▮▮▮▮
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210          d1

**BBVA** Compass

## How to Balance Your Account

**Step 1** • - nter all c/ ec*. bEeho. it. banE ot/ er automateE teller carE )ACT wtran. action. in your regi. terW
• SecorE all automateE EeEuction. bEepit carE tran. action. anE electronic pill hayment. W
• SecorE anE EeEuct . ervice c/ arge. bc/ ec* hrinting c/ arge. bor ot/ er pan* fee. W
• Hf you / ave an intere. t pearing accountbaEE any intere. t earneE . / ok n on t/ i. . tatementW

**Step 2** • Hf ahhlicapleb. ort c/ ec*. in numerical orEer anE mar* in your regi. ter eac/ c/ ec* or ot/ er tran. action t/ at i. li. teE on t/ i. . tatementW

**Step 3** • G. t any Eeho. it. or creEit. your / ave maEe t/ at Eo not ahhear on t/ i. . tatement ). ee . hace hroviEeE pelok wW

**Step 4** • G. t any c/ ec*. your / ave k rittenbEepit carE tran. action. belectronic hayment. anE ot/ er EeEuction. t/ at Eo not ahhear on t/ i. . tatement ). ee . hace hroviEeE pelok wW

| NateNe. crihtion | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | Meh d Cotal  J |

| NateNe. crihtion | D/ ec* F | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Meh 0 Cotal  J |

## Balancing Your Register to this Statement

**Step 5** • - nter t/ e "current palance" . / ok n on t/ i. . tatement
• AEE total from Meh d
• Muptotal
• Muptract total from Meh 0
• C/ i. palance . / oulE equal your regi. ter palance
• Hf iit Eoe. not agreeb. ee . teh. pelok          J

Hf your account Eoe. not palancebreviek t/ e follok ing:
- D/ ec* all your aEEition anE . uptraction apove in your regi. terW
- T a*e . ure you remempereE to . uptract . ervice c/ arge. li. teE on t/ i. . tatement anE aEE any intere. t earneE to your regi. terW
- Amount. of Eeho. it. anE k it/ Erak al. on t/ i. . tatement . / oulE matc/ your regi. ter entrie. W
- Hf you / ave que. tion. or neeE a. . i. tanceb hlea. e refer to t/ e h/ one numper on t/ e front of t/ i. . tatementW

## Change of Address

Plea. e call u. at t/ e teleh/ one numper li. teE on t/ e front of t/ i. . tatement to tell u. apout a c/ ange of aEEre. . W

## Electronic Transfers *(for consumer accounts only)*

Hn ca. e of error. or que. tion. apout your - lectronic Cran. fer. bk rite to BBx A Domha. . Ban* bR*heration. Domhliance MuhhortbPWRWBoY 128sbsbBirming/ ambAGd8, 9sWR r. imhly call your local cu. tomer . ervice numper hrinteE on t/ e front of t/ i. . tatementWball or k rite a. . oon a. you canbif you t/ in* your . tatement or receiht i. k rong or if you neeE more information apout a tran. fer on t/ e . tatement or receihtWf e mu. t. / ear from you no later t/ an s2 Eay. after k e . ent t/ e fir. t . tatement on k /ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e*hlain a. clearly a. you can k / y you pelieve it i. an error or k / y you neeE more informationW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

V e k ill inve. tigate your comhlaint anE k ill correct any error hromhtlyWHf k e ta*e more t/ an 12 pu. ine. . Eay. ), 2 on claim. on account. oheneE le. . t/ an d2 calenEar Eay. wto Eo t/ i. bk e k ill creEit your account for t/ e amount you t/ in* i. in errorb. o t/ at you k ill / ave t/ e u. e of t/ e money Euring t/ e time it ta*e. u. to comhlete our inve. tigationW

#Qor L onEDon. umer Account cu. tomer. bhlea. e refer to your current L onEDon. umer Account Agreement for Eetail. regarEing - lectronic QunE Cran. fer. W

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate** WC/ e. t c/ arge i. comhuteE u. ing your annual hercentage rate EiviEeE py ds8 orbin t/ e ca. e of a leah yearbds5b k / ic/ give. you t/ e "Ahhlicaple SateWAIt/ oug/ k e calculate t/ e intere. t c/ arge py ahhlying t/ e Ahhlicaple Sate to eac/ Eaily palancebt/ e intere. t c/ arge can al. o pe calculateE py multihlying t/ e Ahhlicaple Sate py t/ e "average Eaily palance"Balance Mupject to Intere. t Satew. / ok n on t/ i. . tatementbt/ e multihlying t/ at . um py t/ e numper of Eay. in t/ e pilling cycleWCo get t/ e "Balance Mupject to Intere. t Sate" . / ok n on t/ i. . tatement k e ta*e t/ e sum of t/ e Eaily palance. of your account le. . any unhaiE finance c/ arge. eac/ EaybaEE any nek aEvance. or Eepit. banE . uptract any hayment. or creEit. WC/ i. give. u. t/ e Eaily palanceWC/ en k e aEE all t/ e Eaily palance. for t/ e pilling cycle anE EiviEe py t/ e numper of Eay. in t/ e pilling cycleWC/ i. give. u. t/ e "average Eaily palance" . / ok n on t/ e . tatementW . . . . W Payment. WPayment. to your overEraft hrotection loan account maEe t/ roug/ our teller. or Eeho. iteE at our automateE teller mac/ ine. )ACT . wT onEay t/ roug/ QriEay pefore t/ e ho. teE cut5off time k ill pe ho. teE to your account on t/ e Eate t/ ey are accehteEWRt/ erk i. ebt/ ey k ill pe ho. teE on t/ e ne*t pu. ine. . EayWPayment. maEe t/ roug/ our ACT . via a funE. tran. fer k ill pe ho. teE on t/ e Eate t/ ey are receiveE or on t/ e ne*t pu. ine. . Eay. if maEe after shm DC )shm T C for Arizona account. anE shm PC for Dalifornia account. wT onEay t/ roug/ QriEay or anytime MaturEaybMunEay or pan* / oliEay. WBBx A Domha. . Ban* pu. ine. . Eay. are T onEay t/ roug/ QriEaybe*cluEing / oliEay. W

## In Case of Errors or Questions About Your Statement

)RverEraft Protection Rnlyw Hf you t/ in* your . tatement i. k rongbor if you neeE more information apout a tran. action on your . tatementbk rite your i. . ue on a . eharate Eocument orE. enE it to Ban*carE DenterbPWRWBoY , , 12bNecaturbAGd8s99b2221WCeleh/ one inquire. may pe maEe py calling your local BBx A Domha. . pranc/ li. teE on t/ e front of t/ i. . tatement to . hea* k it/ a Du. tomer Mervice Sehre. entativeWPlea. e note: a teleh/ one inquiry k ill not hre. erve your rig/ t. unEer feEeral lak W V e mu. t / ear from you no later t/ an . i*ty )s2wEay. after k e . ent you t/ e fir. t . tatement on k / ic/ t/ e error or hroplem ahheareEW

• Cell u. your name anE account numper )if anyW
• Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e*hlain a. clearly a. you can k / y you pelieve it i. an error or k / y you neeE more informationW
• Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

Kou can . toh t/ e automatic EeEuction of t/ e T inimum Payment from you c/ ec*ing account if you t/ in* your . tatement i. k rongWCo . toh t/ e haymentbyour letter mu. t reac/ u. t/ ree )dw pu. ine. . Eay. pefore t/ e automatic EeEuction i. . c/ eEuleE to occurW

## Reporting Other Problems

Plea. e reviek your . tatement carefullyWHf i. . e. . ential t/ at any account error. or any imhroher tran. action. on your account pe rehorteE to u. a. . oon a. . onap. onap ho. . iple Wf you fail to notify u. of any . u. hecteE hroplem. berror. or unaut/ orizeE tran. action. k it/ in t/ e time herioE. . hecifieE in t/ e Eeho. it account agreementbk e are not liaple to you for any lo. . relateE to t/ e hroplembberror or unaut/ orizeE tran. actionW

BBx A Domha. . i. a traEe name of Domha. . Ban* ba memper of t/ e BBx A I rouhW Domha. . Ban* bT emper QNHDW

# EXHIBIT 150

Appx. 02545

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
          HIGHLAND CAPITAL MANAGEMENT LP        Date    1/31/14      Page    1
          300 CRESCENT COURT SUITE 700          Account Number          ███████
          DALLAS TX  75201                      Enclosures

                   ---- CHECKING ACCOUNT ----
          For 24-hour service please
          call our telephone banking
          number 877-538-BANK (2265)
   BUSINESS ANALYSIS W/ INTEREST               Item Truncation
   Account Number          ██████             Statement Dates  1/01/14 thru  1/31/14
   Previous Balance     ████████              Days in the statement period      ██
       4 Deposits/Credits  ███████            Average Ledger           ████████
       4 Checks/Debits     ██████             Average Collected        █████████
   Service Charge          █████
   Interest Paid          ██████
   Ending Balance       ████████              2014 Interest Paid       ████████
```



```
   Deposits and Additions
   Date      Description                           Amount
```

```
   Checks and Withdrawals
   Date      Description                           Amount
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                          each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    1/3

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
HIGHLAND CAPITAL MANAGEMENT LP        Date   1/31/14   Page    2
300 CRESCENT COURT SUITE 700          Account Number  ████████
DALLAS TX  75201                      Enclosures

BUSINESS ANALYSIS W/ INTEREST        1614130  (Continued)
Checks and Withdrawals
Date     Description                            Amount
1/30     IB Transfer from D ****130 to          500,000.00
         D ****415
```

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

Interest Rate Summary

MEMBER FDIC      NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

CONFIDENTIAL

D-HCRE-000061

**Appx. 02547**

5/18/2021                                        NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT |  |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-HCRE-000062
**Appx. 02548**

# EXHIBIT 151

Appx. 02549

Page 1 of 6
Primary Account: ███████
Beginning F arcb 1, 201- Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

21     I G.I NADC TAPGWAN FADAL dF dDM NP
       FASMdR OPdRAMGL ATTOUDM
       H00 TRdSTdDM TM SMd 600
       CANNAS MB 67201B6X- 5

### Contacting Us

A8ai4av4e vy l bone 2- p6

Pbone   1B00B2hhB5266

On4ne   vv8acoml a/ / scom

.  rite  BBWA Toml a/ /
        Tu/ tomer Ser8ice
        PsOsBoV 107hh
        Birmingbam, ANH725h

## Summary of Account/

### Deposit Accounts/ Other Products

| Account | Account numver | dn9ing va4nce 4a/ t / tatement | dn9ing va4nce tbi/ / tatement |
|---|---|---|---|
| ███████ | ███████ | ███ | ███ |
| **Total Deposit Accounts** | | ███ | ███ |

CONFIDENTIAL

Page 2 of 6
Primary Account: █████████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

# MRd ASURx F ADAL d F d DMADANx SG TI d TY L

Account Dumver: ████████████

## Activity Summary

| | |
|---|---|
| Beginning Ba4nce on H3t pt - | ████ |
| Cel o/ it/ pTre9it/ K11( | ████ |
| . itb9ra) a4 pCevit/ K1X2( | ████ - |
| **Ending Balance on 1/13/34** | |

## Transaction History K Vc4 9ing cbecw (



| Cate " | T becvp Seria4" | Ce/ cril tion | Cel o/ it/ p Tre9it/ | . itb9ra) a4 p Cevit/ |
|---|---|---|---|---|

D-HCRE-000108
Appx. 02551

Page H of 6
Primary Account: ▮▮▮▮▮▮
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass



Page - of 6
Primary Account: ████████
Beginning F arcb 1, 201-  Edn9ing F arcb Hf, 201-                    Hf

**BBVA** Compass



| Cate " | Tbecwp Seria4" | Ce/ cril tion | Cel o/ it/ p T re9it/ | . itb9ra) a4 p Cevit/ |
|--------|----------------|---------------|----------------------|----------------------|

H¡2X                 OUM.  MdᵬATTdSS Rd$  201- 0H2X$2k T" h0T00H02-
                     BD$ Werita/ Mt4e Part                                        #70,000s00

Page 7 of 6
Primary Account: 
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-          H1





P4a/ e note, certain fee/ an9 cbarge/ l o/ te9 to your account may re4te to / er8ice/ an9pr acti8ity from tbe l rior / tatement cyc4s
" Mbe Cate l ro8i9e9 i/ tbe vu/ ine// 9ay tbat tbe tran/ action i/ l roce/ / e9s

## End of Business Day Balance Summary



## Summary of Checks



D-HCRE-000111
Appx. 02554

Page h of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb Hf, 201-                    Hf

**BBVA** Compass

| Cate | T becw" | Amount | Cate | T becw" | Amount | Cate | T becw" | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ ████ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | | | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | | | ████ | ██ | ██ | ████ |
| ██ | ██ | █ ████ | | | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | | | ████ | | | ████ |
| █ | ██ | | | | ████ | | | ████ |
| ██ | ██ | | | | ████ | | | ████ |
| ██ | ██ | | | | ████ | | | ████ |
| ██ | ██ | ████ | | | ████ | | | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | | | ████ |
| ██ | ██ | ████ | | | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | | | ████ |
| ██ | ██ | ████ | | | ████ | ██ | ██ | ████ |
| ██ | ██ | ████ | ██ | ██ | ████ | | | ████ |
| ██ | ██ | | | | ████ | | | |

*Indicates break in check sequence*

CONFIDENTIAL

Page 6 of 6
Primary Account: ▮▮▮▮▮
Beginning F arcb 1, 201-   Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

## How to Balance Your Account

**Step 3** • dnter a4fcbecw/ , 9el o/ it/ , an9 otber automate9 te4er
car9 KAMF/ ( tran/ action/ in your regi/ ters

• Recor9 a44automate9 9e9uction/ , 9evit car9
tran/ action/ an9 e4ectronic vi4ll ayment/ s

• Recor9 an9 9e9uct/ er8ice cbarge/ , cbecwl rinting
cbarge/ , or otber vanwfee/ s

• ℭyou ba8e an intere/ t vearing account, a99 any
intere/ t earne9/ bo) n on tbi/ /tatements

**Step 2** • ℭal l 4cav4e, / ort cbecw/ in numerica4or9er an9 marw
in your regi/ ter eacb cbecwor otber tran/ action tbat i/
4/ te9 on tbi/ /tatements

**Step 1** • N/ t you 9el o/ it/ or cre9it/ your ba8e ma9e tbat 9o not
al l ear on tbi/ /tatement Kee /l ace l ro8i9e9 ve4) (s

**Step 4** • N/ t you cbecw/ you ba8e ) ritten, 9evit car9
tran/ action/ , e4ectronic l ayment/ an9 otber
9e9uction/ tbat 9o not al l ear on tbi/ /tatement Kee
/l ace l ro8i9e9 ve4) (s

| Cate℘Ce/ cril tion | | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Stel HMbta4 | # | q |

| Cate℘Ce/ cril tion | Tbecw″ | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | Stel - Mbta4 | # | q |

## Balancing Your Register to this Statement

**Step 5** Zdnter tbe "current va4ance" / bo) n on tbi/
/tatement                                                                q

ZA99 tota4from Stel H                                                 q

ZSuvtota4                                                             q

ZSuvtract tota4from Stel -                                            q

ZMbi/ va4ance / bou9 eℚua4your regi/ ter
va4ance                                                              q

ℭit 9oe/ not agree, / ee / tel / ve4)                         #      q

ℭyour account 9oe/ not va4ance, re8ie) tbe fo4b) ing:
- Tbecwa4your a99ition an9 / uvtraction avo8e in your regi/ ters
- F awe / ure you rememvere9 to / uvtract / er8ice cbarge/ 4/ te9 on
tbi/ /tatement an9 a99 any intere/ t earne9/ your regi/ ters
- Amount/ of 9el o/ it/ an9 ) itb9ra) a4 on tbi/ /tatement / bou9
matcb your regi/ ter entrie/ s
- ℭyou ba8e ℚue/ tion/ or nee9 a/ / i/ tance, l 4ea/ e refer to tbe bone
numver on tbe front of tbi/ /tatements

## Change of Address

P4ea/ e ca44u/ at tbe te4el bone numver 4/ te9 on tbe front of tbi/
/tatement to te4lu/ avout a cbange of a99re/ / s

**Electronic Transfers** *(for consumer accounts only)*
ℭi ca/ e of error/ or ℚue/ tion/ avout your e4ectronic Man/ fer/ , ) rite to
BBVA Toml a/ / Banw/ OI eration/ Toml 4ance Sul l P5Os8oV
107hh, Birmingbam, ANH725hsOr / im/ 4) ca44your 4ca4cu/ tomer
/ er8ice numver l rinte9 on tbe front of tbi/ /tatementsTa44or ) rite a/
/ oon a/ you can, if you tbinwyour / tatement or receil t i/ ) rong or if
you nee9 more information avout a tran/ fer on tbe / tatement or
receil ts. ) e mu/ t bear from you no 4ater tban h0 9ay/ after ) e / ent
tbe fir/ t / tatement on ) bicb tbe error or l ro84em al l eare9s

Ⓩ Me44u/ your name an9 account numver Kif any(s
Ⓩ Ce/ crive tbe error or tbe tran/ fer you are un/ ure avout, an9 e44ain a/ c4ear4y a/ you can
) by you ve48e it i/ an error or ) by you nee9 more informations
Ⓩ Me44u/ tbe 9o44er amount of tbe / u/ l ecte9 errors

. e ) i44in8e/ tigate your coml 4aint an9 ) i44correct any error l roml t4y s℠ ) e tawe more tban 10
vu/ ine/ / 9ay/ K20 on c4aim/ on account/ ol ene9 4e/ / tban h0 ca4en9ar 9ay/ ( to 9o tbi/ , ) e ) i44
cre9it your account for tbe amount you tbinwi/ in error, / o tbat you ) i44ba8e tbe u/ e of tbe
money 9uring tbe time it tawe/ u/ to coml 4ete our in8e/ tigations

"$or DonEℱon/ umer Account cu/ tomer/ , l ea/ e refer to your current DonEℱon/ umer Account
Agreement for 9etai4/ regar9ing 4ectronic $un9 Man/ fer/ s

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**s Mbe intere/ t cbarge i/
coml ute9 u/ ing your annua4l ercentage rate 9i89e9 vy Hh7 or, in tbe ca/ e of a 4eal year, Hhh,
) bicb gi8e/ you •tbe •AI l 4cav4e Rate/ A4bougb ) e ca4cu4ate tbe intere/ t cbarge vy al l 4ying tbe
AI l 4cav4e Rate to eacb 9ai4y va4ance, tbe intere/ t cbarge can a4l o ve ca4cu4ate9 vy mu44il 4ying
tbe AI l 4cav4e Rate vy tbe •a8erage 9ai4y va4nnce(HBa4ance Suvject to 8tere/ t Rate/ bo) n on
tbi/ / tatement, tben mu44il 4ying tbat / um vy tbe numver of 9ay/ in tbe vi44ng cyc4esMb get tbe
•Ba4ance Suvject to 8tere/ t Rate/ / bo) n on tbi/ / tatement ) e tawe tbe veginning va4ance of
your account 4e/ / any/ unl ai9 finance cbarge/ eacb 9ay, a99 any ne) a98ance/ or 9evit/ , an9
/ uvtract any l ayment/ or cre9it/ sMbi/ gi8e/ u/ tbe 9ai4y va4ances Mben ) e a99 a44tbe 9ai4y
va4nnce/ for tbe vi44ng cyc4e an9 9i89e vy tbe numver of 9ay/ in tbe vi44ng cyc4esMbi/ gi8e u/
tbe •a8erage 9ai4y va4nnce( 9ai4y va4nnce/ bo) n on tbi/ / tatement a/ •Ba4ance Suvject to 8tere/ t Rate)s
Payment/ sPayment/ vy your o8er9raft l rotection 4oan account ma9e tbrougb our te48er/ or
9el o/ ite9 at our automate9 te48er macbine/ KAMF/ ( F on9ay tbrougb $ri9ay vefore tbe I o/ te9
cutEⓄff time ) i44ve I o/ te9 to your account on tbe 9ate tbey are accel te9sOtber) i/ e, tbey ) i44ve
I o/ te9 on tbe ne4t vu/ ine/ / 9aysPayment/ ma9e tbrougb our AMF / 8ia a fun9/ tran/ fer ) i44ve
I o/ te9 on tbe 9ate tbey are recei8e9 or on tbe ne4t vu/ ine/ / 9ay if ma9e after h1 m TMKh0 im F M
for Arizona account/ an9 h1 m PM for Ta4fornia account/ ( F on9ay tbrougb $ri9ay or anytime
Satur9ay, Sun9ay or vanwbo49ay/ sBBVA Toml a/ / Banwvu/ ine/ / 9ay/ are $ on9ay tbrougb
$ri9ay, e4c4u9ing bo49ay/ s

**In Case of Errors or Questions About Your Statement** I O8er9raft Protection On4y(
ℭyou tbinwyour / tatement i/ ) rong, or if you nee9 more information avout a tran/ action on your
/ tatement, ) rite your i/ / ue on a / el arate 9ocument an9 / en9 it to Banwcar9 Tenter, P5Os8oV
2210, Cecatur, ANH7h55ℰ001sM•4el bone inℚuire/ may ve ma9e vy ca44ng your 4oca4BBVA
Toml a/ / vrancb 4/ te9 on tbe front of tbi/ / tatement to / l eaw) itb a Tu/ tomer Ser8ice
Rel re/ entati8esP4ea/ e note: a te48el bone inℚuiry ) i44not / tay/ our rigbt/ un9er 9e4era44a) s
. e mu/ t bear from you no 4ater tban / i4ty K60( 9ay/ after ) e / ent you tbe fir/ t / tatement on
) bicb tbe error or l ro84em al l eare9s

• Me44u/ your name an9 account numver Kif any(s
• Ce/ crive tbe error or tbe tran/ fer you are un/ ure avout, an9 e44ain a/ c4ear4y a/ you can
) by you ve48e it i/ an error or ) bat you nee9 more informations
• Me44u/ tbe 9o44er amount of tbe / u/ l ecte9 errors

x ou can / tol tbe automatic 9e9uction of tbe F inimum Payment from you cbecwing account if
you tbinwyour / tatement i/ ) rongsMb / tol tbe l ayment, your 4etter mu/ t reacb u/ tbree Kh(
vu/ ine/ / 9ay/ vefore tbe automatic 9e9uction i/ / cbe9u4e9 to occurs

**Reporting Other Problems**
P4ea/ e re8ie) your / tatement carefu44y sℭi/ e/ / entia4tbat any account error/ or any iml rol er
tran/ action/ on your account ve rel orte9 to u/ a/ / oon a/ / rea/ onav4y I o/ / i v4e s℮ol you fai4to
notify u/ of any i/ / ue Ktban your / tatement error/ or unautborize9 tran/ action/ ) itbin tbe time I erio9/
/ l ecifie9 in tbe 9e4 o/ it account agreement, ) e are not 4iav4e to you for any 4o/ / re4ate9 to tbe
I ro84em, error or unautborize9 tran/ actions

BBVA Toml a/ / i/ a tra9e name of Toml a/ / Banw, a memver of tbe BBVA L rou s
Toml a/ / Banw, F emver $CℭⓉs

CONFIDENTIAL

D-HCRE-000113

Appx. 02556

# EXHIBIT 152

Appx. 02557

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  1/30/15        Page    1
                                    Primary Account   ▋▋▋▋▋
                                    Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


     Checking Account/s

          Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number       ▋▋▋▋▋    Statement Dates  1/01/15 thru  2/01/15
     Last Statement Balance ▋▋▋▋▋  Days in the statement period
        6 Deposits/Credits  ▋▋▋▋▋  Average Ledger            ▋▋▋▋▋
        2 Checks/Debits     ▋▋▋▋▋  Average Collected         ▋▋▋▋▋
     Service Charge         ▋▋▋▋▋  Interest Earned
     Interest Paid          ▋▋▋▋▋  Annual Percentage Yield Earned ▋▋▋▋▋
     This Statement Balance ▋▋▋▋▋  2015 Interest Paid

     ----------------------------------------------------------------

     Deposits and Additions
     Date     Description                          Amount
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
               Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
               each banking day will be credited as of that date.

CONFIDENTIAL                                              D-HCRE-000063
                                                         Appx. 02558

5/18/2021                                              NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                              Date  1/30/15        Page    2
                                              Primary Account
                                              Enclosures


       Analysis Checking w/ Interest          [REDACTED]   (Continued)

       Checks and Withdrawals
       Date    Description                              Amount
       [REDACTED]

        1/26    wire request- Loan from HCMLP          1,500,000.00-
                approved by F. Waterhouse

       -------------------------------------------------------------------

       Daily Balance Information
       Date     Balance     Date      Balance     Date      Balance
       [REDACTED]
       [REDACTED]
       [REDACTED]

       -------------------------------------------------------------------

                       Interest Rate Summary
                       Date            Rate
                       [REDACTED]

       End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-HCRE-000064

**Appx. 02559**

5/18/2021                                              NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| | Enter bank balance from statement | | |
| | Add deposits not credited by bank (if any) | | |
| | TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL                                              D-HCRE-000065

                                                         **Appx. 02560**

# EXHIBIT 153



ERD Report Filename - 7202015121002782.TXT
Batch # - 2015121002782
Printed on May 04, 2015 at 08:02 AM

CLOSE

1
+@ Primary Account:
Page 1 of 10
Primary Account
Beginning April 1, 2015 - Ending April 30, 2015

HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

Contacting Us

Phone: 1-800-266-7277

S u m m a r y   o f   A c c o u n t s

Deposit Accounts/Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|

Total Deposit Accounts
1
+@ Primary Account:
Page 2 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

T R E A S U R Y   M A N A G E M E N T   A N A L Y S I S   C H E C K I N G
Account Number: 0025876342 - HIGHLAND CAPITAL MANAGEMENT LP

Activity Summary
==================================
Beginning Balance on 4/1/15
Deposits/Credits (33)
Withdrawals/Debits (189)

Ending Balance on 4/30/15

Deposits and Other Credits

| Date* | Serial# | Description | Deposits/Credits |
|---|---|---|---|

1
+@ Primary Account:
Page 3 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued





Dougherty

1
+® Primary Account
Page 5 of 10
Primary Account
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*   Serial#   Description                                      Withdrawals/
                                                                       Debits

4/2              OUT WT E-ACCESS REF  20150402F2QCZ60C002636 BNF HCRE        $1,500,000.00
                 Partners, LLC

1
+® Primary Account
Page 6 of 10
Primary Account
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*   Serial#   Description                                      Withdrawals/
                                                                       Debits

CONFIDENTIAL                                                        D-HCRE-000068
Appx. 02564



Shawn Raver



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



+@ Primary Account:
Page 9 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 4/10 | 15325 | $271.03 | 4/14 | 15475* | $2,992.50 | 4/2 | 15484* | $1,900.50 |



CONFIDENTIAL                                                        D-HCRE-000070

                                                                   **Appx. 02566**



```
+@ Primary Account:
Page 10 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks - continued

Date      Check#        Amount    Date      Check#        Amount    Date      Check#        Amount
==========================================  ==========================================  ==========================================
4/21      15624      $6,500.00    4/23      15625        $550.00    4/21      15626      $3,157.38
```

* Indicates break in check sequence

# EXHIBIT 154

Appx. 02568

**BBVA** Compass

, 1   HIGHLy ND Cy PITy L MyNy GEMENT LP
MySTER BPERy TING yCCBONT
922 CRESCENT CT STE 022
DyLLy S TU 03, 21-07X5

## Contacting Us

y 8ar4F4e Fmvl oue , Xp0

Pl oue   1-722-, hh-0, 00

Bu4ue   FF8aAoi va/ /sAoi

. 6me   : : Vy Coi va/ /
Cc/ roi e6SeØBAe
PsBs: oV123hh
: rG rugl ai by L 93, 5h

## Sci i aØmof y AAocur/

### Deposit Accounts/ Other Products

| y AAocun | y AAocunuci Fe6 | Eudrug Fa4uAe 4a/ n/ narei eun | Eudrug Fa4uAe rl r/ /narei eun |
|---|---|---|---|
| ███████████████ | ██████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

**BBVA** Compass

# TREy SORx  My Ny GEMENT y Ny Lx SIS CHECYING

y AAocunNci  Fe█████████ - HIGHLy ND Cy PITy L My Ny GEMENT LP

### Actil itf  muv v arf

| | |
|---|---|
| : egruurug : a4uAe ou 12pīpī0 | ████ |
| Devo/ mī pCēedmī K9h( | ████ |
| . mī d6a) a4 pDeFmī K77( | ████ |
| **y nding Salance on E9/4E/E3** | ████0 |

## Deposits and Other Credits

| Dare " | Cl eAvp Se6a4" | De/ A6vnou | | Devo/ mī p Cēedmī |
|---|---|---|---|---|
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ | | ████ |

CONFIDENTIAL

D-HCRE-000081

**Appx. 02570**

Page 9 of 11
P6i a6ny AAocurt ▮▮▮▮▮▮▮
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210          91

**BBVA** Compass

| Dare " | Cl eAvp Se6a4" | De/ A6vnou | | Devo/ ml p C6edm/ |
|--------|----------------|------------|--|-------------------|
| ▮▮ | | ▮▮▮▮▮▮▮ ▮▮▮▮ | | ▮▮▮ |
| ▮▮ | | ▮▮▮▮▮▮▮ ▮▮▮ | | ▮▮▮ |
| ▮▮ | | ▮▮▮▮ | | ▮▮▮ |
| ▮▮ | | ▮▮▮▮▮▮▮ ▮▮▮ | | ▮▮▮ |
| ▮▮ | | ▮▮▮▮▮▮▮▮▮ | | ▮▮▮ |
| ▮▮ | | ▮▮▮▮▮▮▮▮ | | ▮▮ |
| ▮▮ | | ▮▮▮▮ ▮▮▮▮ | | |
| ▮▮ | | ▮▮▮ ▮▮▮▮ | | ▮▮▮ |
| ▮▮ | | ▮▮▮ ▮▮▮▮ | | ▮▮ |
| ▮▮ | | ▮▮▮▮ ▮▮▮▮ | | ▮▮ |
| ▮▮ | | ▮▮▮▮ ▮▮▮▮ | | ▮▮ |
| ▮▮ | | ▮▮▮▮▮ ▮▮▮ | | ▮▮ |
| ▮▮ | | ▮▮▮▮ ▮▮▮▮ | | ▮▮ |
| ▮▮ | | ▮▮▮▮ ▮▮▮ | | ▮▮ |
| ▮▮ | | ▮▮▮▮ ▮▮▮ | | ▮▮ |
| ▮▮ | | ▮▮▮▮ ▮▮▮ | | ▮▮ |
| ▮▮ | | ▮▮▮▮ ▮▮▮ | | ▮▮ |
| ▮▮ | | ▮▮▮ ▮▮ | | ▮▮▮ |
| ▮▮ | | ▮▮▮ ▮▮▮ | | ▮▮▮ |
| ▮▮ | | ▮▮▮▮▮▮ | | ▮▮▮ |
| ▮ | | | | |

BBVA Compass

**BBVA** Compass





## 1 ithdra6 als and Other DeWts



CONFIDENTIAL

**BBVA** Compass

P6i a6ny AAocurt ███████
: egruurug B AroFe61b, 210 - Eudrug B AroFe691b, 210        91

| Dare " | Cl eAvp Se6a4" | De/ A6vnou | . mi d6a) a4 p DeFm/ |
|---|---|---|---|
| 12pt, | | B OT . T E-y CCESS CSTREP REk , 210121, k, * C#h2C222hhh : Nk HCRE Pa6ue6' LLC | $, t822t222s22 |

**BBVA** Compass



**BBVA** Compass



CONFIDENTIAL

Page 12 of 11
P6i a6ny AAocun
: egruurug B AroFe61b, 210 - Eudrug B AroFe691b, 210          91



P4sa/ e uorebAe6naru fee/ aud Al a6ge/ vo/ ned ro moc6aAAocuni amб8a4re ro / e68xAe/ audpo6aAn8mmf6bi rl e v6o6/ narei eunAmAes
" Tl e Dare v6o8tded t/ rl e Fc/ rue// damrl anrl e n6au/ aAmou t/ v6oAe/ / eds

## y nd owSusiness Daf Salance muv v arf



## muv v arf owChecbs



* Indicates break in check sequence

**BBVA** Compass

## k o6  to Salance Hour Account

mtep E  Y Eure6a4Al eAw/ bdevo/ m/ baud ori e6acroi ared re4b6
Aa6d/ Ky TM( nau/ a/Amou/ ru moc66egr/ re6s

Y ReAo6d a4acroi ared dedcAmou/ bdeFmAa6d/
nau/ a/Amou/ aud e4Anburn A F4van euri/s

Y ReAo6d aud dedcAn/ e6B2e Al a6ge/ bAl eAvv6unug
Al a6ge/ bo6ori e6Fauwfee/s

Y If moc l a8e au rure6a/ nFea6ug aAAocurbadd aum
rure6e/ nea6ued / l o) u ou ri t/ /narei euris

mtep •  Y If avv4Fa4Feb/ o6hAl eAw/ ru uci e6B4a4o6B6eaud i a6w
ru moc66egr/ re6ea Al  Al eAwo6ori e6r6au/a/Amou ri an/
4/ red ou ri t/ /narei euris

mtep 4  Y Ltr/ naumdevo/ m/ o6A6edm/ moc6l a8e i ade ri ando uon
avvea6ou ri t/ /narei eunK ee / vaAe v6b8rded Fe4) (s

mtep 0  Y Ltr/ naumAl eAw/ moc l a8e ) 6mreubdeFmAa6d/
nau/ a/Amou/ aud e4Anburn A vami euri/ aud ori e6
dedcAmou/ ri ando uonavvea6ou ri t/ /narei eunK ee
/ vaAe v6b8rded Fe4) (s

| Darep De/ A6vnrou | | yi ocun |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | Srev 9 Tom4 | q |

| Darep De/ A6vnrou | Cl eAw" | yi ocun |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| | Srev X Tom4 | $ q |

## Salancing Hour Register to this mtatev ent

| mtep 5 | ZEure6ri e "Ac66eunFa4uAe" / l o) u ou ri t/ /narei euron | q |
|---|---|---|
| | Zy dd rom4f6bi  Srev 9 | q |
| | ZScFrom4 | q |
| | ZScFr6BAnrora4f6bi  Srev X | q |
| | ZTl t/ Fa4uuAe / l o6dl eQ ca4moc66egr/ re6 Fa4uuAe | q |
| | If mdoe/ uonag6eeb/ ee/ rev/ Fe4) | $ q |

If moc6aAAocundoe/ uonFa4uAeb6e8re) ri e fo4b) rugt
· Cl eAwa4mioc6addmou aud / cFr6bAmou aFo8e ru moc66egr/ re6s
· Mawe / c6e 6ei ei Fe6ed ro / cFr6bAn/ e6B2e Al a6ge/ 4/ red ou ri t/ /narei eunaud add aumrure6e/ nea6ued ru moc66egr/ re6s
· yi ocun/ of devo/ mi aud ) ri dda) a4/ ou ri t/ /narei eun/ l o4l i anN/ moc66egr/ re6eur6e/s
· If moc l a8e Qce/mou/ o6ueed a/ / mruAeb4e4ea/ e6fe6ro ri e vl oue uci Fe6ou ri e6bunof ri t/ /narei euris.

---

## Change ow Address

P4ba/ e Aa4c/ ari e re4vl oue uci Fe64/ red ou ri e6bunof ri t/ /narei eunro re4tc/ aFocna Al auge of add6a/ /s

## ylectronic Transfers (for consumer accounts only)

lu Aa/ e of e6B6ef 06Qce/mou/ aFocnmoc6E4eAnburn A T6au/ fe6/b) 6me ro : : W/ Coi va/ / : auwbBve6mnou/ Coi  v4auAe Scvvo6bfPsBs: oV 123hnb: 6l rugl ai byL 93, 5hsB6/ ri v4mAa4mioc64oAa4Ac/ roi e6 / e6B6e uci  Fe6v6ured ou ri e6bunof ri t/ /narei eunsCa4o6) 6me a/ /oou a/ moc Aaubr/ moc ri ruwmoc6/ nave euno66eAervni/ ) 6bug o6f/ moc ueed i o6ri ruf06 amou aFocna nau/ fe6ou ri e/ /narei euno6 6eAenvrs. e i c/ ri ea6f6bi  moc uo 4re6ri au/ Vlmri4Q( dantl afre6) e / eunmoc ri e fr6ri n/ /narei eunou ) l rAl ri e e6B6o6v6vb4Faei  avvea6eds

Z Te44c/ moc6uai  e aud aAAocunuci Fe6ri aunts
Z De/ A6Fe ri e e6Bb6o6ri e n6au/ fe6moc a6e/ cu/ c6a aFocrbaud eW4aru a/ A4ea6ma/ moc Aau ) l mmoc Fe4e8e m/ au e6Bb6o6) l annmoc ueed i o6ri ruf06 amous
Z Te44c/ ri e do44a6ai ocunof ri e / c/ ve Ared e6Bb6s.

. e ) r44u8e/ ngare moc6Aoi  v4arunaud ) r44Ao6B6Anaume8b6v6bi  v4mslf ) e nawe i o6e ri au 12 Fc/ rue// danti K 2 ou Aari / ou aAAocunt/ oveued e8/ / ri au 92 4a4euda6dant( ro do ri t/ b) e ) r44 A6edmmoc6aAAocunfo6ri e ai  ocunnoc ri runr/ amnc ) r44l a8e ri e c/ e of ri e i ouemdc6tug ri e mi  e mawe/ c/ ro Aoi  v4re oc6ru8e/ nganous

"k o6Nou-Cou/ ci  e6y AAocunAc/ roi  e6y4eAw/ a6e6rnoc6AcB6eunNou-Cou/ ci  e6y AAocun yg6eei  eunfo6derard/ 6ega8tug E4eAnburn A k cud T6au/ fe6/s

## Ol erdraw Protection

**Calculation ow 2nterest Charge and Salance mu Wect to 2nterest Rates** Tl e rure6/ nAl a6ge t/ Aoi  vcred c/ rug moc6auuca4ve66eunage 6are d8rded Fm9h3 o6bru ri e Aa/ e of a 4eav mea6b9hhb ) l rAl  gi8e/ moc ri e •yvv4Fa4Fe Ranesj y4l occgl  ) e Aa4Ac4ane ri e rure6e/ nAl a6ge Fmavv4mug ri e yvv4Fa4Fe Rare ro eaAl  danfmFa4eu6eri e rure6b/ nAl a6ge Aau ad o Fe Aa4Acered Fmi  c4tv4mug ri e yvv4Fa4Fe Rare Fmri e•a8e6age danfmFa4euK a4auAe ScFjeAnro rure6ri nRare( / l o) u ou ri t/ /narei euanfo6eoi  c4tv4mug ri e n/ ci  Fe6of dant ri e Fr4tug AmWesTl eu ) e add a44ri e danfm Fa4euAe/ fo6ri e Fr4tug AmWe aud d8rde Fmri e uci Fe6of dant ru ri e Fr4tug AmWesTl t/ gi8e c/ ri e•a8e6age danfmFa4eu/ o6A6edm/sTl t/ gi8e/ c/ ri e n6au/ eunal  •: a4uAe ScFjeAnro ture6b/ nRare( / l o) u ou ri t/ /narei euon) nawe ri e Fegururug Fa4uuAe of moc6aAAocun4e// aumcuvard fruauAe Al a6ge/ eaAl  dantaddi aumue) ad8auAe/ o6deFmri baud / cFr6bAnaumvami euri o6A6edm/ sTl t/ gi8e/ c/ ri e danfmFa4euAes Tl eu ) e add a44ri e danfm Fa4euAe/ fo6ri e Fr4tug AmWe aud d8rde Fmri e uci Fe6of dant ru ri e Fr4tug AmWes Tl t/ gi8e c/

· Te44c/ moc6uai  e aud aAAocunuci Fe6ri aunts
· De/ A6Fe ri e e6Bb6o6ri e n6au/ fe6moc a6e/ cu/ c6a aFocrbaud eW4aru a/ A4ea6ma/ moc Aau ) l mmoc Fe4e8e m/ au e6Bb6o6) l annmoc ueed i o6ri ruf06 amous
· Te44c/ ri e do44a6ai ocunof ri e / c/ ve Ared e6Bb6s.

x oc Aau / rov ri e acroi  anAdedcAmou of ri e Mturi  c/  Pami eunf6bi  moc Al eAwrug aAAocununf moc ri ruwmoc6/ narei eunf/ Cou/ ci  ) amFei  ade FmAe4Aug moc6B6/ P9( Fc/ rue// dant/ Fef6de ri e acroi  anAdedcAmou t/ / Al edc4ed ro oAAc6s.

## Reporting Other ProWev s

P4ba/ e e6B6e/ moc6/ narei eunAa6fc46sInf/ e/ / euma4ri anaumaAAocune6b6/ o6aumri v6ove6 n6au/ a/Amou/ ou moc6Aocuna6fmri e 6evo6fed ro c/ a/ /ou a/ 6au/ ouaF4mvo/ / rF4ei st moc far4mo uonfmc/ of dant/ / veAred v/fo / be6b6/ o6cuacri o6tzed n6au/ a/Amou/ ) ri ru ri e ri e ve6tod/ / veAr6ed ru ri e devo/ maAAocunag6eei  eunb) e ade uon4aF4e ro moc fo6aumvb/ / 6a4ered ro ri e v6bF4bi  be66b6o6cuacri o6tzed n6au/ a/Amous

: : W/ Coi va/ / ri a n6ade uai  e of Coi va/ / : auwbai  ei  Fe6of ri e : : W/ G6bcvs
Coi va/ / : : auwbMei  Fe6kDlCs

# EXHIBIT 155

Appx. 02580

Page 1 of 6
Primary Account: ▓▓▓▓
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-               H1

**BBVA** Compass

21      I  G I NADC  TAPCWAN  SADAL dS dDM NP
        SARMdO  F PdOAMBL  ATTFUDM
        H00  TOdRTdDM TM RMd  300
        CANNAR  M7  3X201B3- 56

## Contacting Us

A8ai4b4b by vI one 25p8

Pl one     1E 00B2VVB233

F n4ne     bb8acomvassxcom

K rite     BB/ A Tomvass
           Tustomer Rer8ice
           PxF xBo( 10XVV
           Birmingl am, AN HX26V

## h our BB/ A Tomvass Account.sW

P4ease see imvortant message regar9ing your
MOdARUOh S ADAL dS dDMADANhRCR TI  dTYCL
account

## Rummary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | dn9ing ba4ance 4ast statement | dn9ing ba4ance tl is statement |
|---|---|---|---|
| MOdARUOh S ADAL dS dDMADANhRCR TI  dTYCL | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| **Total Deposit Accounts** | | ▓▓▓▓ | ▓▓▓▓ |

CONFIDENTIAL

D-HCRE-000091

**Appx. 02581**

Page 2 of 6
Primary Account: ▮▮▮▮
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

# MOdARUOh SADALdS dDMADANhRGRTIdTYGL

Account Dumber: ▮▮▮▮  EI G.I NADC TAPGANS ADAL dS dDMNP

## Account Information

K e l a8e uv9ate9 tl e Measury Sanagement Rer8ice AgreementxM ese terms an9 con9itions ) i4become effecti8e as of Do8ember HD, 201- x hou can fin9 a current 8ersion of tl e agreement by going to:

l ttv:p) ) )bb8acomvassxcompcommercia4treasuryEmanagementpresourceEcentra4p

M e user GC is wtreasurywan9 tl e vass) or9 is wmanagementxw

## Activity Summary

| | |
|---|---|
| Beginning Ba4nce on 10plpl- | ▮▮▮ |
| Cevositsp Tre9its .22W | ▮▮▮ |
| K itl 9ra) a4pCebits .1V3W | ▮▮▮ |
| **Ending Balance on 10/31/18** | ▮▮▮ |

## Deposits and Other Credits

| Cate " | Tl ec"p Reria4$ | Cescrivtion | Cevositsp Tre9its |
|---|---|---|---|





Page H of 6
Primary Account:
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1





P4ease note, certain fees an9 cl arges voste9 to your account may re4te to ser8ices an9por acti8ity from tl e vrior statement cyc4x
 " M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## Withdrawals and Other Debits



Page 5 of 6
Primary Account: █████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

| Cate " | TI ec"p Reria4$ | Cescrivtion | | K itl 9ra) a4p Cebits |
|---|---|---|---|---|



**BBVA** Compass

| Cate " | TI ec"p Reria4$ | Cescrivtion | K itl 9ra) a4sp Cebits |
|--------|------|-------------|--------|
| ███ | | ████████████ ████ | ████ |
| ███ | | ████████████ ████ | ████ |
| ███ | | ████████████ ████ | ████ |
| ███ | | ██████████ ████ | ████ |
| ███ | | █████ ███ | |
| ███ | | ████ ████ | |
| ███ | | █████ ████ | |
| ███ | | ████ ███ | |
| ███ | | ██████████ ███ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ████ ███ ████ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ████ ███ ████ | ████ |
| ███ | | ████ ██████ | ████ |
| ███ | | █████ ████ ████ | ████ |
| ███ | | ████ ██████ | ████ |
| ███ | | ███████████ ████ | ████ |
| ███ | | ████████ ████ | |
| ███ | | ██████████ ████ | |
| ███ | | ██████████ ████ | |
| ███ | | ██████████ ████ | |
| ███ | | █████ ███ | |
| ███ | | █████████ ████ | |
| ███ | | █████████ ███ | ████ |
| ███ | | █████████ ████ | ████ |
| ███ | | █████████ ████ | ████ |
| ███ | | █████████ ████ | ████ |
| ███ | | ██████████ ████ | ████ |

CONFIDENTIAL

Page 3 of 6
Primary Account:
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass



Page - of 6
Primary Account: 
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1





P4ease note, certain fees an9 cl arges voste9 to your account may re4ate to ser8ices an9por acti8ity from tl e vrior statement cyc4ex
" M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## End of Business Day Balance Summary



## Summary of Checks



* Indicates break in check sequence

CONFIDENTIAL

D-HCRE-000098

**Appx. 02588**

Page 6 of 6
Primary Account: ▓▓▓▓
Beginning Fctober 1, 201-  Edn9ing Fctober H1, 201-                    H1

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter a4cl ec"s, 9evosits, an9 otl er automate9 te48r car9 .AMS Wtransactions in your registerx
• Oecor9 a4automate9 9e9uctions, 9ebit car9 transactions an9 e4ectronic bi4avaymentsx
• Oecor9 an9 9e9uct ser8ice cl arges, cl ec" vrinting cl arges, or otl er ban" feesx
• Gyou l a8e an interest bearing account, a99 any interest earne9 sl o) n on tl is statementx

**Step 2** • Gavv4cab4e, sort cl ec"s in numerica4or9er an9 mar" in your register eacl cl ec" or otl er transaction tl at is 4ste9 on tl is statementx

**Step 3** • Nst any 9evosits or cre9its your l a8e ma9e tl at 9o not avvear on tl is statement .see svace vro8i9e9 be4) W

**Step 4** • Nst any cl ec"s you l a8e ) ritten, 9ebit car9 transactions, e4ectronic vayments an9 otl er 9e9uctions tl at 9o not avvear on tl is statement .see svace vro8i9e9 be4) W

| Catep Cescrivtion | Amount |
|---|---|
|  | • |
|  | • |
|  | • |
|  | • |
|  | • |
| Rtev HMbta4 | • |

| Catep Cescrivtion | Tl ec" $ | Amount |
|---|---|---|
|  |  | • |
|  |  | • |
|  |  | • |
|  |  | • |
|  |  | • |
| Rtev 5 Mbta4 | • | • |

## Balancing Your Register to this Statement

**Step 5** qdnter tl e vcurrent ba4ncewsl o) n on tl is statement

| qA99 tota4from Rtev H |  | • |
|---|---|---|
| qRubtota4 |  | • |
| qRubtract tota4from Rtev 5 |  | • |
| qM is ba4ance sl ou9 eZua4your register ba4ance |  | • |
| Git 9oes not agree, see stevs be4) |  | * | • |

Gyour account 9oes not ba4ance, re8ie) tl e fo4o) ing:
- Tl ec" a44your a99ition an9 subtraction abo8e in your registerx
- Sa"e sure you remember89 to subtract ser8ice cl arges 4ste9 on tl is statement an9 a99 any interest earne9 to your register.
- Amounts of 9evosits an9 ) itl 9ra) a4s on tl is statement sl ou9 matcl your register entriesx
- Gyou l a8e Zuestions or nee9 assistance, v4ease refer to tl e vl one number on tl e front of tl is statementx

## Change of Address

P4ease ca44us at tl e te4e4l one number 4ste9 on tl e front of tl is statement to te44us about a cl ange of a99ressx

### Electronic Transfers (for consumer accounts only)
G case of errors or Zuestions about your e4ectronic Mransfers, ) rite to BB/ A Tomvass Ban", F versations Tomv4ance Ruvvort, PxFxBo( 10XiV, Birming4 am, ANHX26VxF r simv4y ca44your 4ca4customer ser8ice number vrinte9 on tl e front of tl is statementxTa44or ) rite as soon as you can, if you tl in" your statement or receivt is ) rong or if you nee9 more information about a transfer on tl e statement or receivtxK e must l ear from you no 4ter tl an V0 9ays after ) e sent tl e first statement on ) l icl tl e error or vrob4em avveare9x

Q  Me44us your name an9 account number .if anyW
Q  Cescribe tl e error or tl e transfer you are unsure about, an9 e(v4ain as c4ear4y as you can ) l y you be48e it is an error or ) l y you nee9 more informationx
Q  Me44us tl e 9o44ar amount of tl e susvecte9 errorx

K e ) i44in8estigate your comv4aint an9 ) i44correct any error vromvt4yx Gi ) e ta"e more tl an 10 business 9ays .20 on c4aims on accounts ovene9 4ess tl an H0 ca4en9ar 9aysWto 9o tl is, ) e ) i44 cre9it your account for tl e amount you tl in" is in error, so tl at you ) i44 a8e tl e use of tl e money 9uring tl e time it ta"es us to comv4ete our in8estigationx

"kor DonE Fonsumer Account customers, v4ease refer to your current DonE Fonsumer Account Agreement for 9etai4s regar9ing e4ectronic kun9 Mransfersx

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate** xM e interest cl arge is comvute9 using your annua4vercentage rate 9i8i9e9 by HVX or, in tl e case of a 4eav year, H4V, ) l icl gi8es you tl e [Avv4cab4e Oate]x A44 ougl ) e ca4cu4ate tl e interest cl arge by avv4ying tl e Avv4cab4e Oate to eacl 9ai4y ba4ance, tl e interest cl arge can a4so be ca4cu4ate9 by mu4tiv4ying tl e Avv4cab4e Oate by tl e [a8erage 9ai4y ba4ance]. Ba4ance Rubzect to Gnterest OateVM4o) n on tl is statement, tl e mu4iv4ying tl at any e number of 9ays in tl e bi44ing cyc4exM4 get tl e [Ba4ance Rubzect to Gnterest Oate] sl o) n on tl is statement ) e ta"e tl e beginning ba4ance of your account 4ess any unvai9 finance cl arges eacl 9ay, a99 any ne) a98ances or 9ebits, an9 subtract any vayments or cre9itsxM4 is gi8es us tl e 9ai4y ba4ancexM en ) e a99 a44tl e 9ai4y ba4ances for tl e bi44ng cyc4e an9 9i8i9e by tl e number of 9ays in tl e bi44ng cyc4exM4 is gi8e us tl e [a8erage 9ai4y ba4ance]. VavmentsxPayments to your o8er9raft vrotection 4oan account ma9e tl rougl our te44ers or 9evosite9 at our automate9 te44er macl ines .AMS sWS on9ay tl rougl kri9ay before tl e voste9 cutEoff time ) i44be voste9 to your account on tl e 9ate tl ey are accevte9xF tl er) ise, tl ey ) i44be voste9 on tl e ne(t business 9ayxPayments ma9e tl rougl our AMS s 8ia a fun9s transfer) i44be voste9 on tl e 9ate tl ey are recei8e9 or on tl e ne(t business 9ay if ma9e after Vvm TM.Vvm S M for Ari"ona accounts an9 Vvm PMfor Ta4ifornia accountsWS on9ay tl rougl kri9ay or anytime Ratur9ay, Run9ay or ban" l o49aysxBB/ A Tomvass Ban" business 9ays are S on9ay tl rougl kri9ay, e( c4u9ing l o49aysx

### In Case of Errors or Questions About Your Statement .F 8er9raft Protection Fn4yW
Gyou tl in" your statement is) rong, or if you nee9 more information about a transaction on your statement, ) rite your issue on a sevarate 9ocument an9 sen9 it to Ban" car9 Tenter, PxFxBo( 2210, Cecatur, ANHXVX66E001xM4e4e4 one inZuires may be ma9e by ca44ng your 4ca4BB/ A Tomvass brancl 4ste9 on tl e front of tl is statement to svea") itl a Tustomer Rer8ice Oevresentati8exP4ease note: a te44el one inZuiry ) i44not vreser8e your rigl ts un9er 8e9era4 4a) x K e must l ear from you no 4ter tl an si( ty .V0W9ays after ) e sent you tl e first statement on ) l icl tl e error or vrob4em avveare9x

- Me44us your name an9 account number .if anyW
- Cescribe tl e error or tl e transfer you are unsure about, an9 e(v4ain as c4ear4y as you can ) l y you be48e it is an error or ) l at you nee9 more informationx
- Me44us tl e 9o44ar amount of tl e susvecte9 errorx

hou can stov tl e automatic 9e9uction of tl e Sinimum Payment from your cl ec"ing account if you tl in" your statement is) rongxM4 stov tl e vayment, your 4etter must reacl us tl ree .HW business 9ays before tl e automatic 9e9uction is scl e9u4e9 to occurx

### Reporting Other Problems
P4ease re8ie) your statement carefu44yxG is essentia4tl at any account errors or any imvrover transactions on your account be revorte9 to us as soon as reasonab4y vossib4exGyou fai4to notify us of any susvecte9 vrob4ems, errors or unautl ori"e9 transactions) itl in tl e time verio9s svecifie9 in tl e 9evosit account agreement, ) e are not 4iab4e to you for any 4oss re4ate9 to tl e vrob4em, error or unautl ori"e9 transactionx

BB/ A Tomvass is a tra9e name of Tomvass Ban", a member of tl e BB/ A L rouvx Tomvass Ban", S ember kCGx

# EXHIBIT 156

Page 1 of 6
Primary Account: ███████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E          I -



01    GINGDACT  MAPLSAD  RACAN9R9CS  DP
      RAFS9O  UP9OASLCN  AMMU3CS
      I - -  MO9FM9CS  MS  FS9  7 - -
      TADDAF  SX  750- 1d768E

### Contacting Us

A4aiña, ve , y bl one 08p̃

Pl one    1d̃- - d0hhd̃7077

Unvine   , , 4au/ ascom

. rite    BBVA
          Mu/ tomer Fer4ice
          PsUsBoV1- 5hh
          Birmingl am2ADI 50Eh

## Fummary of Account/

### Deposit Accounts/ Other Products

| Account | Account num, er | 9nHng , avance va/ t / tatement | 9nHng , avance tl i/ / tatement |
|---|---|---|---|
| SO9AF3 Ox  RACAN9R9CS ACADx FLF MG9MYLCN | ███████ | ███████ | ███████ |
| **Total Deposit Accounts** | | ███████ | ███████ |

CONFIDENTIAL

Page 0 of 6
Primary Account: ████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E          I -



# SO9 AF 3 Ox  R ACAN9 R 9 CS  ACADx FLF MG9 MYLCN

Account Cum, er: ████        dGINGDACT MAPLSAD R ACAN9 R 9 CS DP

## Activity Summary

| | |
|---|---|
| Beginning Bavance on EpfpfE | ██████ |
| Tebo/ it/ pMreHt/ K0- ( | ██████ |
| . itl Hra) av pTe, it/ K80( | ██████ |
| **Ending Balance on 9/30/19** | ████ |

## Deposits and Other Credits



| Tate " | Ml ecwp Feriav" | Te/ cribtion | Tebo/ it/ p MreHt/ |
|---|---|---|---|

Page I of 6
Primary Account: 
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E          I -





Pvea/ e note2certain fee/ anHcl arge/ bo/ teHto your account may revate to / er4ice/ anHpor acti4ity from tl e brior / tatement cycve s
" Sl e Tate bro4iHeHi/ tl e , u/ ine/ / Hay tl at tl e tran/ action i/ broce/ / eHs

## Withdrawals and Other Debits



Page 8 of 6
Primary Account:
Beginning Febtem, er 120- 1E d9nHng Febtem, er l - 20- 1E          l -





Page 5 of 6
Primary Account: ██████████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E





CONFIDENTIAL

Page h of 6
Primary Account: ████████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E          I -









Pvea/ e note2certain fee/ anHcl arge/ bo/ teHto your account may revate to / er4ice/ anHpr acti4ity from tl e brior / tatement cycve
" Sl e Tate bro4iHeHi/ tl e , u/ ine// Hay tl at tl e tran/ action i/ broce/ / eHs

## End of Business Day Balance Summary



## Summary of Checks



*Indicates break in check sequence*

CONFIDENTIAL

Page 6 of 6
Primary Account: ███████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E



I -

## How to Balance Your Account

**Step 1** • 9nter awcl ecw/ 2Hebo/ it/ 2anHotl er automateHtewer carrHKASR ( tran/ action/ in your regi/ ters
• OecorHawautomateHHbHuction/ 2He, it carH tran/ action/ anHvectronic, iwbayment/ s
• OecorHanHHbHuct / er4ice cl arge/ 2cl ecwbrinting cl arge/ 2or otl er , anwfee/ s
• Lf you l a4e an intere/ t , earing account2aHHany intere/ t earneH/ I o) n on tl i/ / tatements

**Step 2** • Lf abbca, w2/ ort cl ecw in numericavorHer anHmarw in your regi/ ter eacl cl ecwor otl er tran/ action tl at i/ w/ teHon tl i/ / tatements

**Step 3** • D/ t any Hebo/ it/ or creHt/ your l a4e maHe tl at Hb not abbear on tl i/ / tatement Kee / bace bro4iHeH, evo) (s

**Step 4** • D/ t any Hebo/ it/ you l a4e ) ritten2He, it carH tran/ action/ 2evectronic bayment/ anHotl er HeHuction/ tl at Hb not abbear on tl il / tatement Kee / bace bro4iHeH, evo) (s

| Tatep Te/ cribtion | | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| Fteb I Sotav | | # | q |

| Tatep Te/ cribtion | Mi ecw" | Amount | |
|---|---|---|---|
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| | | | q |
| Fteb 8 Sotav | | # | q |

## Balancing Your Register to this Statement

**Step 5** Z9nter tl e "current , avance" / I o) n on tl i/ / tatement

| | | |
|---|---|---|
| ZAHHtotavfrom Fteb I | | q |
| ZFu, totav | | q |
| ZFu, tract totavfrom Fteb 8 | | q |
| ZSI i/ , avance / I ounHeQauvyour regi/ ter , avance | | q |
| Lf it Hbe/ not agree2/ ee / teb/ , evo) | # | q |

Lf your account Hbe/ not , avance2re4ie) tl e fovo) ing:
· Mi ecwavyour aHHition anH/ u, traction a, o4e in your regi/ ters
· Rawe / ure you remem, ereHto / u, tract / er4ice cl arge/ w/ teHon tl i/ / tatement anHHanHany intere/ t earneHto your regi/ ter
· Amount/ of Hebo/ it/ anH) itl Hra) av/ on tl i/ / tatement / l ounH matcl your regi/ ter entrie/ s
· Lf you l a4e Que/ tion/ or neeHa/ / i/ tance2bvea/ e refer to tl e bl one num, er on tl e front of tl i/ / tatements

CONFIDENTIAL

## Change of Address

Pvea/ e cawu/ at tl e tevebl one num, er w/ teHon tl e front of tl i/ / tatement to tewu/ a, out a cl ange of aHHre/ / s

## Electronic Transfers *(for consumer accounts only)*

In ca/ e of error/ or Que/ tion/ a, out your 9vectronic Sran/ fer/ 2) rite to BBWA2U beration/ Mombvance Fubcort2PsUsBoV1- 5hh2 Birminglam2AD1 50EhsUr / imbw cawyour vocavcu/ tomer / er4ice num, er brinteHon tl e front of tl i/ / tatementsMawor ) rite a/ / oon a/ you can2if you tl inwyour / tatement or receibt i/ ) rong or if you neeH more information a, out a tran/ fer on tl / tatement or receibts. e mu/ t l ear from you no vater tl an Ho/ Hay/ after ) e / ent tl e fir/ t / tatement on ) l icl tl e error or bro, vem abbeareHs

Z Sewu/ your name anHaccount num, er Kif any(s
Z Te/ cri, e tl e error or tl e tran/ fer you are un/ ure a, out2anHe Vobain a/ cveany a/ you can ) l y you, evie4e it/ an error or ) l y you neeHmore informations
Z Sewu/ tl e Howar amount of tl e/ / becteHerrors

. e) iwin4e/ tigate your combvaint anH) iwcorrect any error brombtvyslL) e tawe more tl an 1- , u/ ine/ / Hay/ K0- on cvaim/ on account/ obeneHe/ / tl an I - cavenHar Hay/ ( to Ho tl i/ 2) e) iw creHt your account for tl e amount you tl inwi/ in error2/ o tl at you ) iwl a4e tl e u/ e of tl e money Huring tl e time it tawe/ u/ to combvete our in4e/ tigations

"$or CondMon/ umer Account cu/ tomer/ 2bvea/ e refer to your current CondMon/ umer Account Agreement for Hetaiv/ regarHing 9vectronic $unHSran/ fer/ s

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate**sSI e intere/ t cl arge i/ combuteHu/ ing your annuavbercentage rate H4iHbH, y l h5 or2in tl e ca/ e of a veab year2l hh2 ) I icl gi4e/ you tl e •Abbvica, ve Oate/ Antl ougl ) e cavcuvate tl e intere/ t cl arge , y abbvying tl e Abbvica, ve Oate to eacl Haiiy , avance2tl e intere/ t cl arge can av o , e cavcuvateH, y muvtibwing tl e Abbvica, ve Oate , y tl e •a4erage Haiiy , avanceHBavance Fu, ject to Intere/ t Oate( / I o) n on tl i/ / tatement2tl en muvtibwing tl at / um , y tl e num, er of Hay/ in tl e , iwing cycveuSo gett l e •Bavance Fu, ject to Intere/ t Oate( / I o) n on tl i/ / tatement ) e tawe tl e , eginning , avance of your account w/ / any unbaiHfinance cl arge/ eacl Hay2aHHany ne) aHance/ or He, it/ 2anH / u, tract any bayment/ or creHt/ sSl i/ gi4e/ u/ tl e Haiiy , avancesSI en ) e aHHawtl e Haiiy , avance/ for tl e , iwing cycve anHH4iHe , y tl e num, er of Hay/ in tl e , iwing cycvesSI i/ gi4e u/ tl e •a4erage Haiiy , avance( / I o) n on tl e / tatement a/ •Bavance Fu, ject to Intere/ t Oate(s Payment/ sPayment/ to your o4erHaft brotection voan account maHe tl rougl our tewer/ or Hebo/ iteHat our automateHtewer macl ine/ KASR/ ( RonHay tl rougl $riHay , efore tl e bo/ teH cutoff time) iw, e bo/ teHto your account on tl e Hate tl ey are accebteHsUtl er) i/ e2tl ey) iw, e bo/ teHon tl e ne\t , u/ ine/ / HaysPayment/ maHe tl rougl our ASR / 4ia a funH/ tran/ fer) iw, e bo/ teHon tl e Hate tl ey are recei4eHor on tl e ne\t , u/ ine/ / Hay/ if maHe after MS Hbm RS for Arizona account/ anHHbm PS for Mavifornia account/ ( RonHay tl rougl $riHay or anytime FaturHay2FunHay or , anwl oviHay/ sBBWA , u/ ine/ / Hay/ are RonHay tl rougl $riHay2eVcvuHing l ovHay/ s

## In Case of Errors or Questions About Your Statement K

U4erHaft Protection Unw( Lf you tl inwyour / tatement i/ rong2or if you neeHmore information a, out a tran/ action on your / tatement2) rite your u/ / ue on a /ebarate Hbcument anH/ enHit to BawvcarHMenter2PsUsBoV 001- 2Tecatur2AD1 5hEEd- - 1sSevebl one inQuire/ may , e maHe , y cawing your vocavBBWA , ranci w/ teHon tl e front of tl i/ / tatement to ) beaw) itl a Mu/ tomer Fer4ice Oebre/ entati4es Pvea/ e note: a tevebl one inQuiry ) iwnot bre/ er4e your rigl t/ unHer tHeravea) s. e mu/ t l ear from you no vater tl an / iVty Ho- ( Hay/ after ) e / ent you tl e fir/ t / tatement on ) l icl tl e error or bro, vem abbeareHs

· Sewu/ your name anHaccount num, er Kif any(s
· Te/ cri, e tl e error or tl e tran/ fer you are un/ ure a, out2anHe Vobain a/ cveany a/ you can ) l y you, evie4e it/ an error or ) l y you neeHmore informations
· Sewu/ tl e Howar amount of tl e/ / becteHerrors

x ou can / tob tl e automatic HeHuction of tl e R inimum Payment from your cl ecwing account if you tl inwyour / tatement i/ ) rongsSo / tob tl e bayment2your vetter mu/ t reacl u/ tl ree K ( , u/ ine/ / Hay/ , efore tl e automatic HeHuction i/ / cl eHuveHto occurs

## Reporting Other Problems

Pvea/ e re4ie) your / tatement carefuwysLl i/ e/ / entiavtl at any account error/ or any imbrober tran/ action/ on your account , e reborteHto u/ a/ / oon a/ bo/ / i, vesLf you faivto notify u/ of any u/ becteHbro, vem/ 2error/ or unautl orizeHtran/ action/ ) itl in tl e time berioH/ / becifieHin tl e Hebo/ it account agreement2) e are not va, ve to you for any vo/ / revateHto tl e bro, vem2error/ or unautl orizeHtran/ actions

BBWA anHHBWA Momba/ / are trate name/ of BBWA 3 FA2a mem, er of tl e BBWA Nroubs BBWA 3 FA2Rem, er $TLMs

# EXHIBIT 157

Appx. 02599

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  8/29/14          Page    1
                                    Primary Account        ████████
                                    Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


      Checking Account/s

         Account Type:  Highland Capital Management LP

      Analysis Checking w/ Interest
      Account Number        ██████████   Statement Dates   8/01/14 thru  9/01/14
      Last Statement Balance ██████████  Days in the statement period  ████
        14 Deposits/Credits  ██████████  Average Ledger
         4 Checks/Debits     ██████████  Average Collected
      Service Charge         ██████████  Interest Earned
      Interest Paid          ██████████  Annual Percentage Yield Earned  ████
      This Statement Balance ██████████  2014 Interest Paid


      ---------------------------------------------------------------------

      Deposits and Additions
      Date    Description                       Amount
```



```
MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
               Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
               each banking day will be credited as of that date.
```

CONFIDENTIAL

D-NNL-029156

**Appx. 02600**

5/18/2021                                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                              Date  8/29/14          Page    2
                                              Primary Account        ████████
                                              Enclosures


         Analysis Checking w/ Interest        ████████  (Continued)

         Deposits and Additions
         Date     Description                              Amount
         ███████████████████████████████████████████████
         █████████████████████████                       ████████████
         ██████████████████████████████                  ████████████
         ██████████████████████████████                  ████████████
         ██████████████████████████████████              ████████████

         -----------------------------------------------------------------

         Checks and Withdrawals
         Date     Description                              Amount
         ██████████████████████████████████████████████
          8/21    IB Transfer from D ****130 to     4,000,000.00-
                  D ****171
         ██████████████████████████████████████████████
         ██████████████████████                          ████████████
         ██████████████████████████████████              ████████████

         -----------------------------------------------------------------

         Daily Balance Information
         Date         Balance       Date      Balance     Date       Balance
         ████████████████████████████████████████████████████████████████
         ████████████████████████████████████████████████████████████████
         ████████████████████████████████████████████████████████████████

         -----------------------------------------------------------------

                      Interest Rate Summary
                      Date              Rate
                      ██████████████████████████████████


---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029157

                                                               **Appx. 02601**

5/18/2021                                                                 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                       Date  8/29/14        Page    3
                                       Primary Account
                                       Enclosures              �no
```

```
        Analysis Checking w/ Interest        ▬▬▬▬    (Continued)

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

CONFIDENTIAL                                                      D-NNL-029158

**Appx. 02602**

5/18/2021                                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba...    4/4

CONFIDENTIAL

D-NNL-029159

**Appx. 02603**

# EXHIBIT 158

Appx. 02604

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 1 of 7 |
|---|---|---|---|

**MARKET INDICES**

Index

HIGHLAND CAPITAL MANAGEMENT LP
300 CRESCENT COURT
SUITE 700
DALLAS TX 75201-7849

**ACCOUNT VALUE SUMMARY**

| Description | As of 09/30/14 | This Period |
|---|---|---|
| | | |
| **Subtotal** | | |
| Margin | | |
| **TOTAL** | | |

**DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY**

| Description | This Statement | Year to Date |
|---|---|---|
| | | |
| **TOTAL INCOME** | | |
| **TOTAL EXPENSES** | | |

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

D-NNL-029160
Appx. 02605

| Customer Account Number: ███████ | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 2 of 7 |
|---|---|---|---|

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election. The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held are not in the custody or control of Jefferies nor are they covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment. All short positions are liable for assignment at any time. A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06

CONFIDENTIAL

D-NNL-029161

Appx. 02606

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 3 of 7 |
|---|---|---|---|

## BUY SELL TRANSACTIONS

Credit ratings are subjective opinions and not statements of fact and should not be relied on as investment advice. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, legal fees, or losses (including lost income or profits and opportunity costs or losses caused by negligence) in connection with any use of credit ratings.

| Date | Transaction | Account Type | Quantity | Description | Price | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| **TOTAL BUY SELL TRANSACTIONS:** | | | | | | **$65,203.60** | |

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Rate | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| 10/1 | WIRE | MARGIN | | FUNDS WIRE<br>NEXBANK SSB<br>NEXPOINT ADVISORS LP<br>REF# B1Q8154C009052 | | $6,000,000.00 | |
| **TOTAL INCOME AND DISTRIBUTION ACTIVITY:** | | | | | | | |

CONFIDENTIAL



Customer Account Number: ▮▮▮ AE: PB2      Statement Period: October 01, 2014 to October 31, 2014                    PAGE 4 of 7

**OTHER ACTIVITY**

| Date | Transaction | Account Type | Quantity | Description | Debit | Amount Credit |
|------|-------------|--------------|----------|-------------|-------|---------------|

**TOTAL OTHER ACTIVITY:** $4,908.89

**PORTFOLIO SUMMARY**

Bond ratings are provided by Moody s and Standard & Poor s, respectively. For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

**EQUITIES - LONG POSITIONS: 85.00% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|--------------|----------|-------------|---------------|---------------|--------------|-------------------------|-----------------|

CONFIDENTIAL

D-NNL-029163

**Appx. 02608**



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300

SiPC

| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 5 of 7 |

### EQUITIES - LONG POSITIONS (Continued)

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**MARKET VALUE OF EQUITIES - LONG POSITIONS**

### CORPORATE BONDS

| Account Type | Quantity | Description | Bond Ratings | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**MARKET VALUE OF CORPORATE BONDS**

CONFIDENTIAL

D-NNL-029164

**Appx. 02609**



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 7 of 7 |

**Customer Notice**

## IMPORTANT NOTICE

► In accordance with the requirements of the Securities and Exchange Commission (the "Commission") clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC as of May 31, 2014 by visiting our website at http://investor-relations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790 or by calling 1-888-JEFFERIES. The Statement of Financial Condition is also available for your personal inspection at Jefferies' principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the Securities and Exchange Commission in New York.

Jefferies is subject to the Commission's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. Jefferies computes net capital under the alternative method of the rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions). Compliance with the Rule could limit operations of Jefferies, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by Jefferies. As of May 31, 2014, Jefferies' net capital was $1,090,453,000 which was 33% of aggregate debit balances and $1,016,424,000 in excess of required net capital.

*** END OF STATEMENT ***

CONFIDENTIAL

D-NNL-029166

**Appx. 02611**

# EXHIBIT 159

Appx. 02612

5/18/2021                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                 Date 11/28/14          Page    1
                                 Primary Account        ██████
                                 Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

             Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number        ██████    Statement Dates  11/03/14 thru 11/30/14
        Last Statement Balance  █████    Days in the statement period   ██
         8 Deposits/Credits    █████    Average Ledger         ██████
         6 Checks/Debits       █████    Average Collected      ██████
        Service Charge          ███     Interest Earned
        Interest Paid           ███     Annual Percentage Yield Earned  ████
        This Statement Balance █████    2014 Interest Paid

        ------------------------------------------------------------------

        Deposits and Additions
        Date     Description                    Amount
        ████████████████████████      ██████████
        ████████████████████████      ██████████
        ████████████████████████      ██████████
        ████████████████████████      ██████████
        ██████████████████████████████ ██████████
        ████████████████████████      ██████████
        ██████████████████████         ██████████
        ████████████████████████████  ██████████
        ████████████████████████       ██████████
        ████████████████████████████  ██████████
        ████████████████████████       ██████████
```

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                 each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029167

                                                               **Appx. 02613**

5/18/2021                                           NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date 11/28/14        Page    2
                                        Primary Account      ████████
                                        Enclosures


        Analysis Checking w/ Interest      ████████   (Continued)

        ----------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                         Amount
        11/14   IB Transfer from D ****130 to     2,500,000.00-
                D ****171
```



```
        ----------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date        Balance      Date       Balance


        ----------------------------------------------------------------

                        Interest Rate Summary
                        Date           Rate


        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    2/3

CONFIDENTIAL                                                      D-NNL-029168
                                                                 **Appx. 02614**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| CHECKS WRITTEN BUT NOT PAID | | |
|---|---|---|
| NUMBER | AMOUNT | |

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

---

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

---

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

---

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-NNL-029169

**Appx. 02615**

# EXHIBIT 160

Appx. 02616

Compass e-Access



ERD Report Filename - 7202015031004573.TXT
Batch # - 2015031004573
Printed on Feb 02, 2015 at 07:40 AM

CLOSE

1
+⊕ Primary Account: ▮▮▮▮▮▮▮▮
Page 1 of 7
Primary Account: ▮▮▮▮▮
Beginning January 1, 2015 - Ending January 31, 2015

HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

Contacting Us

Phone: 1-800-266-7277

S u m m a r y   o f   A c c o u n t s

Deposit Accounts/Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | | | |

Total Deposit Accounts

1
+⊕ Primary Account: ▮▮▮▮▮▮▮
Page 2 of 7
Primary Account: ▮▮▮▮▮
Beginning January 1, 2015 - Ending January 31, 2015

T R E A S U R Y   M A N A G E M E N T   A N A L Y S I S   C H E C K I N G
Account Number: 0025876342 - HIGHLAND CAPITAL MANAGEMENT LP

Activity Summary
==================================================
Beginning Balance on 1/1/15
Deposits/Credits (23)
Withdrawals/Debits (130)

Ending Balance on 1/31/15

Deposits and Other Credits

| Date* | Serial# | Description | | Deposits/Credits |
|---|---|---|---|---|

1
+⊕ Primary Account ▮▮▮▮▮
Page 3 of 7
Primary Account: ▮▮▮▮
Beginning January 1, 2015 - Ending January 31, 2015

Deposits and Other Credits - continued

CONFIDENTIAL

D-NNL-029152

Appx. 02617



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

Withdrawals and Other Debits

*@ Primary Account:
Page 4 of 7
Primary Account
Beginning January 1, 2015 - Ending January 31, 2015

Withdrawals and Other Debits - continued



+@ Primary Account:
Page 5 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Withdrawals and Other Debits - continued

Date*   Serial#   Description                          Withdrawals/
                                                       Debits

+@ Primary Account:
Page 6 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Withdrawals and Other Debits - continued

Date*   Serial#   Description                          Withdrawals/
                                                       Debits



1/29          OUT WT E-ACCESS REF  20150129F2QCZ60C001505 BNF NexPoint          $3,100,000.00
              Advisors

                                                                               $10,000.00

*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

Date              Balance    Date              Balance    Date              Balance
=========================    =========================    =========================

+# Primary Account:
Page 7 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Summary of Checks

Date    Check#    Amount    Date    Check#    Amount    Date    Check#    Amount
===========================  ===========================  ===========================
1/16    14386    $2,304.00   1/26    14959*    $13.83     1/6     15110*    $40.00

* Indicates break in check sequence

# EXHIBIT 161

Appx. 02621

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                      Date  7/31/15          Page    2
                                      Primary Account
                                      Enclosures
```

```
      Analysis Checking w/ Interest      ████████  (Continued)

      Checks and Withdrawals
      Date     Description                        Amount
       7/22    IB Transfer from D ****130 to      1,250,000.00-
               D ****171
```



```
      ----------------------------------------------------------------

      Daily Balance Information
      Date        Balance        Date        Balance      Date      Balance
```

```
      ----------------------------------------------------------------

                        Interest Rate Summary
                     Date                 Rate
```

```
      End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                          D-NNL-029171

                                                                     Appx. 02622

5/18/2021                                          NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                          Date   8/31/15        Page    2
                                          Primary Account
                                          Enclosures      ███████████
```

```
        Analysis Checking w/ Interest      ████████   (Continued)

        ----------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                          Amount
        ████████████████████████████████████████████████████

         8/18     IB Transfer from D ****130 to        1,500,000.00-
                  D ****171
        ████████████████████████████████████████████████████


        ----------------------------------------------------------------

        Daily Balance Information
        Date          Balance       Date        Balance     Date       Balance
        ████████████████████████████████████████████████████████████████


        ----------------------------------------------------------------

                          Interest Rate Summary
                      Date              Rate
                      ██████████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                 each banking day will be credited as of that date.

CONFIDENTIAL                                                              D-NNL-029172

                                                                         Appx. 02623

Page 5 of 7
Primary Account ███████████
Beginning October 1, 2015 - Ending October 31, 2015          31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|------|-------------|---------|
| | | ███████████████████████████ | |
| 10/22 | | OUT WT E-ACCESS REF  20151022F2QCZ60C000688 | $200,000.00 |
| | | BNF NexPoint Advisors, | |



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



CONFIDENTIAL

D-NNL-029173

**Appx. 02624**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  11/30/15           Page    2
                                        Primary Account
                                        Enclosures          ██████████
```

```
      Analysis Checking w/ Interest     ████████    (Continued)

      ------------------------------------------------------------------

      Checks and Withdrawals
      Date     Description                        Amount
```



```
      11/23     IB Transfer from D ****130 to      325,000.00-
                D ****171
```

```
      ------------------------------------------------------------------

      Daily Balance Information
      Date          Balance     Date        Balance     Date       Balance
```

```
      ------------------------------------------------------------------

                        Interest Rate Summary
                  Date              Rate

      End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                                          D-NNL-029174

                                                                     **Appx. 02625**

5/18/2021 NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                            Date 12/31/15        Page    2
                                            Primary Account
                                            Enclosures          ███████
```

Analysis Checking w/ Interest          ███████   (Continued)

Deposits and Additions
Date     Description                              Amount
████████████████████████████████████████████████████

---------------------------------------------------------------------

Checks and Withdrawals
Date     Description                              Amount
12/02    IB Transfer from D ****130 to           500,000.00-
         D ****171



---------------------------------------------------------------------

Daily Balance Information
Date         Balance      Date      Balance      Date      Balance
████████████████████████████████████████████████████████████████

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL

D-NNL-029175

**Appx. 02626**

Page 6 of 9
Primary Account: ███████
Beginning December 1, 2015 - Ending December 31, 2015          31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|--------------------|-------------|------------------------|
| 12/22 | | OUT WT E-ACCESS REF 20151222F2QCZ60C003170<br>BNF NexPoint Advisors, | $150,000.00 |



**BBVA** Compass



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 1/15 | | OUT WT E-ACCESS REF  20160115F2QCZ60C001287 BNF NexPoint Advisors, | $325,000.00 |

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  2/29/16        Page    2
                                    Primary Account
                                    Enclosures          ▇▇▇▇▇▇
```

Analysis Checking w/ Interest     ▇▇▇▇▇▇  (Continued)

Deposits and Additions
Date      Description                          Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                          Amount



```
2/18      IB Transfer from D ****130 to        600,000.00-
          D ****171
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

CONFIDENTIAL

D-NNL-029178

Appx. 02629

5/18/2021                                            NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                      Date   3/31/16        Page    2
                                      Primary Account
                                      Enclosures
```

Analysis Checking w/ Interest ▮▮▮▮ (Continued)

Deposits and Additions
Date      Description                        Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                        Amount



```
 3/15    IB Transfer from D ****130 to        325,000.00-
         D ****171
 3/29    IB Transfer from D ****130 to        425,000.00-
         D ****171
```

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                              D-NNL-029179

                                                                        Appx. 02630

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                          Date  4/29/16        Page    2
                                          Primary Account
                                          Enclosures
```

Analysis Checking w/ Interest          ▮▮▮▮    (Continued)

Deposits and Additions
Date      Description                              Amount



------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount

   4/22     IB Transfer from D ****130 to        475,000.00-
            D ****171

------------------------------------------------------------

Daily Balance Information
Date       Balance       Date       Balance      Date       Balance

------------------------------------------------------------

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

CONFIDENTIAL

D-NNL-029180

Appx. 02631

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  5/31/16        Page    2
                                        Primary Account
                                        Enclosures
```

```
        Analysis Checking w/ Interest        ████████ (Continued)

        Deposits and Additions
        Date     Description                        Amount
        ████████████████████████████████████████████████████

        --------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                        Amount
        ████████████████████████████████████████████████████


        5/25     IB Transfer from D ****130 to      425,000.00-
                 D ****171

        --------------------------------------------------------------

        Daily Balance Information
        Date        Balance    Date      Balance    Date     Balance
        ████████████████████████████████████████████████████████████

        --------------------------------------------------------------

                        Interest Rate Summary
                        Date            Rate
                        ██████████████████████████

        End of Statement
```

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
               Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
               each banking day will be credited as of that date.

CONFIDENTIAL                                             D-NNL-029181

                                                        **Appx. 02632**

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                              Date   6/30/16          Page     2
                                              Primary Account
                                              Enclosures

Analysis Checking w/ Interest        ███████      (Continued)

Deposits and Additions
Date     Description                              Amount
███████████████████████████████████████████████████████

---------------------------------------------------------------

Checks and Withdrawals
Date     Description                              Amount
███████████████████████████████████████████████████████

 6/15    IB Transfer from D ****130 to           675,000.00-
         D ****171

███████████████████████████████████████████████████████

---------------------------------------------------------------

Daily Balance Information
Date          Balance       Date      Balance      Date       Balance
███████████████████████████████████████████████████████

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029182
                                                               Appx. 02633

5/18/2021                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  7/29/16        Page    2
                                    Primary Account
                                    Enclosures          [REDACTED]
```

Analysis Checking w/ Interest     [REDACTED]    (Continued)

Deposits and Additions
Date    Description                          Amount



------------------------------------------------------------------------

Checks and Withdrawals
Date    Description                          Amount



```
7/18    IB Transfer from D ****130 to        100,000.00-
        D ****171
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
               Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
               each banking day will be credited as of that date.

CONFIDENTIAL                                              D-NNL-029183

                                                         **Appx. 02634**

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date 11/30/16          Page    2
                                    Primary Account
                                    Enclosures
```

Analysis Checking w/ Interest          █████      (Continued)

--------------------------------------------------------------------------------

```
Checks and Withdrawals
Date    Description                              Amount
11/21   IB Transfer from D ****130 to           500,000.00-
        D ****171
```

--------------------------------------------------------------------------------

```
Daily Balance Information
Date        Balance      Date        Balance      Date        Balance
```

```
                    Interest Rate Summary
                Date            Rate
```

End of Statement

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

CONFIDENTIAL                                                        D-NNL-029184
                                                                 Appx. 02635

Page 8 of 13
Primary Account ████████
Beginning May 1, 2017 - Ending May 31, 2017          31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|
| 5/11 | | OUT WT E-ACCESS CSTREP REF<br>20170511F2QCZ60C002038 BNF NexPoint Advisors | $4,200,000.00 |

# EXHIBIT 162

Appx. 02637

**PACHULSKI STANG ZIEHL & JONES LLP**

146276

| | RHL | | ROBERT HALF LEGAL | | 6/15/2021 |
|---|---|---|---|---|---|
| 0122935C | | 6/15/2021 | CLIENT COSTS - 36027.002 | 500-04 | 187.50 |
| 0123564C | | 6/15/2021 | CLIENT COSTS - 30627.002 | 500-04 | 1,762.50 |

Check Amount: $1,950.00

SUPERIOR PRESS  (888) 590-7998  J84219631

 **Robert Half**

| Page: | 1 |
|---|---|
| Invoice Date: | 05/06/2021 |
| Invoice Number: | 0122935C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 04/30/2021 | Morris,John A | Sr. Attorney | 2.50 | HRS | REG | $ 75.00 | $ 187.50 |
| | Subtotal: | | | | 2.50 | HRS | | | $ 187.50 |

| | | |
|---|---|---|
| Invoice Subtotal: | | $ 187.50 |
| TOTAL AMOUNT DUE: | | $ 187.50 |

ACC PAC ADVISED

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

 **Robert Half®**

| Page: | 1 |
| --- | --- |
| Invoice Date: | 05/20/2021 |
| Invoice Number: | 0123564C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Crane,Geoffrey J | 05/07/2021 | Morris,John A | Sr. Attorney | 8.75 | HRS | REG | $ | 75.00 | $ 656.25 |
| 2 | Crane,Geoffrey J | 05/14/2021 | Morris,John A | Sr. Attorney | 14.75 | HRS | REG | $ | 75.00 | $ 1,106.25 |
| | Subtotal: | | | | 23.50 | HRS | | | | $ 1,762.50 |

| | | |
| --- | --- | --- |
| Invoice Subtotal: | $ | 1,762.50 |
| **TOTAL AMOUNT DUE:** | $ | 1,762.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please return stub with your payment.

D-CNL003823

**Appx. 02640**

# EXHIBIT 163

Appx. 02641

**PACHULSKI STANG ZIEHL & JONES LLP**

146345

| | | | | |
|---|---|---|---|---|
| RHL | | ROBERT HALF LEGAL | | 6/24/2021 |
| 0126707C | 6/24/2021 | CLIENT COSTS - 36027.002 | 500-04 | 937.50 |

Check Amount: $937.50

SUPERIOR PRESS (888) 590-7998 JB4219631

HIGHLY CONFIDENTIAL

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 06/17/2021 |
| Invoice Number: | 0126707C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 06/11/2021 | Morris,John A | Sr. Attorney | 12.50 | HRS REG | $ | 75.00 | $ | 937.50 |
| | Subtotal: | | | | 12.50 | HRS | | | $ | 937.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 937.50 |
| **TOTAL AMOUNT DUE:** | $ | 937.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0126707C | $    937.50 |

000000024450920126707C000937503

HIGHLY CONFIDENTIAL

# EXHIBIT 164

**PACHULSKI STANG ZIEHL & JONES LLP**

146534

| | | | | | |
|---|---|---|---|---|---|
| | RHL | | ROBERT HALF LEGAL | | 7/13/2021 |
| 0127289C | | 7/13/2021 | CLIENT COSTS - 36027.002 | 500-02 | 6,000.00 |

Check Amount: $6,000.00

SUPERIOR PRESS (888) 590-7998 JB4219631

HIGHLY CONFIDENTIAL

 **Robert Half**®

Page: 1
Invoice Date: 07/01/2021
Invoice Number: 0127289C
Customer Number: 002445092
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-------------|-----|-----|---|-----------|---|--------|
| 1 | Crane,Geoffrey J | 06/18/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| 2 | Crane,Geoffrey J | 06/25/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 80.00 | HRS | | | $ | 6,000.00 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

ACC PAC ADVISED

Invoice Subtotal: $ 6,000.00

TOTAL AMOUNT DUE: $ 6,000.00

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

# EXHIBIT 165

**PACHULSKI STANG ZIEHL & JONES LLP**

146596

| RHL | | ROBERT HALF LEGAL | | 7/20/2021 |
|-----|-----|-----|-----|-----|
| 0128616C | 7/20/2021 | CLIENT COSTS - 36027.002 | 500-04 | 5,062.50 |

Check Amount: $5,062.50

SUPERIOR PRESS (888) 590-7998 JB4219631

D-CNL003828

Appx. 02648

 **Robert Half**

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 07/15/2021 |
| Invoice Number: | 0128616C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 07/02/2021 | Morris,John A | Sr. Attorney | 27.50 | HRS REG | $ | 75.00 | $ | 2,062.50 |
| 2 | Crane,Geoffrey J | 07/09/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 67.50 | HRS | | | $ | 5,062.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 5,062.50 |
| **TOTAL AMOUNT DUE:** | $ | 5,062.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

HIGHLY CONFIDENTIAL

# EXHIBIT 166

Appx. 02650

**PACHULSKI STANG ZIEHL & JONES LLP**

146925

| | RHL | | ROBERT HALF LEGAL | | 8/25/2021 | |
|---|---|---|---|---|---|---|
| 0132912C | | 8/25/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 3,243.75 |

Check Amount: $3,243.75

SUPERIOR PRESS  (888) 590-7998  J84219631

HIGHLY CONFIDENTIAL

 **Robert Half**

Page: 1
Invoice Date: 08/19/2021
Invoice Number: 0132912C
Customer Number: 002445092
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-------------|-----|-----|---|-----------|---|--------|
| 1 | Crane,Geoffrey J | 08/06/2021 | Morris,John A | Sr. Attorney | 37.50 | HRS REG | $ | 75.00 | $ | 2,812.50 |
| 2 | Crane,Geoffrey J | 08/13/2021 | Morris,John A | Sr. Attorney | 5.75 | HRS REG | $ | 75.00 | $ | 431.25 |
| | Subtotal: | | | | 43.25 | HRS | | | $ | 3,243.75 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|--|--|--|
| Invoice Subtotal: | $ | 3,243.75 |
| **TOTAL AMOUNT DUE:** | $ | 3,243.75 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

# EXHIBIT 167

Appx. 02653

**PACHULSKI STANG ZIEHL & JONES LLP**

147165

| RHL | | ROBERT HALF LEGAL | | 9/22/2021 | |
| 0136354C | 9/22/2021 | CLIENT COSTS - 36027.003 | 500-03 | | 3,693.75 |

Check Amount: $3,693.75

SUPERIOR PRESS (888) 590-7998  J84219631

HIGHLY CONFIDENTIAL

D-CNL003832

Appx. 02654



| | Page: | 1 |
|---|---|---|
| | Invoice Date: | 09/16/2021 |
| | Invoice Number: | 0136354C |
| | Customer Number: | 002445092 |
| | Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 09/03/2021 | Morris,John A | Sr. Attorney | 32.50 | HRS REG | $ | 75.00 | $ | 2,437.50 |
| 2 | Crane,Geoffrey J | 09/10/2021 | Morris,John A | Sr. Attorney | 16.75 | HRS REG | $ | 75.00 | $ | 1,256.25 |
| | Subtotal: | | | | 49.25 | HRS | | | $ | 3,693.75 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 3,693.75 |
| **TOTAL AMOUNT DUE:** | | $ | 3,693.75 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

# EXHIBIT 168

Appx. 02656

**PACHULSKI STANG ZIEHL & JONES LLP**

147320

| | RHL | | ROBERT HALF LEGAL | | 10/8/2021 | |
|---|---|---|---|---|---|---|
| O134543C | | 10/7/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 5,737.50 |
| O138413C | | 10/7/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 6,000.00 |

**Check Amount:**     $11,737.50

SUPERIOR PRESS (888) 590-7998 J84219631

HIGHLY CONFIDENTIAL

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 09/02/2021 |
| Invoice Number: | 0134543C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 08/20/2021 | Morris,John A | Sr. Attorney | 36.50 | HRS REG | $ | 75.00 | $ | 2,737.50 |
| 2 | Crane,Geoffrey J | 08/27/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 76.50 | HRS | | | $ | 5,737.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 5,737.50 |
| **TOTAL AMOUNT DUE:** | | $ | 5,737.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0134543C | $ 5,737.50 |

=

00000002445092013454 3C005737504

HIGHLY CONFIDENTIAL

 **Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 09/30/2021 |
| Invoice Number: | 0138413C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 09/17/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| 2 | Crane,Geoffrey J | 09/24/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 80.00 | HRS | | | $ | 6,000.00 |

Project/Engagement: Highland/Pachulski Discovery Assistance

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 6,000.00 |
| **TOTAL AMOUNT DUE:** | $ | 6,000.00 |

We provide you timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0138413C | $ 6,000.00 |

00000002445092013841 3C006000009

HIGHLY CONFIDENTIAL

D-CNL003836

Appx. 02659

# EXHIBIT 169

## Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX 75201

December 31, 2020
Invoice    126769
Client     36027
Matter     00002
**JNP**

RE:   Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   12/31/2020**



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    21
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ▆ | ▆ | BL | ▆ | ▆ | ▆ | ▆ |
| 12/05/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 2.20 | 895.00 | $1,969.00 |

D-CNL000980

Appx. 02662

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 22
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2020 | IDK | BL | E-mails with G Glazer on status of Stern issues re demand note litigation vs Dondero related entities. | 0.10 | 1145.00 | $114.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    24
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 5.50 | 895.00 | $4,922.50 |
| 12/07/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 4.30 | 895.00 | $3,848.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    26
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/08/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 1.20 | 895.00 | $1,074.00 |
| 12/08/2020 | GIG | BL | Prepare memo re jurisdiction issue | 6.90 | 895.00 | $6,175.50 |
| 12/08/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | 895.00 | $89.50 |
| 12/09/2020 | IDK | BL | Attend conference call with J. Pomerantz, others, on ███, demand note upcoming litigation, | 1.30 | 1145.00 | $1,488.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    31
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 12/10/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | 895.00 | $89.50 |

D-CNL000984

**Appx. 02666**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 33
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/11/2020 | GIG | BL | Emails with Gregory V. Demo re jurisdiction question, review memo re same | 0.20 | 895.00 | $179.00 |
| 12/11/2020 | GVD | BL | Review research re bankruptcy jurisdiction | 0.30 | 825.00 | $247.50 |

D-CNL000985

Appx. 02667

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   40
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ | ██ | █ | ████████████ | ██ | ███ | ███ |
| ███ | ██ | █ | ██████████ | ██ | ███ | ███ |
| ███ | ██ | █ | ███████████ | ██ | ███ | ███ |
| ███ | ██ | █ | ██████████ | ██ | ███ | ███ |
| ███ | ██ | █ | ████████████ | ██ | ███ | ███ |
| ███ | ██ | █ | █████████ | ██ | ███ | ███ |
| ███ | ██ | █ | ██████████ | ██ | ███ | ███ |
| 12/15/2020 | BEL | BL | Telephone conference with John A. Morris regarding complaint regarding demand notes. | 0.20 | 825.00 | $165.00 |
| 12/15/2020 | BEL | BL | Review demand notes. | 0.50 | 825.00 | $412.50 |
| ███ | ██ | █ | ████████ | ██ | ███ | ███ |
| ███ | ██ | █ | ███████ | ██ | ███ | ███ |
| ███ | ██ | BL | ███████████ | ██ | ███ | ███ |
| 12/15/2020 | JAM | BL | | 9.20 | 1075.00 | $9,890.00 |

telephone conference with B. Levine re: collection
actions on demand notes (0.1);

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    43
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/16/2020 | BEL | BL | Review notes and draft complaint. | 3.70 | 825.00 | $3,052.50 |

D-CNL000987

Appx. 02669

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    46
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | █████████████; review/revise complaint against Dondero for breach of demand notes (0.8); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, B. Levine re: complaint against Dondero (0.1). | | | |
| 12/20/2020 | HRW | BL | Draft HarbourVest 9019 motion (9.9). | 9.90 | 625.00 | $6,187.50 |
| 12/21/2020 | JNP | BL | Review draft complaint against Dondero for demand notes. | 0.10 | 1075.00 | $107.50 |
| 12/21/2020 | JAM | BL | Telephone conference with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: ████████, demand notes, ███████); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: complaint against Dondero (demand notes) (0.1). | | 1075.00 | |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    54
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 12/27/2020 | GVD | BL | Review and revise complaint re demand notes | 0.50 | 825.00 | $412.50 |

D-CNL000989

Appx. 02671

# EXHIBIT 170

Appx. 02672

## Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

January 31, 2021
Invoice    127125
Client      36027
Matter     00002
**JNP**

RE:   Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  01/31/2021



Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    24

Invoice 127125

January 31, 2021

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/07/2021 | JAM | BL | 12.10 | 1245.00 | $15,064.50 |



e-mail to M. Clemente, P. Montgomery, J. Pomerantz, G. Demo re: complaint against defaulting demand note parties (0.2);

D-CNL000996

Appx. 02674

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    26
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



01/09/2021   IDK   BL                          Attend
conference call with internal team on
, prosecution of demand notes,

D-CNL000997

**Appx. 02675**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   27
Invoice 127125
January 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2021 | IDK | BL | E-mails with K Brown re overseeing demand note complaints and related litigation (.2). | 0.20 | 1325.00 | $265.00 |



D-CNL000998

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    28
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 01/11/2021 | IDK | BL | Telephone conference and e-mails with K Brown re prosecuting demand notes vs Dondero (.2). | 0.20 | 1325.00 | $265.00 |
| 01/11/2021 | IDK | BL | E-mails with B Levine re demand notes and need to commence actions and prior draft of complaint (.2); E-mails with local counsel re same re writs of attachment for same (.3). | 0.50 | 1325.00 | $662.50 |

D-CNL000999

Appx. 02677

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    30
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 01/12/2021 | IDK | BL | E-mails with K Brown, H Winograd re getting complaints filed on demand notes and logistics (.2). | 0.20 | 1325.00 | $265.00 |

D-CNL001000

Appx. 02678

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2021 | KHB | BL | Emails with I. Kharasch and Hayley R. Winograd re complaints on promissory notes and writs of attachment. | 0.20 | 1225.00 | $245.00 |
| 01/12/2021 | GVD | BL | Correspondence with PSZJ litigation team re demand letters | 0.20 | 950.00 | $190.00 |
| 01/12/2021 | HRW | BL | | 8.60 | 695.00 | $5,977.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 32
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Review Dondero demand note complaint (0.2); Review demand letters (0.3); | | | |
| 01/13/2021 | IDK | BL | E-mails with K Brown, others re legal issues, including Stern, turnover, on draft complaint vs Dondero entities on notes, and prior memo on Stern vs Marshall (.4). | 0.40 | 1325.00 | $530.00 |

D-CNL001002

Appx. 02680

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

| 01/13/2021 | KHB | BL | Review complaint and demand letters re promissory notes (.4); consider jurisdictional and Stern issues and emails to Hayley Winpograd (HG) and Greg Demo (GD) re same (.4); review authorities re jurisdictional and Stern issues (.5); conference call with HG and GD re complaints on promissory notes and applications for writs of attachment (.6); | 6.10 | 1225.00 | $7,472.50 |

D-CNL001003
Appx. 02681

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    34
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/13/2021 | BEL | BL | Emails regarding draft Dondero complaint. | 0.20 | 950.00 | $190.00 |

D-CNL001004

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    35
Invoice 127125
January 31, 2021



| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/13/2021 | GVD | BL | Conference with K. Brown and H. Winograd re demand note issues | 0.80 | 950.00 | $760.00 |
| 01/13/2021 | HRW | BL | Call with G. Demo and K. Brown re: demand note complaints (0.6); Call with G. Demo re: demand note complaints (0.1); Review Demand Notes and related documents (0.8) Draft Demand Note Complaints against Dondero and related entities (4.5). | 9.00 | 695.00 | $6,255.00 |
| 01/14/2021 | IDK | BL | E-mails with H Winograd and J Morris re next steps on complaints on demand notes (.1). | 0.10 | 1325.00 | $132.50 |
| 01/14/2021 | JNP | BL | Review email regarding suits against noteholders and next steps. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 36
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

01/14/2021 KHB BL ... call with Greg Demo (GD), J. Morris (JM) and Hayley Winograd ("HG") re litigation strategy on promissory notes (.4); confer with HG re form of complaints (.2); review and revise complaint (1.6); emails with HG re revisions to complaints (.5).

01/14/2021 JAM BL ... telephone conference with G. Demo re: complaints against makers of notes (0.2); ... telephone conference with K. Brown, H. Winograd, G. Demo (partial participation) re: complaints against makers of notes

9.70    1245.00    $12,076.50

D-CNL001006

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 37
Invoice 127125
January 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | (0.5); ██████████ | | | |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| 01/14/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (5.5); ████ ; PSZJ call re: Demand Note Complaints and litigation strategy (0.5); Review Demand Notes and related documents (1.0); Call with K. Brown re: Demand Note Complaints (0.1); ████ | 9.60 | 695.00 | $6,672.00 |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| | | | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    38
Invoice 127125
January 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | ███ |  |  |  |
| 01/15/2021 | KHB | BL | Work on complaints on promissory notes (4.4). emails with G. Demo re payment on NPA note (.2); review draft letter to NPA re same (.2); email from J. Pomerantz re writs of attachment (.1); email from I. Kharasch re same (.1); emails with H. Winograd and G. Demo re complaints (.2). | 5.20 | 1225.00 | $6,370.00 |
| 01/15/2021 | JAM | █ | ████████ |  |  |  |
| 01/15/2021 | GVD | BL | Review and revise demand note complaint | 0.30 | 950.00 | $285.00 |

D-CNL001008

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 39
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/15/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (7.5). | 8.20 | 695.00 | $5,699.00 |
| 01/16/2021 | HRW | BL | Draft complaints against Dondero and related entities re: demand notes (4.8). | 4.80 | 695.00 | $3,336.00 |

D-CNL001009

Appx. 02687

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 40
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

01/17/2021    HRW    BL    Draft complaints against Dondero and related entities re: demand notes (4.5).

01/18/2021    JNP    BL    Conference with Sidley, John A. Morris, Ira D. Kharasch and Gregory V. Demo regarding litigation matters including notes,

D-CNL001010
Appx. 02688

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    41
Invoice 127125
January 31, 2021



|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|

01/18/2021    KHB    BL    review comments to complaints on promissory notes by J. Morris and email to J. Morris and H. Winograd re same (.2); work on complaints (.7); call with Committee counsel, J. Morris and J. Pomerantz re litigation strategy (.7).

01/18/2021    JAM    BL    8.00

review/revise draft Complaint against Dondero for recovery under demand notes (0.9); e-mail to K. Brown, H. Winograd, J. Pomerantz, I. Kharasch, G. Demo re: revisions to draft Complaint against Dondero for recovery under demand notes (0.2);

e-mails to Sidley, J. Pomerantz, G. Demo, H. Winograd re: complaints for recovery under demand notes (0.3);

D-CNL001011

Appx. 02689

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    42
Invoice 127125
January 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/18/2021 | HRW | BL | Draft complaints against Dondero and related entities re: demand notes (7.5); Call with Committee re: litigation strategy (0.8). | 8.30 | 695.00 | $5,768.50 |



D-CNL001012

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 43
Invoice 127125
January 31, 2021

| | Hours | Rate | Amount |
|---|---|---|---|



D-CNL001013

Appx. 02691

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    45
Invoice 127125
January 31, 2021



|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/22/2021 | KHB | BL | Emails with H. Winograd and J. Morris re complaints on promissory notes. | 0.20 | 1225.00 | $245.00 |
| 01/22/2021 | JAM | BL | ... review complaints concerning demand notes and send e-mail to Z. Annable, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd concerning the same (0.2); | | | |

D-CNL001014

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    46
Invoice 127125
January 31, 2021

| | Hours | Rate | Amount |
|---|---|---|---|



e-mail to Z. Annable re: note complaints and cover sheets (0.1); telephone conference with J. Seery re: note complaints (0.1);

D-CNL001015

Appx. 02693

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 53
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | ■ | ■ | ■ |
| 01/28/2021 | JMF | BL | Review complaints and background re notes receivables re HCMS, HCRE, and HCMFA. | 1.10 | 1050.00 | $1,155.00 |

# EXHIBIT 171

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX 75201

| | |
|---|---|
| February 28, 2021 | |
| Invoice | 127314 |
| Client | 36027 |
| Matter | 00002 |
| | **JNP** |

RE: Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2021

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 02/02/2021 | HRW | BL | Draft letters to HCRE and HCMS re: partial payments and | 1.90 | 695.00 | $1,320.50 |

D-CNL000991

Appx. 02697

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 24
Invoice 127314
February 28, 2021

| | Hours | Rate | Amount |
|---|---|---|---|

demand letters (1.3).



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    26
Invoice 127314
February 28, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2021 | IDK | BL | E-mails with G Demo re correspondence with Gov Re reps on counsel, as well as with CEO on demand notes (.2). | 0.20 | 1325.00 | $265.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 27
Invoice 127314
February 28, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2021 | HRW | BL | Draft follow-up to demand letters for HCRE and HCSM | 0.20 | 695.00 | $139.00 |
|  |  | BL |  | 4.30 | 1245.00 | $5,353.50 |

D-CNL000994

Appx. 02700

# EXHIBIT 172

Appx. 02701

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX 75201

March 31, 2021
Invoice     127522
Client      36027
Matter      00002
            **JNP**

RE:   Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2021**

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 13

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/2021 | GVD | BL | Draft checklist of open litigation items | 0.50 | 950.00 | $475.00 |
| 03/02/2021 | GVD | BL | Conference with PSZJ team re status of UBS settlement | 0.40 | 950.00 | $380.00 |
| 03/02/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings involving HCMFA and NPA (1.2); PSZJ WIP call (0.8); Review adversary proceedings and critical dates (0.6); Review NPA and HCMFA answer to complaints (0.4); Review Advisors motion to stay pending appeal (0.6). | 3.60 | 695.00 | $2,502.00 |
| 03/03/2021 | IDK | BL | Attend conference call with J Pomerantz, R Feinstein, G Demo on UBS latest markup and problems with same (1.4). | 1.40 | 1325.00 | $1,855.00 |
| 03/03/2021 | IDK | BL | Review of correspondence from UBS re its new markup of settlement, and brief review (.2); E-mails with J Pomerantz, R Feinstein re problems with same, as well as J Pomerantz list of issues on same and need for call (.2). | 0.40 | 1325.00 | $530.00 |
| 03/03/2021 | JNP | BL | Emails with Robert J. Feinstein, Ira D. Kharasch and Gregory V. Demo regarding call to discuss UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Email to Board with latest UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Review and comment on latest UBS settlement agreement. | 0.30 | 1295.00 | $388.50 |
| 03/03/2021 | JNP | BL | Review emails regarding SOHC and authority issues. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Lengthy call with Ira D. Kharasch, Robert J. Feinstein and Gregory V. Demo regarding UBS settlement agreement. | 1.40 | 1295.00 | $1,813.00 |
| 03/03/2021 | JNP | BL | Review and respond to email regarding outstanding notes litigation. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Conference with J. Seery regarding UBS, Plan issues and related. | 0.50 | 1295.00 | $647.50 |
| 03/03/2021 | JNP | BL | Review Dondero response to Committee preservation motion. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | RJF | BL | Review UBS markup of settlement agreement. | 0.60 | 1395.00 | $837.00 |
| 03/03/2021 | RJF | BL | Internal call regarding UBS agreement. | 1.40 | 1395.00 | $1,953.00 |
| 03/03/2021 | JAM | BL | Analysis of Hunter Mountain claim and related notes litigation and send e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: same (0.8); draft amended deposition notices for HCRE litigation (0.2); e-mails with Z. Annable, H. | 1.80 | 1245.00 | $2,241.00 |

D-CNL001081

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027  - 00002

Page:    14

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Winograd re: amended deposition notices for HCRE litigation (0.1);e-mails with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain claim, Rand guaranty, and default under the notes (0.2); telephone conference with J. Seery re: litigation update (0.5). | | | |
| 03/03/2021 | EAW | BL | Draft discovery requests (RCT) and related email to R. Feinstein. | 5.50 | 925.00 | $5,087.50 |
| 03/03/2021 | EAW | BL | Emails to/from G. Demo re: UBS judgment against Funds. | 0.10 | 925.00 | $92.50 |
| 03/03/2021 | GVD | BL | Correspondence with Z. Annable re scheduling order | 0.10 | 950.00 | $95.00 |
| 03/03/2021 | GVD | BL | Conference with PSZJ team re status of UBS settlement agreement and next steps | 1.40 | 950.00 | $1,330.00 |
| 03/03/2021 | GVD | BL | Review revised UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/03/2021 | GVD | BL | Schedule board call re UBS settlement | 0.10 | 950.00 | $95.00 |
| 03/03/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (0.8); | 0.80 | 695.00 | $556.00 |
| 03/04/2021 | IDK | BL | Review briefly G Demo markup of UBS settlement agreement, including feedback of J Pomerantz re same | 0.40 | 1325.00 | $530.00 |
| 03/04/2021 | IDK | BL | Attend part of call with CEO, J Dubel, J Pomerantz, others on how to respond to UBS markup and our proposed counter markup (1.0); E-mails with J Pomerantz, others re his draft response to UBS on our settlement issues (.2). | 1.20 | 1325.00 | $1,590.00 |
| 03/04/2021 | IDK | BL | E-mails with G Demo re Gov Re payment re Sentinel and consider (.2). | 0.20 | 1325.00 | $265.00 |
| 03/04/2021 | JNP | BL | Review and comment on redline of UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/04/2021 | JNP | BL | Conference with J. Seery, J. Dubel, Robert J. Feinstein, Ira D. Kharasch and Gregory V. Demo regarding UBS settlement agreement. | 1.60 | 1295.00 | $2,072.00 |
| 03/04/2021 | JNP | BL | Draft email to Latham regarding issues on settlement agreement. | 0.60 | 1295.00 | $777.00 |
| 03/04/2021 | RJF | BL | Review revised settlement agreement. | 0.40 | 1395.00 | $558.00 |
| 03/04/2021 | RJF | BL | Internal call regarding revised settlement agreement. | 1.40 | 1395.00 | $1,953.00 |
| 03/04/2021 | RJF | BL | Call BOD regarding revised settlement agreement. | 0.50 | 1395.00 | $697.50 |
| 03/04/2021 | JAM | BL | Review/revise model scheduling order for notes litigation (0.3); e-mails with H. Winograd re: model scheduling order for notes litigation (0.1); e-mail to. L. Hogewood, D. Rukavina re: proposed scheduling | 0.60 | 1245.00 | $747.00 |

Pachulski Stang Ziehl & Jones LLP  
Highland Capital Management LP  
36027   - 00002  

Page:    15  
Invoice 127522  
March 31, 2021  

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | orders for HCMFA and Nexpoint notes litigation (0.2). | | | |
| 03/04/2021 | EAW | BL | Draft 2004 motion (RCT). | 4.30 | 925.00 | $3,977.50 |
| 03/04/2021 | GVD | BL | Conference with J. Morris re subpoena and follow up re same | 0.30 | 950.00 | $285.00 |
| 03/04/2021 | GVD | BL | Revise UBS settlement agreement | 1.30 | 950.00 | $1,235.00 |
| 03/04/2021 | GVD | BL | Further revise UBS settlement agreement re changes from J. Pomerantz and R. Feinstein | 0.30 | 950.00 | $285.00 |
| 03/04/2021 | GVD | BL | Attend conference with J. Seery and J. Dubel re UBS settlement | 1.60 | 950.00 | $1,520.00 |
| 03/04/2021 | GVD | BL | Review draft email to UBS re settlement | 0.10 | 950.00 | $95.00 |
| 03/04/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (1.8); | 1.80 | 695.00 | $1,251.00 |
| 03/05/2021 | JNP | BL | Conference with John A. Morris regarding subpoena and response. | 0.20 | 1295.00 | $259.00 |
| 03/05/2021 | JMF | BL | Review opposition to motion to dismiss (.3) and scheduling stipulation and order re upcoming hearing (.1). | 0.40 | 1050.00 | $420.00 |
| 03/05/2021 | JAM | BL | Review United Development subpoena (0.2); telephone conference with T. Surgent re: United Development subpoena (0.4); telephone conference with J. Pomerantz re: United Development subpoena (0.2); e-mail to N. Stephens, J. Pomerantz re: United Development subpoena (0.2); analysis and preparation of cross-examination for Dondero in connection with contempt hearing (2.3); e-mail to L. Drawhorn, H. Winograd re: proposed scheduling orders for HCRE and HCMS notes litigation (0.2); e-mail to D. Rukavina re: proposed scheduling orders for Nexpoint and HCMFA notes litigation (0.1). | 3.60 | 1245.00 | $4,482.00 |
| 03/05/2021 | EAW | BL | Research and draft 2004 motion (RCT). | 5.60 | 925.00 | $5,180.00 |
| 03/07/2021 | JAM | BL | Review/revise proposed scheduling orders for HCMFA and NexPoint notes litigation (0.4); e-mail to D. Rukavina, L. Hogewood, H. Winograd re: revised proposed scheduling orders for HCMFA and NexPoint notes litigation (0.2); review Hunter Mountain note, Rand guaranty, and draft default letters (0.7); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain default under Note (0.3); work on cross-examination for J. Dondero for contempt hearing (2.1). | 3.70 | 1245.00 | $4,606.50 |
| 03/07/2021 | GVD | BL | Correspondence with J. Morris re term note defaults | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 16

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2021 | IDK | BL | Review of Reid Collins reply to UBS opposition to its withdrawal motion. | 0.10 | 1325.00 | $132.50 |
| 03/08/2021 | IDK | BL | Review briefly Dondero petition for writ of mandamus, and related E-mails with J Pomerantz, H Winograd re same. | 0.30 | 1325.00 | $397.50 |
| 03/08/2021 | JNP | BL | Conference with John A. Morris and lawyers regarding third party subpoena. | 0.30 | 1295.00 | $388.50 |
| 03/08/2021 | JNP | BL | Conference with John A. Morris regarding promissory note litigation issues. | 0.10 | 1295.00 | $129.50 |
| 03/08/2021 | JNP | BL | Review Reid Collins reply regarding motion to withdraw. | 0.10 | 1295.00 | $129.50 |
| 03/08/2021 | JNP | BL | Review Writ of Mandamus regarding Dondero preliminary injunction and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/08/2021 | RJF | BL | Review Reid Collins reply on motion to withdraw. | 0.20 | 1395.00 | $279.00 |
| 03/08/2021 | JMF | BL | Review scheduling orders re adversary motions and opposition to preservation of documents re 3/22 hearing. | 0.40 | 1050.00 | $420.00 |
| 03/08/2021 | JAM | BL | Telephone conference with J. Pomerantz re: litigation matters (0.1); e-mails with D. Rukavina, H. Winograd, Z. Annable re: scheduling orders for NexPoint and HCMFA notes litigation (0.2); telephone conference with P. Keiffer re: Hunter Mountain adversary proceeding (0.1); telephone conference with D. Klos, G. Demo re: HCRE deal structure concerning litigation (0.7); telephone conference with G. Demo re: HCRE deal structure concerning litigation (0.1); telephone conference with J. Pomerantz, counsel to United re: subpoena (0.3); communications with J. Seery, J. Pomerantz, J. Bonds re: Dondero request for extension of time to respond to notes litigation (0.2); communications with J. Seery, J. Kathman re: status of Daugherty settlement documents (0.1). | 1.80 | 1245.00 | $2,241.00 |
| 03/08/2021 | EAW | BL | Draft 2004 motion (RCT). | 2.10 | 925.00 | $1,942.50 |
| 03/08/2021 | GVD | BL | Review filed response of Reid Collins to withdrawal motion | 0.20 | 950.00 | $190.00 |
| 03/08/2021 | HRW | BL | Review and draft joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (1.5); Research issues relating to Dondero petition for writ of mandamus (0.6); Review adversary proceeding and appeals critical deadlines and dates (1.0). | 2.10 | 695.00 | $1,459.50 |
| 03/09/2021 | JNP | BL | Conference with J. Dubel regarding call with | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 17

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Latham. | | | |
| 03/09/2021 | JNP | BL | Conference with DSI, Gregory V. Demo, Robert J. Feinstein and J. Seery in preparation for call with Latham. | 0.50 | 1295.00 | $647.50 |
| 03/09/2021 | JNP | BL | Participate on call with Latham, J. Seery, J. Dubel and Robert J. Feinstein regarding settlement and related issues. | 1.80 | 1295.00 | $2,331.00 |
| 03/09/2021 | JNP | BL | Review proposed request for production. | 0.10 | 1295.00 | $129.50 |
| 03/09/2021 | RJF | BL | Internal calls regarding UBS settlement. | 0.60 | 1395.00 | $837.00 |
| 03/09/2021 | RJF | BL | Call with UBS counsel regarding settlement. | 1.90 | 1395.00 | $2,650.50 |
| 03/09/2021 | JAM | BL | Review exhibit lists for Dondero contempt hearing and send e-mail to L. Canty re: specific exhibit for review (0.5); e-mails with H. Winograd, Z. Annable re: scheduling orders for the HCRE and HCMS adversary proceedings (0.2); e-mails with H. Winograd, Z. Annable re: scheduling orders for NexPoint and HCMFA adversary proceedings (0.1); review Dondero motion for Writ of Mandamus (0.7); e-mails with H. Winograd, Z. Annable re: issues concerning opposition brief to Dondero motion for Writ of Mandamus (0.4). | 4.80 | 1245.00 | $5,976.00 |
| 03/09/2021 | EAW | BL | Draft 2004 motion (RCT). | 1.60 | 925.00 | $1,480.00 |
| 03/09/2021 | EAW | BL | Review exhibits to letter and potential exhhibits to 2004 motion | 1.20 | 925.00 | $1,110.00 |
| 03/09/2021 | LSC | BL | Preparation of materials for upcoming hearings for J. Morris. | 3.20 | 460.00 | $1,472.00 |
| 03/09/2021 | GVD | BL | Review writ of mandamus | 0.30 | 950.00 | $285.00 |
| 03/09/2021 | GVD | BL | Conference with J. Seery, J. Romey, J. Pomerantz, and R. Feinstein re preparation for UBS call | 0.90 | 950.00 | $855.00 |
| 03/09/2021 | GVD | BL | Compile and send exhibits to UBS | 0.40 | 950.00 | $380.00 |
| 03/09/2021 | HRW | BL | Review adversary proceeding and appeals critical deadlines and dates (1.0); Draft response to Dondero petition for writ of mandamus (6.8); Call with J. Morris re: Dondero petition for writ of mandamus (0.1); Review joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (0.8). | 8.70 | 695.00 | $6,046.50 |
| 03/10/2021 | IDK | BL | Review of J Morris memo to Board on Dondero writ and our potential response, as well as CEO feedback re same and re other litigation (.2). | 0.20 | 1325.00 | $265.00 |
| 03/10/2021 | JNP | BL | Conference with J. Seery and Gregory V. Demo regarding Arizona and employee. | 0.30 | 1295.00 | $388.50 |

D-CNL001085

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    18
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/10/2021 | JNP | BL | Conference with John A. Morris regarding contempt motion hearing and email from J. Bonds and call regarding continue. | 0.20 | 1295.00 | $259.00 |
| 03/10/2021 | JNP | BL | Conference with J. Dubel regarding UBS. | 0.20 | 1295.00 | $259.00 |
| 03/10/2021 | JNP | BL | Review motion for continuance of contempt hearing and emails regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/10/2021 | RJF | BL | Review and comment on draft 2004 request | 0.40 | 1395.00 | $558.00 |
| 03/10/2021 | JMF | BL | Review writ of mandamus and motion to continue 3/22 hearing. | 0.50 | 1050.00 | $525.00 |
| 03/10/2021 | JAM | BL | Telephone conference with J. Kathman re: comments to Daugherty draft settlement agreements (0.4); telephone conference with B. Sharp, Sidley re: document preservation issues (0.7); communications with J. Pomerantz, J. Bonds re: Dondero request for continuance of Contempt Hearing (0.2); review Dondero's motion for continuance of Contempt Hearing (0.1); e-mail to Board, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero petition for writ of mandamus and motion for continuance (0.2); communications with Z. Annable, D. Rukavina, H. Winograd re: scheduling matters for notes litigation (0.2); prepare for contempt hearing (0.5). | 2.30 | 1245.00 | $2,863.50 |
| 03/10/2021 | EAW | BL | Draft 2004 motion (RCT). | 1.90 | 925.00 | $1,757.50 |
| 03/10/2021 | GVD | BL | Review stipulation re transfer of privilege | 0.20 | 950.00 | $190.00 |
| 03/10/2021 | GVD | BL | Review motion to continue hearing | 0.20 | 950.00 | $190.00 |
| 03/10/2021 | HRW | BL | Draft response to Dondero petition for writ of mandamus (9.5). | 9.50 | 695.00 | $6,602.50 |
| 03/11/2021 | EAW | BL | Draft 2004 motion (RCT). | 0.60 | 925.00 | $555.00 |
| 03/11/2021 | GVD | BL | Conference with J. Morris re open litigation issues | 0.10 | 950.00 | $95.00 |
| 03/12/2021 | JAM | BL | E-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: stipulations withdrawing proofs of claim and dismissing adversary proceeding without prejudice for Hunter Mountain (0.2). | 0.20 | 1245.00 | $249.00 |
| 03/12/2021 | LSC | BL | Research discovery documents, conduct legal research, and prepare hearing materials for G. Demo and J. Pomerantz. | 4.80 | 460.00 | $2,208.00 |
| 03/13/2021 | JAM | BL | Work in connection with admittance to Fifth Circuit for Dondero petition for writ of mandamus (0.3); e-mail to L. Canty, J. Pomerantz, G. Demo, Z. Annable re: UBS designations for appeal of Acis settlement (0.2); e-mails with G. Demo, T. Surgent, | 0.70 | 1245.00 | $871.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    21
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/17/2021 | JMF | BL | Review reply to Motion to dismiss complaint against advisors. | 0.30 | 1050.00 | $315.00 |
| 03/17/2021 | JAM | BL | Telephone conference with J. Seery re: status of litigation (0.2); e-mails with J. Pomerantz, I. Kharasch, G. Demo re: Leventon request for documents (0.1); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery of Dondero on notes litigation (0.7). | 1.00 | 1245.00 | $1,245.00 |
| 03/17/2021 | EAW | BL | Emails to/from R. Feinstein re: 9019 motion (UBS). | 0.10 | 925.00 | $92.50 |
| 03/17/2021 | GVD | BL | Conference with J. Morris re open litigation issues | 0.20 | 950.00 | $190.00 |
| 03/17/2021 | GVD | BL | Conference with Latham, J. Pomerantz, and R. Feinstein re draft settlement agreement | 1.10 | 950.00 | $1,045.00 |
| 03/17/2021 | GVD | BL | Multiple conferences with J. Seery re UBS settlement issues | 0.20 | 950.00 | $190.00 |
| 03/17/2021 | GVD | BL | Conference with R. Feinstein re UBS settlement issues | 0.10 | 950.00 | $95.00 |
| 03/17/2021 | HRW | BL | Review Dondero answer to demand note complaint (0.4); Draft email to Seery re: demand note litigation scheduling (1.0); Draft discovery demands directed to Dondero for demand note litigation (2.5). | 3.90 | 695.00 | $2,710.50 |
| 03/18/2021 | IDK | BL | E-mails with J Pomerantz re his correspondence with UBS on their further markup of settlement and issues (.2). | 0.20 | 1325.00 | $265.00 |
| 03/18/2021 | IDK | BL | Review of Dondero motion to disqualify judge, related correspondence re same and my feedback re same (.4). | 0.40 | 1325.00 | $530.00 |
| 03/18/2021 | JNP | BL | Email to J. Dubel and J. Seery  regarding UBS. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS email regarding filing and other issues (2x). | 0.30 | 1295.00 | $388.50 |
| 03/18/2021 | JNP | BL | Conference with J. Seery regarding UBS, litigation and other case issues. | 0.40 | 1295.00 | $518.00 |
| 03/18/2021 | JNP | BL | Email to J. Seery regarding status of UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | JNP | BL | Conference with J. Dubel regarding UBS, motion to recuse. | 0.30 | 1295.00 | $388.50 |
| 03/18/2021 | JNP | BL | Briefly review motion to recuse and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/18/2021 | JNP | BL | Conference with Ira D. Kharasch regarding claims transfer issues, motion to recuse and UBS. | 0.20 | 1295.00 | $259.00 |
| 03/18/2021 | JNP | BL | Email to and from A. Clubock regarding Settlement Agreement. | 0.10 | 1295.00 | $129.50 |

D-CNL001087

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    22

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/18/2021 | JNP | BL | Review emails regarding provision of information to UBS. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | RJF | BL | Several calls with Jeffrey N. Pomerantz, Seery regarding impending UBS motion. | 0.80 | 1395.00 | $1,116.00 |
| 03/18/2021 | RJF | BL | Prepare draft response to UBS motion. | 0.40 | 1395.00 | $558.00 |
| 03/18/2021 | RJF | BL | Telephone conferences and emails with Seery regarding documents delivered to UBS. | 0.50 | 1395.00 | $697.50 |
| 03/18/2021 | RJF | BL | Review UBS exhibits for privilege, related emails. | 0.40 | 1395.00 | $558.00 |
| 03/18/2021 | RJF | BL | Emails with Gregory V. Demo, Jeffrey N. Pomerantz regarding privileged documents. | 0.80 | 1395.00 | $1,116.00 |
| 03/18/2021 | JAM | BL | E-mail to J. Seery re: promissory notes' litigation (0.1); review/revise draft document request for Dondero (notes litigation) (0.2); e-mail to G. Demo, H. Winograd re: requests to admit for Dondero (notes litigation) (0.3); review draft witness and exhibit list (0.2); communications w/ J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: draft witness and exhibit list (0.2); e-mails w/ H. Winograd, Z. Annable re: discovery requests for Dondero (permanent injunction hearing) (0.2); prepare for contempt hearing (1.5); quick review of Dondero's recusal motion (0.4). | 3.10 | 1245.00 | $3,859.50 |
| 03/18/2021 | LSC | BL | Prepare witness and exhibit list and exhibits (3.1); research and prepare attorneys' materials in connection with upcoming hearing (3.3). | 6.40 | 460.00 | $2,944.00 |
| 03/18/2021 | GVD | BL | Correspondence with Latham re exhibits to UBS pleading | 0.20 | 950.00 | $190.00 |
| 03/18/2021 | GVD | BL | Review proposed exhibits to UBS pleading and correspondence with J. Pomerantz and R. Feinstein re same | 1.00 | 950.00 | $950.00 |
| 03/18/2021 | HRW | BL | Draft discovery demands directed to Dondero for demand note litigation (2.8); Prepare exhibits for hearing on motion to stay confirmation order pending appeal (0.4); Review discovery schedules in various adversary proceedings (0.8); Draft discovery demands directed to Dondero for injunctive relief litigation (1.9); Review Dondero's motion to recuse (0.7). | 6.60 | 695.00 | $4,587.00 |
| 03/19/2021 | IDK | BL | E-mails with J Pomerantz, G Demo re their markups on UBS settlement, including brief review of same (.3). | 0.30 | 1325.00 | $397.50 |
| 03/19/2021 | JNP | BL | Conference with Robert J. Feinstein regarding upcoming call with Latham and Board regarding | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 23
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | UBS. | | | |
| 03/19/2021 | JNP | BL | Conference with Gregory V. Demo regarding UBS Settlement Agreement and upcoming call. | 0.10 | 1295.00 | $129.50 |
| 03/19/2021 | JNP | BL | Email to and from L. Lambert regarding call to discuss litigation. | 0.10 | 1295.00 | $129.50 |
| 03/19/2021 | JNP | BL | Conference with J. Dubel, J Seery, Robert J. Feinstein, Gregory V. Demo and John A. Morris regarding UBS issues in advance of call. | 0.30 | 1295.00 | $388.50 |
| 03/19/2021 | JNP | BL | Conference with Latham, J. Seery, J. dubel, Gregory V. Demo and Robert J. Feinstein regarding UBS issues. | 0.80 | 1295.00 | $1,036.00 |
| 03/19/2021 | JNP | BL | Review and comment on latest draft of UBS Settlement Agreement. | 0.40 | 1295.00 | $518.00 |
| 03/19/2021 | JNP | BL | Conference with Robert J. Feinstein and L. Lambert regarding potential litigation. | 0.50 | 1295.00 | $647.50 |
| 03/19/2021 | RJF | BL | Emails regarding privileged documents with Clubock, internally. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Call with Seery, Abel, Jeffrey N. Pomerantz et al regarding UBS issues. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Seery et al regarding UBS call. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Review Jeffrey N. Pomerantz comments to settlement agreement. | 0.30 | 1395.00 | $418.50 |
| 03/19/2021 | JMF | BL | Review preservation motion and motion to continue. | 0.40 | 1050.00 | $420.00 |
| 03/19/2021 | JAM | BL | Review/revise discovery requests to Dondero re: permanent injunction (0.2); review/revise discovery requests to Dondero re: notes litigation (0.3); e-mails to J. Seery, J. Pomernatz, I. Kharasch, G. Demo, H. Winograd re: discovery requests to Dondero re: notes litigation (0.2); review/revise and send e-mail to J. Seery, PSZJ team re: scheduling of notes litigation (0.2); follow-up call with J. Seery, J. Dubel, PSZJ team re: next steps, contempt hearing (0.7); e-mails with H. Winograd re: exhibit list (0.2); telephone conference with J. Seery, J. Dubel, J. Pomerantz, R. Feinstein, G. Demo re: UBS issues (0.4); prepare for contempt hearing (2.5). | 4.70 | 1245.00 | $5,851.50 |
| 03/19/2021 | LSC | BL | Research document productions for categories of documents for G. Demo and transmit same. | 2.70 | 460.00 | $1,242.00 |
| 03/19/2021 | GVD | BL | Review discovery re assignment agreement | 0.40 | 950.00 | $380.00 |
| 03/19/2021 | GVD | BL | Review draft UBS settlement agreement | 0.60 | 950.00 | $570.00 |
| 03/19/2021 | GVD | BL | Revise UBS settlement agreement | 1.00 | 950.00 | $950.00 |

D-CNL001089

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 25
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/20/2021 | JAM | BL | Prepare for contempt hearing, including preparation of cross-examinations for Dondero and Ellington (7.5); telephone conference with J. Seery re: various litigation matters (0.4); telephone conference with G. Demo re: various litigation matters (0.1); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: UBS litigation matters, contempt hearing, bond hearing (0.6); communications with appellants' counsel, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: deposition schedule (0.2). | 8.80 | 1245.00 | $10,956.00 |
| 03/20/2021 | GVD | BL | Conference with Latham re additional discovery issues and next steps | 0.80 | 950.00 | $760.00 |
| 03/20/2021 | GVD | BL | Review and further revise UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/20/2021 | GVD | BL | Conference with PSZJ team re UBS settlement agreement | 1.30 | 950.00 | $1,235.00 |
| 03/20/2021 | GVD | BL | Review J. Pomerantz revisions to UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/20/2021 | GVD | BL | Conference with UST re potential litigation issues | 0.60 | 950.00 | $570.00 |
| 03/20/2021 | GVD | BL | Review settlement agreement re P. Daugherty | 0.70 | 950.00 | $665.00 |
| 03/21/2021 | IDK | BL | Review briefly extensive correspondence with Board, J Pomerantz, G Demo re questions/issues for UBS settlement agreement and new drafts of same. | 0.40 | 1325.00 | $530.00 |
| 03/21/2021 | JNP | BL | Review emails regarding call with Board to discuss UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/21/2021 | JNP | BL | Review latest settlement agreement and email to Board regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/21/2021 | JNP | BL | Conference with J. Seery, Robert J. Feinstein, and Gregory V. Demo regarding UBS Settlement Agreement. | 1.00 | 1295.00 | $1,295.00 |
| 03/21/2021 | JNP | BL | Review emails re call to discuss litigation issues. | 0.10 | 1295.00 | $129.50 |
| 03/21/2021 | RJF | BL | Revise statement regarding UBS motion and related emails. | 0.80 | 1395.00 | $1,116.00 |
| 03/21/2021 | RJF | BL | Review and comment on revised UBS settlement agreement, related emails. | 0.50 | 1395.00 | $697.50 |
| 03/21/2021 | RJF | BL | Call with BOD regarding settlement agreement. | 1.00 | 1395.00 | $1,395.00 |
| 03/21/2021 | RJF | BL | Further revisions to settlement agreement. | 1.00 | 1395.00 | $1,395.00 |
| 03/21/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz, Seery and Gregory V. Demo regarding settlement agreement. | 1.30 | 1395.00 | $1,813.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 26

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/21/2021 | JAM | BL | Review Daugherty proposed changes to settlement agreement and revise the same (1.6); e-mail to J. Pomerantz, I. Kharasch, G. Demo re: revisions to draft Daugherty settlement agreement and open issues concerning the same (0.2); prepare for contempt hearing (3.7); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: legal fees for "fee shifting" in connection with contempt motion (0.5); draft Notice of Replacement Exhibits (0.4); communications with Z. Annable, L. Canty re: Notice of Replacement Exhibits (0.1); telephone conference with L. Canty re: contempt hearing (0.1); e-mail to J. Seery, H. Winograd, L. Canty re: contempt hearing (0.4). | 7.00 | 1245.00 | $8,715.00 |
| 03/21/2021 | LSC | BL | Prepare replacement exhibits and coordinate filing of same (.4); preparation for 3/22 hearing (1.3). | 1.70 | 460.00 | $782.00 |
| 03/21/2021 | GVD | BL | Conference with J. Pomerantz (partial attendance), R. Feinstein, and J. Seery re revisions to UBS settlement agreement | 1.20 | 950.00 | $1,140.00 |
| 03/21/2021 | GVD | BL | Further revise UBS settlement agreement per comments from J. Seery, J. Pomerantz, and R. Feinstein | 0.70 | 950.00 | $665.00 |
| 03/21/2021 | GVD | BL | Revise and circulate (internally) UBS settlement agreement in advance of board call | 0.60 | 950.00 | $570.00 |
| 03/21/2021 | GVD | BL | Conference with J. Seery re revisions to UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/21/2021 | GVD | BL | Review and revise non opposition to UBS TRO | 0.30 | 950.00 | $285.00 |
| 03/21/2021 | HRW | BL | Review appeals and critical dates (0.4); Research issues re: briefing schedules and designation of record (0.5); Review outline of direct and cross for contempt hearing (0.3). | 1.20 | 695.00 | $834.00 |
| 03/22/2021 | IDK | BL | Attend part of Dondero contempt hearing. | 4.50 | 1325.00 | $5,962.50 |
| 03/22/2021 | JNP | BL | Participate in hearing regarding Dondero contempt motion. | 8.50 | 1295.00 | $11,007.50 |
| 03/22/2021 | JNP | BL | Conference with Latham, Gregory V. Demo, Robert J. Feinstein and others regarding potential litigation. | 0.40 | 1295.00 | $518.00 |
| 03/22/2021 | JNP | BL | Conference with J. Seery, Gregory V. Demo and Robert J. Feinstein regarding litigation. | 0.30 | 1295.00 | $388.50 |
| 03/22/2021 | JNP | BL | Review chart regarding pending litigation and email to H. Winograd regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/22/2021 | RJF | BL | Zoom call with AUSA, Jeffrey N. Pomerantz, Clubok et al regarding TRO proceeding. | 0.40 | 1395.00 | $558.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 27

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/22/2021 | RJF | BL | Review revise draft of settlement agreement and related emails. | 0.50 | 1395.00 | $697.50 |
| 03/22/2021 | RJF | BL | Follow up call regarding potential litigation with Jeffrey N. Pomerantz. | 0.30 | 1395.00 | $418.50 |
| 03/22/2021 | JMF | BL | Draft memorandum re pending case and review litigation/appeal matters. | 1.20 | 1050.00 | $1,260.00 |
| 03/22/2021 | JAM | BL | Prepare for contempt hearing (4.1): telephone conference with G. Demo re: contempt hearing and related matters (0.2); telephone conference with J. Seery re: contempt hearing (0.1); contempt hearing (morning session) (3.8); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: contempt hearing (0.1); telephone conference with M. Hartmann re: Ellington and Leventon (0.1); contempt hearing (afternoon session) (4.5); telephone conference with J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: contempt hearing, bond hearing (0.3); telephone conference with H. Winograd re: contempt hearing, HCRE deposition (0.1). | 13.30 | 1245.00 | $16,558.50 |
| 03/22/2021 | LSC | BL | Prepare for and provide assistance at Dondero contempt hearing. | 8.50 | 460.00 | $3,910.00 |
| 03/22/2021 | GVD | BL | Conference with Latham and PSZJ re status of potential litigation | 0.40 | 950.00 | $380.00 |
| 03/22/2021 | GVD | BL | Conference with J. Morris re bankruptcy litigation issues | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Revise and circulate UBS settlement motion | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Conference with PSZJ team re status of hearing on Dondero contempt | 0.10 | 950.00 | $95.00 |
| 03/22/2021 | GVD | BL | Correspondence with J. Morris re follow up to contempt hearing | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Conference with PSZJ and J. Seery re follow up to hearing on Dondero contempt | 0.30 | 950.00 | $285.00 |
| 03/22/2021 | GVD | BL | Conference with J. Pomerantz and R. Feinstein re potential UBS litigation | 0.30 | 950.00 | $285.00 |
| 03/22/2021 | GVD | BL | Attend hearing re Dondero contempt | 7.50 | 950.00 | $7,125.00 |
| 03/22/2021 | HRW | BL | Hearing on Dondero contempt motion (7.0); Review Highland Adversary Proceedings and critical dates (1.8). | 7.80 | 695.00 | $5,421.00 |
| 03/23/2021 | IDK | BL | Review of court decision denying recusal. | 0.10 | 1325.00 | $132.50 |
| 03/23/2021 | JNP | BL | Review order on motion to recuse and emails regarding same. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    28
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/23/2021 | JNP | BL | Emails regarding call with UBS regarding status. | 0.10 | 1295.00 | $129.50 |
| 03/23/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS and related. | 0.20 | 1295.00 | $259.00 |
| 03/23/2021 | JNP | BL | Emails with Latham and internal regarding status. | 0.10 | 1295.00 | $129.50 |
| 03/23/2021 | RJF | BL | Call regarding TRO with UBS counsel. | 1.00 | 1395.00 | $1,395.00 |
| 03/23/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding UBS issues. | 0.30 | 1395.00 | $418.50 |
| 03/23/2021 | JMF | BL | Review recusal pleadings and court order re motion. | 0.30 | 1050.00 | $315.00 |
| 03/23/2021 | JMF | BL | Review updated litigation chart. | 0.30 | 1050.00 | $315.00 |
| 03/23/2021 | JAM | BL | Prepare for closing argument on contempt motion (1.8); telephone conference with J. Pomerantz re: various litigation matters (0.2); telephone conference with J. Seery re: contempt hearing (0.2). | 2.20 | 1245.00 | $2,739.00 |
| 03/23/2021 | LSC | BL | Prepare supplemental list for 3/24 hearing and correspondence regarding the same. | 0.20 | 460.00 | $92.00 |
| 03/23/2021 | GVD | BL | Conference with Latham re Multi Strat Allocations | 0.30 | 950.00 | $285.00 |
| 03/23/2021 | GVD | BL | Attend deposition of J. Seery (partial) | 1.30 | 950.00 | $1,235.00 |
| 03/23/2021 | GVD | BL | Review order on motion to recuse | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with L. Hogewood and J. Pomerantz re bond issues | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with HCMLP team and J. Morris re SE Multi Family deposition issues | 0.50 | 950.00 | $475.00 |
| 03/23/2021 | GVD | BL | Conference with K. George re common interest privilege | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with J. Seery re UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with Latham and R. Feinstein re additional litigation issues | 1.20 | 950.00 | $1,140.00 |
| 03/23/2021 | HRW | BL | Review Highland Adversary Proceedings and critical dates (0.7); Review order denying Dondero Motion to Recuse (0.2). | 0.90 | 695.00 | $625.50 |
| 03/24/2021 | IDK | BL | Review briefly Dondero motion to reopen contempt hearing for evidence, and feedback of J Pomerantz, J Morris re same (.3); Attend part of continuation of contempt hearing vs Dondero (1.2). | 1.50 | 1325.00 | $1,987.50 |
| 03/24/2021 | IDK | BL | E-mails with R Feinstein, J Pomerantz, G Demo re UBS upcoming adversary re Multistrat and various issues re same (.2). | 0.20 | 1325.00 | $265.00 |
| 03/24/2021 | JNP | BL | Participate in contempt hearing. | 2.30 | 1295.00 | $2,978.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 29
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | JNP | BL | Follow-up call with Board regarding contempt hearing and litigation. | 0.50 | 1295.00 | $647.50 |
| 03/24/2021 | JNP | BL | Review pleading regarding upcoming litigation and conference with Robert J. Feinstein regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/24/2021 | JNP | BL | Review latest turn of settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS Settlement Agreement and next steps. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Email to Iain A. W. Nasatir regarding UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with T. Silva, Gregory V. Demo and Robert J. Feinstein regarding fund issues and related matters. | 0.70 | 1295.00 | $906.50 |
| 03/24/2021 | JNP | BL | Email to L. Lambert regarding call. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein and then with U. S. Trustee regarding litigation. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Conference with J. Seery regarding UBS and information to creditors. | 0.20 | 1295.00 | $259.00 |
| 03/24/2021 | JNP | BL | Conference with Board, Robert J. Feinstein and Gregory V. Demo regarding UBS Settlement Agreement. | 0.80 | 1295.00 | $1,036.00 |
| 03/24/2021 | JNP | BL | Review and forward Iain A. W. Nasatir comments regarding settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS Settlement Agreement (2x). | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Review latest versions of settlement agreement and emails regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Review emails regarding scheduling of preliminary injunction hearing regarding advisors action. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Rasnak of UST's office regarding TRO application. | 0.30 | 1395.00 | $418.50 |
| 03/24/2021 | RJF | BL | Telephone conference with Latham, Greg V. Demo regarding seal motion. | 0.40 | 1395.00 | $558.00 |
| 03/24/2021 | RJF | BL | Revise statement regarding TRO. | 0.30 | 1395.00 | $418.50 |
| 03/24/2021 | RJF | BL | Revise UBS settlement agreement, review comments and redrafts. | 2.50 | 1395.00 | $3,487.50 |
| 03/24/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Gregory V. Demo regarding UBS settlement agreement. | 0.40 | 1395.00 | $558.00 |
| 03/24/2021 | RJF | BL | Email to Board regarding TRO papers. | 0.20 | 1395.00 | $279.00 |
| 03/24/2021 | RJF | BL | Revise statement regarding TRO. | 0.50 | 1395.00 | $697.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    30

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | RJF | BL | Call with BOD regarding TRO, etc. | 0.50 | 1395.00 | $697.50 |
| 03/24/2021 | RJF | BL | Call with Wilmer Hale, Jeffrey N. Pomerantz, Gregory V. Demo regarding Multi-Strat. | 0.70 | 1395.00 | $976.50 |
| 03/24/2021 | JMF | BL | Review motion to reopen evidence. | 0.40 | 1050.00 | $420.00 |
| 03/24/2021 | JAM | BL | E-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery in connection with objection to employee claims (0.4); e-mail to H. Winograd re: objection to Dondero motion for continuance of contempt hearing (0.2); prepare for closing argument on contempt hearing (2.0); review Dondero motion to reopen evidence for rebuttal testimony (0.2); court hearing on contempt motion and related matters (2.2); telephone conference with J. Seery re: contempt hearing (0.2); telephone conference with Board, J. Pomerantz, I. Kharasch, G. Demo, R. Feinstein re: contempt hearing, UBS issues (0.5); telephone conference with M. Hankin re: contempt hearing and related matters (0.2); review/revise Daugherty settlement agreement (0.7); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: revised Daugherty agreement (0.2); telephone conference with G. Demo re: HCRE documents and facts (0.3); telephone conference with H. Winograd re: HCRE facts and depositions (0.2); communications with L. Drawhorn re: depositions and scheduling (0.2); e-mail to A. Russell, M. Clemente re: scheduling of litigation matters (0.1). | 7.60 | 1245.00 | $9,462.00 |
| 03/24/2021 | LSC | BL | Assist at closing arguments re Dondero contempt motion. | 2.00 | 460.00 | $920.00 |
| 03/24/2021 | GVD | BL | Review claim transfers | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | GVD | BL | Review revisions to UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | GVD | BL | Review Dondero motion to re-open evidence | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Attend Dondero contempt hearing | 2.00 | 950.00 | $1,900.00 |
| 03/24/2021 | GVD | BL | Conference with Board and PSZJ team re UBS settlement agreement and Dondero contempt hearing | 0.60 | 950.00 | $570.00 |
| 03/24/2021 | GVD | BL | Conference with K. George re UBS settlement agreement and next steps | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Conference with J. Pomerantz, R. Feinstein, and T. Silva re UBS settlement agreement | 0.70 | 950.00 | $665.00 |
| 03/24/2021 | GVD | BL | Conference with J. Morris re HCRE deposition prep | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Conference with J. Winograd re HCRE deposition prep | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 31

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | GVD | BL | Conference with R. Feinstein and K. George re additional UBS discovery | 0.50 | 950.00 | $475.00 |
| 03/24/2021 | GVD | BL | Conference with Board re UBS settlement agreement | 0.90 | 950.00 | $855.00 |
| 03/24/2021 | GVD | BL | Review R. Feinstein revisions to UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | HRW | BL | Review Advisors' reply to motion to dismiss complaint for injunctive relief and related research (1.8); Draft response to Dondero's motion for a continuance of demand note proceeding (0.4). | 2.20 | 695.00 | $1,529.00 |
| 03/25/2021 | JNP | BL | Conference with Robert J. Feinstein and Gregory V. Demo regarding latest version of UBS Settlement Agreement, changes and review same. | 0.50 | 1295.00 | $647.50 |
| 03/25/2021 | JNP | BL | Conference with John A. Morris regarding Hunter Mountain and other litigation issues. | 0.20 | 1295.00 | $259.00 |
| 03/25/2021 | JNP | BL | Review emails from B. Assink regarding motion to continue schedule for Dondero litigation. | 0.10 | 1295.00 | $129.50 |
| 03/25/2021 | JNP | BL | Conference with John A. Morris, Gregory V. Demo and DSI for part regarding document issues and litigation issues. | 0.50 | 1295.00 | $647.50 |
| 03/25/2021 | JNP | BL | Conference with J. Dubel regarding UBS status. | 0.30 | 1295.00 | $388.50 |
| 03/25/2021 | JNP | BL | Review proposed extension of time regarding UBS appeal of Redeemer settlement brief and emails with team regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/25/2021 | RJF | BL | Emails Latham, Jeffrey N. Pomerantz regarding TRO motion, confidentiality. | 0.40 | 1395.00 | $558.00 |
| 03/25/2021 | JAM | BL | Telephone conference with J. Seery re: litigation matters (0.3); review/revise response to Dondero motion for continuance of contempt hearing (0.2); e-mails with Z. Annable, H. Winograd re: response to Dondero motion for continuance of contempt hearing (0.1); communications with J. Bonds, L. Drawhorn re: schedule for HCRE-related depositions (0.4); prepare amended deposition notices for the HCRE litigation (0.3); communications with Z. Annable, H. Winograd re: amended deposition notices for the HCRE litigation (0.2); telephone conference with J. Pomerantz re: litigation matters (0.1); e-mails w/ B. Assink re: discovery and trial date for permanent injunction against Dondero (0.3); review/revise documents for Hunter Mountain dismissal (0.2); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain dismissal (0.2); telephone | 3.80 | 1245.00 | $4,731.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027  - 00002

Page:   32

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | conference with J. Seery re: Hunter Mountain dismissal (0.1); review documents re: HCRE deposition (1.4). | | | |
| 03/25/2021 | JAM | BL | E-mails to Bonds Ellis re: Debtor's discovery demands re Dondero notes litigation (0.3). | 0.30 | 1245.00 | $373.50 |
| 03/25/2021 | LSC | BL | Research document productions for certain categories of documents and retrieve same. | 2.90 | 460.00 | $1,334.00 |
| 03/25/2021 | GVD | BL | Conference with PSZJ team and B. Sharp re document preservation issues | 0.50 | 950.00 | $475.00 |
| 03/25/2021 | GVD | BL | Conference with K. George re UBS settlement agreement issues and follow up correspondence with PSZJ team re same | 0.50 | 950.00 | $475.00 |
| 03/25/2021 | GVD | BL | Review draft objections to administrative claims | 0.70 | 950.00 | $665.00 |
| 03/25/2021 | GVD | BL | Conference with J. Pomerantz and R. Feinstein re UBS settlement agreement | 0.50 | 950.00 | $475.00 |
| 03/26/2021 | IDK | BL | Attend conference call with J Pomerantz, R Feinstein re UBS settlement agreement (.4). | 0.40 | 1325.00 | $530.00 |
| 03/26/2021 | JNP | BL | Conference with John A. Morris regarding litigation issues including notes and Hunter Mountain. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Conference with DSI and John A. Morris regarding record retention and related issues. | 0.40 | 1295.00 | $518.00 |
| 03/26/2021 | JNP | BL | Conference with Iain A. W. Nasatir regarding UBS settlement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Email to and from J. Seery regarding UBS settlement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Email to Latham regarding insurance issues and settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Conference with Iain A. W. Nasatir regarding UBS agreement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review UBS Settlement Agreement. | 0.20 | 1295.00 | $259.00 |
| 03/26/2021 | JNP | BL | Email to Latham regarding insurance issues and UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review Dondero motion for continuance of note lawsuit. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review latest turn of UBS Settlement Agreement. | 0.30 | 1295.00 | $388.50 |
| 03/26/2021 | JNP | BL | Conference with Robert J. Feinstein and Ira D. Kharasch regarding UBS Settlement Agreement. | 0.40 | 1295.00 | $518.00 |
| 03/26/2021 | JNP | BL | Review emails regarding Dondero note litigation | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review and respond to Gregory V. Demo email | 0.10 | 1295.00 | $129.50 |

D-CNL001097

Pachulski Stang Ziehl & Jones LLP          Page: 33
Highland Capital Management LP          Invoice 127522
36027   - 00002          March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding UBS. | | | |
| 03/26/2021 | JMF | BL | Review motion to extend briefing deadline. | 0.20 | 1050.00 | $210.00 |
| 03/26/2021 | JAM | BL | Telephone conference with J. Seery re: Dondero request for extension of trial date in notes litigation (0.2); telephone conference with J. Pomerantz re: status of notes litigation, Dondero request for extension of schedule (0.1); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero request for extension of trial date in notes litigation (0.1); e-mail to B. Assink re: Dondero request for extension of trial date in notes litigation (0.1); review Dondero demand notes and e-mail to D. Klos, B. Sharp, J. Pomerantz, G. Demo, H. Winograd re: same (0.5); review documents concerning Dondero demand notes (0.8); e-mail to K. Hendricks, D. Klos, B. Sharp, J. Pomerantz, G. Demo, H. Winograd re: facts/documents concerning Dondero demand notes (0.3); review Dondero motion to extend trial date in Notes litigation and emergency motion for expedited hearing (0.4); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero motion to extend trial date in Notes litigation and emergency motion for expedited hearing (0.1); telephone conference with H. Winograd re: facts/objection to Dondero motion to extend trial date (0.2); telephone conference with J. Seery re: objection to Dondero motion to adjourn trial date (0.1). | 2.90 | 1245.00 | $3,610.50 |
| 03/26/2021 | JAM | BL | E-mails with T. Ellison, L. Hogewood, D. Rukavina, J. Pomerantz re: rescheduling of hearing concerning Funds and Advisors (0.1); draft amended notices of hearings concerning Funds and Advisors (0.2); telephone conference with G. Demo re: litigation matters (0.1); e-mail to Z. Annable, H. Winograd re: amended notices of hearings concerning Funds and Advisors (0.1); communications with P. Keiffer, J. Pomerantz, G. Demo re: documents for withdrawal of Hunter Mountain claim and adversary proceeding (0.2); e-mail to J. Bonds re: Dondero deposition (0.1); e-mails with T. Surgent re: status of e-mails searches in response to United subpoena (0.1); | 0.90 | 1245.00 | $1,120.50 |
| 03/26/2021 | LSC | BL | Conduct research and retrieve and transmit numerous documents in connection with Dondero/Dondero entities and transmit same for G. Demo. | 4.30 | 460.00 | $1,978.00 |
| 03/26/2021 | GVD | BL | Correspondence with R. Feinstein re UBS settlement agreement | 0.10 | 950.00 | $95.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    34

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/26/2021 | GVD | BL | Draft summary of Dondero Entity litigation | 3.70 | 950.00 | $3,515.00 |
| 03/26/2021 | GVD | BL | Conference with J. Morris re demand note issues | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Correspondence with UBS re litigation issues | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Research service addresses re potential litigation | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Conference with J. Donohue re service addresses for potential litigation | 0.10 | 950.00 | $95.00 |
| 03/26/2021 | GVD | BL | Conference with R. Feinstein and J. Pomerantz re revisions to UBS settlement agreement | 0.40 | 950.00 | $380.00 |
| 03/26/2021 | GVD | BL | Revise UBS settlement agreement and circulate same | 0.30 | 950.00 | $285.00 |
| 03/26/2021 | HRW | BL | Call with J. Morris re: objection to Dondero emergency motion for continuance of demand note proceeding (0.1); Review Dondero emergency motion for continuance of demand note proceeding (0.2); Draft request for admission directed to James Dondero in demand note proceeding (1.8). | 2.10 | 695.00 | $1,459.50 |
| 03/27/2021 | IDK | BL | E-mails with J Pomerantz, G Demo on Gov Re issues and next steps (.1). | 0.10 | 1325.00 | $132.50 |
| 03/27/2021 | JNP | BL | Conference with Latham, Gregory V. Demo and Robert J. Feinstein regarding settlement agreement issues. | 0.60 | 1295.00 | $777.00 |
| 03/27/2021 | JNP | BL | Review latest version of UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/27/2021 | JAM | BL | Review documents and draft objection to Dondero motion for continuance in notes litigation (4.4); e-mails to H. Winograd, L. Canty re: draft objection to Dondero motion for continuance in notes litigation (0.3); e-mail to D. Klos, K. Hendricks, J. Pomerantz, G. Demo, H. Winograd, B. Sharp re: facts concerning Notes litigation against Dondero (0.2). | 4.90 | 1245.00 | $6,100.50 |
| 03/27/2021 | LSC | BL | Review documents and retrieve and prepare exhibits in connection with Dondero Motion for Continuance in Notes Actions. | 4.40 | 460.00 | $2,024.00 |
| 03/27/2021 | GVD | BL | Draft summary of Dondero entity litigation | 1.30 | 950.00 | $1,235.00 |
| 03/27/2021 | GVD | BL | Conference with Latham and PSZJ re UBS settlement agreement | 0.60 | 950.00 | $570.00 |
| 03/27/2021 | GVD | BL | Correspondence with J. Seery re status of UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/27/2021 | GVD | BL | Correspondence with J. Morris re Cayman counsel | 0.10 | 950.00 | $95.00 |

D-CNL001099

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    35
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/27/2021 | GVD | BL | Review Latham revisions to UBS settlement agreement and revise and circulate same | 0.30 | 950.00 | $285.00 |
| 03/27/2021 | HRW | BL | Draft objection to Dondero's emergency motion to continue demand note proceedings (5.0). | 5.00 | 695.00 | $3,475.00 |
| 03/28/2021 | JAM | BL | E-mails with D. Klos, K. Hendricks, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: facts relating to Dondero loans and notes (0.3); review/revise draft objection to Dondero motion to modify scheduling order (4.8); communications with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: objection to Dondero motion to modify scheduling order (0.3); communications with H. Winograd, L. Canty re: RFAs directed to Dondero (notes litigation) (0.2). | 5.60 | 1245.00 | $6,972.00 |
| 03/28/2021 | LSC | BL | Continued preparation of exhibits in connection with Dondero Motion for Continuance in Notes Actions. | 1.20 | 460.00 | $552.00 |
| 03/28/2021 | GVD | BL | Review correspondence from Latham re service addresses re potential litigation | 0.60 | 950.00 | $570.00 |
| 03/28/2021 | HRW | BL | Draft objection to Dondero's emergency motion to continue demand note proceedings (4.5); Research contact information for serving litigation hold notices on Maples FS Limited and CIBC First Caribbean International Bank (0.3). | 4.80 | 695.00 | $3,336.00 |
| 03/29/2021 | IDK | BL | Review of various correspondence with UBS, others on UBS new upcoming papers on adversary and motion to seal. | 0.20 | 1325.00 | $265.00 |
| 03/29/2021 | JNP | BL | Review opposition to motion by Dondero to continue trial on note litigation. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review issues and emails regarding UBS settlement. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Conference with M. Hankin regarding UBS filings. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Conference with John A. Morris and Gregory V. Demo regarding SCRE litigation issues and Wick Phillips conflict. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Review latest changes to UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review and respond to email regarding Wick Phillips and SE Multi Family issues. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review email from T. Ellison regarding UBS filings and email regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Conference with Gregory V. Demo regarding UBS litigation and email regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Emails and conference with M. Clemente regarding | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 36

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | UBS litigation and Plan issues. | | | |
| 03/29/2021 | JNP | BL | Emails regarding pending litigation filed by UBS and court response; Conference with Gregory V. Demo regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Emails regarding UBS 9019. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review UBS 9019 motion. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS 9019 motion. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Conference with J. Dubel regarding UBS issues, status and timing. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Review emails with Court and others regarding UBS litigation. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review of UBS litigation papers. | 0.50 | 1295.00 | $647.50 |
| 03/29/2021 | RJF | BL | Review UBS motion to seal and TRO papers. | 1.00 | 1395.00 | $1,395.00 |
| 03/29/2021 | RJF | BL | Draft response to motion to seal. | 0.50 | 1395.00 | $697.50 |
| 03/29/2021 | RJF | BL | Review and comment on draft debtor motion to seal. | 0.30 | 1395.00 | $418.50 |
| 03/29/2021 | RJF | BL | Emails regarding Chambers conference. | 0.30 | 1395.00 | $418.50 |
| 03/29/2021 | JMF | BL | Review UBS seal motion. | 0.20 | 1050.00 | $210.00 |
| 03/29/2021 | JAM | BL | Review and send RFAs for Dondero's notes litigation (0.2); revise objection to Dondero's motion to modify scheduling order (0.9); e-mails to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: revised objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.2); review exhibits and e-mail to L. Canty re: redactions and related matters (0.5); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.1); review/revise objection to Dondero motion to modify scheduling order (0.2); review/revise JAM declaration in support of objection to Dondero motion to modify scheduling order (0.3). | 2.40 | 1245.00 | $2,988.00 |
| 03/29/2021 | JAM | BL | Prepare for HCRE/Dondero depositions (2.6); telephone conference with G. Demo re: HCRE facts (0.2); e-mail to counsel re: Zoom instructions for HCRE deposition (0.1) telephone conference with G. Demo re: Wicks Phillips' conflicts (0.2); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: Wicks Phillips' conflicts telephone conference with J. Seery, G. Demo re: Wicks Phillips' conflicts (0.2); draft e-mail to L. | 4.50 | 1245.00 | $5,602.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 37

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Drawhorn re: Wicks' Phillips' conflicts (0.4); e-mails with J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft e-mail to L. Drawhorn (0.1); communications to all counsel, TSG, PSZJ team re: adjournment of HCRE depositions (0.2); draft amended deposition notices for HCRE and Dondero (0.1); e-mails with Z. Annable, G. Demo, H. Winograd re: amended deposition notices for HCRE and Dondero (0.1); telephone conference with J. Seery re: Wicks Phillips' conflicts (0.1); telephone conference with H. Winograd re: HCRE litigation matters (0.1); telephone conference with J. Bonds re: Dondero deposition and related matters (0.1). | | | |
| 03/29/2021 | LSC | BL | Prepare redacted exhibits for Objection to Dondero motion to modify scheduling order. | 0.50 | 460.00 | $230.00 |
| 03/29/2021 | GVD | BL | Conference with J. Pomerantz re filing of stay pending appeal in District Court | 0.10 | 950.00 | $95.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris re preparation for HCRE/SEMF deposition | 0.70 | 950.00 | $665.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris and J. Seery re HCRE conflict of interest | 0.20 | 950.00 | $190.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris and D. Klos re HCRE issues re deposition | 0.20 | 950.00 | $190.00 |
| 03/29/2021 | GVD | BL | Correspondence with Hunton re deficiency bond issues | 0.10 | 950.00 | $95.00 |
| 03/29/2021 | GVD | BL | Review draft objection to Dondero motion to continue hearing | 0.50 | 950.00 | $475.00 |
| 03/29/2021 | GVD | BL | Attend to multiple issues re filing of UBS response under seal | 2.60 | 950.00 | $2,470.00 |
| 03/29/2021 | GVD | BL | Review exhibits to Dondero objection for confidentiality | 0.30 | 950.00 | $285.00 |
| 03/29/2021 | GVD | BL | Prepare back up information re UBS claim issues | 0.60 | 950.00 | $570.00 |
| 03/29/2021 | HRW | BL | Edit and review objection to Dondero's emergency motion to continue demand note proceedings (2.5). | 2.50 | 695.00 | $1,737.50 |
| 03/30/2021 | JNP | BL | Conference with J. Dubel regarding UBS 9019 motion. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Review and revise UBS 9019. | 0.50 | 1295.00 | $647.50 |
| 03/30/2021 | JNP | BL | Review emails regarding litigation hold letter and respond. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | JNP | BL | Conference with John A. Morris regarding document issues and pursuit of claims issues. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Review of Settlement Agreement with Siepe. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    38

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/30/2021 | JNP | BL | Review and respond to email regarding Wick Phillips conflict. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | JNP | BL | Conference with Robert J. Feinstein regarding 2004. | 0.20 | 1295.00 | $259.00 |
| 03/30/2021 | JNP | BL | Conference with J. Seery and John A. Morris regarding litigation issues, sharing information with Committee and related matters. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Emails regarding Court ruling on extending Dondero note litigation trial date. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding Reid Collins. | 0.20 | 1395.00 | $279.00 |
| 03/30/2021 | RJF | BL | Review document presentation notices, related emails. | 0.30 | 1395.00 | $418.50 |
| 03/30/2021 | JMF | BL | Review updated litigation chart. | 0.30 | 1050.00 | $315.00 |
| 03/30/2021 | JAM | BL | Telephone conference with G. Demo re: litigation matters (0.2); telephone conference with J. Pomerantz re: litigation matters (0.3). | 0.50 | 1245.00 | $622.50 |
| 03/30/2021 | JAM | BL | Review/revise objection to Dondero motion to modify scheduling order (0.2); e-mails with Z. Annable, H. Winograd, L. Canty re: exhibits to objection to Dondero motion to modify scheduling order (0.1); e-mail to B. Assink, Bonds Ellis, J. Pomerantz, G. Demo, H. Winograd re: timing of discovery (0.2); e-mails with Z. Annable, G. Demo, H. Winograd re: objection to Dondero motion to modify scheduling order (0.2); communications with J. Seery, J. Pomerantz re: court's ruling on Dondero motion to modify scheduling order (0.2); e-mails with T. Surgent, J. Sommer re: results from e-mail searches in response to United subpoena (0.2). | 1.10 | 1245.00 | $1,369.50 |
| 03/30/2021 | LSC | BL | Redact additional exhibits (.3); research and review document productions for J. Morris and correspondence regarding the same (2.9). | 3.20 | 460.00 | $1,472.00 |
| 03/30/2021 | GVD | BL | Review and revise draft 9019 motion re UBS settlement | 1.40 | 950.00 | $1,330.00 |
| 03/30/2021 | GVD | BL | Review redacted exhibits to Dondero objection re confidentiality | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Conference with J. Morris re litigation issues | 0.30 | 950.00 | $285.00 |
| 03/30/2021 | GVD | BL | Review UBS litigation hold notice and correspondence with T. Surgent re same | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Finalize UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/30/2021 | GVD | BL | Conference with J. Morris re litigation hold notice re UBS | 0.40 | 950.00 | $380.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   39

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/30/2021 | GVD | BL | Conference with J. Seery re UBS settlement issues | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Further revise and circulate UBS 9019 motion re changes from J. Pomerantz and R. Feinstein | 1.20 | 950.00 | $1,140.00 |
| 03/30/2021 | GVD | BL | Correspondence with PSZJ team re letter from Reid Collins re UBS litigation hold | 0.10 | 950.00 | $95.00 |
| 03/30/2021 | HRW | BL | Review pending adversary proceedings (0.5). | 0.50 | 695.00 | $347.50 |
| 03/31/2021 | IDK | BL | E-mails with J Pomerantz, others on UBS litigation holds and Dondero counsel feedback on same. | 0.20 | 1325.00 | $265.00 |
| 03/31/2021 | JNP | BL | Review emails regarding litigation hold. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with Robert J. Feinstein regarding next steps after court ruling on UBS and Debtor seal motion. | 0.30 | 1295.00 | $388.50 |
| 03/31/2021 | JNP | BL | Email to Board regarding Court ruling on UBS and Debtor seal motions. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Email to Latham regarding call to discuss next steps regarding UBS litigation. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with J. Seery regarding UBS issues and related. | 0.30 | 1295.00 | $388.50 |
| 03/31/2021 | JNP | BL | Conference with J. Dubel regarding UBS 9019 motion and stay pending appeal issues. | 0.40 | 1295.00 | $518.00 |
| 03/31/2021 | JNP | BL | Review email from C. Taylor regarding litigation under seal. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Review C. Taylor email regarding litigation hold and review litigation hold. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with John A. Morris regarding Wick Phillips conflicts. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with Robert J. Feinstein regarding call with Latham. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Participate In call with Latham, John A. Morris, Robert J. Feinstein and Gregory V. Demo regarding status of UBS lawsuit and related issues. | 0.70 | 1295.00 | $906.50 |
| 03/31/2021 | MDJ | BL | Email exchanges with L. Canty, G. Demo and copy personnel re litigation hold letters; Revisions to letterhead and delivery; Prepare Express Mail/FedX labels and coordinate delivery; Call with copy personnel re Cayman FedXs; Vfile letters. | 3.20 | 395.00 | $1,264.00 |
| 03/31/2021 | RJF | BL | Call with Latham regarding TRO proceedings. | 0.70 | 1395.00 | $976.50 |
| 03/31/2021 | RJF | BL | Review and comment on litigation hold letter and related emails. | 0.30 | 1395.00 | $418.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027  - 00002

Page:    40

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/31/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding TRO proceeding. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | RJF | BL | Revise draft statement regarding TRO, related emails. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | RJF | BL | Review proposed revisions to draft 9019 motion, emails Gregory V. Demo regarding same. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | JMF | BL | Review UBS complaint and seal motion. | 0.30 | 1050.00 | $315.00 |
| 03/31/2021 | JAM | BL | Review/revise draft litigation hold letter concerning sealed litigation (0.6); communications with J. Pomerantz, I. Kharasch, G. Demo, R. Feinstein re: litigation hold letter concerning sealed litigation (0.2); telephone conference with J. Pomerantz, R. Feinstein, G. Demo, L& W attorneys re: UBS adversary proceeding and related matters (0.7); e-mails with B. Assink, H. Winograd re: modified scheduling order in Dondero's notes litigation (0.1)., | 1.60 | 1245.00 | $1,992.00 |
| 03/31/2021 | GVD | BL | Conference with PSZJ and UBS re next steps re adversary proceeding | 0.70 | 950.00 | $665.00 |
| 03/31/2021 | GVD | BL | Further revise UBS 9019 motion re comments from J. Dubel | 0.40 | 950.00 | $380.00 |
| 03/31/2021 | GVD | BL | Draft and send litigation hold notices | 2.90 | 950.00 | $2,755.00 |
| 03/31/2021 | GVD | BL | Draft and circulate order on motion to seal | 0.20 | 950.00 | $190.00 |
| 03/31/2021 | GVD | BL | Conference with J. Pomerantz re UBS conference | 0.10 | 950.00 | $95.00 |
| | | | | **448.20** | | **$451,649.00** |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/01/2021 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.40 | 375.00 | $150.00 |
| 03/01/2021 | GVD | CA | Attend to issues re scheduling calls | 0.20 | 950.00 | $190.00 |
| 03/02/2021 | IDK | CA | Review of updated WIP list (.1); Attend WIP call on open issues (1.0). | 1.10 | 1325.00 | $1,457.50 |
| 03/02/2021 | JNP | CA | Participate in WIP call. | 1.00 | 1295.00 | $1,295.00 |
| 03/02/2021 | KKY | CA | Review and revise critical dates | 2.50 | 460.00 | $1,150.00 |
| 03/02/2021 | JEO | CA | Participate in PSZJ WIP Call | 0.80 | 1050.00 | $840.00 |
| 03/02/2021 | JMF | CA | Draft memorandum re pending case issues (.4); telephone call with G. Demo, I. Kharasch and J.N, Pomerantz re same (.7). | 1.10 | 1050.00 | $1,155.00 |
| 03/02/2021 | JAM | CA | Internal WIP call (J. Pomerantz, I. Kharasch, G. Demo, J. Fried, J. O'Neill, H. Wonograd) (0.8). | 0.80 | 1245.00 | $996.00 |

D-CNL001105

# EXHIBIT 173

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

April 30, 2021
Invoice   127680
Client    36027
Matter    00002
          **JNP**

RE:  Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   04/30/2021**

_____

D-CNL000923

**Appx. 02729**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 13
Invoice 127680
April 30, 2021



| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

**Bankruptcy Litigation [L430]**

| 04/01/2021 | IDK | BL | E-mails with J Pomerantz, G Demo, CEO re | | 0.20 | 1325.00 | $265.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 14
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Dondero counsel correspondence re their intent to file motion to withdraw reference on collection actions and opposition (.2). | | | |
| ▰ | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |
| 04/01/2021 | JNP | BL | Emails to and from Gregory V. Demo regarding D. Rukavina email regarding withdrawal of the reference. | 0.10 | 1295.00 | $129.50 |
| 04/01/2021 | JNP | BL | Review and respond to email regarding withdrawal of reference for note lawsuits. | 0.10 | 1295.00 | $129.50 |
| ▰ | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |
| ▰ | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |
| ▰ | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |
| ▰ | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |
| ▰ | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |
| ▰ | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |
| 04/01/2021 | JAM | BL | Telephone conference with H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1); prepare discovery document requests and interrogatories for AP against Advisors (notes litigation) (0.9); review/revise requests for admission for AP against Advisors (notes litigation) (0.3); e-mails with H. Winograd re: discovery requests for AP against Advisors (notes litigation) (0.2); ▰ e-mail to D. Rukavina, H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1). | 1.70 | 1245.00 | $2,116.50 |
| ▰ | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    15
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/01/2021 | HRW | BL | Call with J. Morris re: discovery in NPA demand note litigation (0.1); Draft discovery demands in NPA demand note litigation (1.0); Review adversary proceeding critical dates (0.6). | 1.70 | 695.00 | $1,181.50 |
| 04/02/2021 | JNP | BL | Review witness list and reply brief regarding Committee's motion regarding Dondero discovery. | 0.20 | 1295.00 | $259.00 |

D-CNL000926

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    16
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/04/2021 | JAM | BL | E-mail to H. Winograd re: notes litigation (0.1); | 0.10 | 1245.00 | $124.50 |

D-CNL000927

Appx. 02733

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    17
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/05/2021 | HRW | BL | Review amended scheduling order for Dondero demand note proceeding (0.5). | 0.50 | 695.00 | $347.50 |
| 04/06/2021 | IDK | BL | E-mails with G Demo re Dondero withdrawal of reference motion and our prior research on jurisdiction issues re same | 0.30 | 1325.00 | $397.50 |

**Appx. 02734**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:     19
Invoice 127680
April 30, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/07/2021 | JAM | BL | Review Dondero's amended answer in notes litigation (0.1); draft document requests relating to Dondero's amended answer in notes litigation (0.3); draft interrogatories relating to Dondero's amended answer in notes litigation (0.3); draft requests for admission relating to Dondero's amended answer in notes litigation (0.3); e-mails to H. Winograd, J. Pomerantz, I. Kharasch, G. Demo re: discovery demands relating to Dondero's amended answer in notes litigation (0.2); review revised discovery requests (Winograd versions) relating to Dondero's amended answer in notes litigation (0.2); e-mail to B. Assink, C. Taylor, J. Pomerantz, G. Demo, H. Winograd re: discovery and timing of Dondero's deposition (0.1); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: Dondero's amended answer and related discovery (0.2). | 1.70 | 1245.00 | $2,116.50 |
| 04/07/2021 | HRW | BL | Draft discovery demands for Dondero demand note adversary proceeding (0.9). | 0.90 | 695.00 | $625.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | disqualification of Wick Phillips (1.5); telephone conference with T. Surgent, G. Demo re: document production and related issues (0.7); telephone conference with G. Demo re: document production issues (0.1); telephone conference with J. Pomerantz re: various litigation matters relating to the Advisors (0.8); communications with C. Wilkins, J. Pomerantz, G. Demo re: Bermuda counsel (0.1). | | | |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ███████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| 04/08/2021 | HRW | BL | Review demand note adversary proceeding complaints (0.3). | 0.30 | 695.00 | $208.50 |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| 04/09/2021 | IDK | BL | E-mails with G Demo, others on Plan provisions re note collection/litigation issues | 0.30 | 1325.00 | $397.50 |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| 04/09/2021 | JMF | BL | Review notes receivable litigation and amounts due from noteholders re plan implementation (2.1) | 2.10 | 1050.00 | $2,205.00 |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| 04/09/2021 | JAM | BL | Review of rules re: withdrawal of the reference (0.4); telephone conference with Z. Annable re: rules | 1.00 | 1245.00 | $1,245.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 21
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | for withdrawal of the reference (0.1); | | | |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 04/09/2021 | GVD | BL | Review issues re notes litigation | 0.60 | 950.00 | $570.00 |



D-CNL000931

Appx. 02737

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 22
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/12/2021 | GVD | BL | Review issues re prepayment of notes | 0.60 | 950.00 | $570.00 |
| | | | | | | 75.00 |

D-CNL000932

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    23
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/13/2021 | JMF | BL | Review motion and brief for withdrawal of | 0.50 | 1050.00 | $525.00 |

D-CNL000933

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    24
Invoice 127680
April 30, 2021

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|



references re demand notes.

04/13/2021   JAM   ██

04/13/2021   JAM   BL   Review Answers to complaints filed by Advisors in notes litigation, and send e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: same (0.4); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Advisors' motion to withdraw the reference for notes litigation (0.2)   0.60   1245.00   $747.00

D-CNL000934

Appx. 02740

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    26
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | ███████████ |  |  |  |
| 04/14/2021 | JNP | BL | Email to D. Rukavina regarding scheduling for motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Email to and from D. Rukavina regarding hearing on motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Conference with John A. Morris regarding hearing on motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Review motion to withdraw reference. | 0.20 | 1295.00 | $259.00 |
| ██ | ██ | ██ | ████████████ | ██ |  | ██ |
| ██ | ██ | ██ | ██████████████ | ██ |  | ██ |
| ██ | ██ | ██ | █████████████ | ██ |  | ██ |
|  | ██ |  | ██████ |  |  | ██ |
| ██ | ██ | ██ | ███████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ███████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
|  | ██ |  | ███████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
|  | ██ |  | █████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████ | ██ | ██ | ██ |
| 04/14/2021 | JAM | BL | ████████████████ | 4.80 | 1245.00 | $5,976.00 |

██████████████████
██████████████████
██████████████████
██████████████████ e-mails with
D. Rukavina, J. Pomerantz re: scheduling issues
concerning adversary proceeding against Advisors
and Funds (0.5); e-mail to Court, D. Rukavina, L.
Hogewood,  J. Pomerantz re: scheduling issues

D-CNL000935

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 27
Invoice 127680
April 30, 2021



| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | concerning adversary proceeding against Advisors and Funds (0.3;) | | | |
| 04/14/2021 | GVD | BL | Correspondence re note and discovery request | 0.10 | 950.00 | $95.00 |
| 04/14/2021 | HRW | BL | Draft Rule 26 disclosures for Dondero demand note adversary proceeding (2.0). | 2.00 | 695.00 | $1,390.00 |

D-CNL000936

Appx. 02742

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    28
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/15/2021 | IDK | BL | Review and consider G Demo's memo on prepayment issues on Dondero related p-notes and how prepayments are allocated and default issues (.3); E-mails with G Demo, others re same (.1). | 0.40 | 1325.00 | $530.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    29
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | ███ | ███ | ███ |
| | | | | ███ | ███ | ███ |
| | | | | ███ | ███ | ███ |
| | | | | ███ | ███ | ███ |
| | | | | ███ | ███ | ███ |
| | | | | ███ | ███ | ███ |
| | | | | ███ | ███ | ███ |
| | | | | ███ | ███ | ███ |
| | | | | ███ | ███ | ███ |
| | | | | ███ | ███ | ███ |
| | | | | ███ | ███ | ███ |
| 04/15/2021 | HRW | BL | Prepare Rule 26 disclosures for Dondero demand note adversary proceeding (0.6). | 0.60 | 695.00 | $417.00 |
| 04/16/2021 | IDK | BL | E-mail and telephone conference with J Pomerantz re Dondero withdrawal of reference motions and logistics on response to same and J Kim (.2); E-mail and telephone conference with G Demo re same and relevant pleadings (.2); E-mails with J Kim re need for responses to Dondero withdrawal of reference motions (.2). | 0.60 | 1325.00 | $795.00 |
| 04/16/2021 | JJK | BL | Research re: reference withdrawal, core matter, Stern, related issues. | 3.70 | 995.00 | $3,681.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    30
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/16/2021 | JNP | BL | Conference with Ira D. Kharasch regarding motion to withdraw reference response. | 0.20 | 1295.00 | $259.00 |
| 04/16/2021 | JNP | BL | Review Dondero motion to stay pending withdrawal of the reference  and email regarding same. | 0.20 | 1295.00 | $259.00 |
| ███ | ██ | ██ | ████████████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ██████████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████████████████ | | | |
| ███ | ██ | ██ | ██████████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████████████ | | | |
| | | | █████████████████ | | | |
| ███ | ██ | ██ | ██████████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ███████████ | ██ | ██ | ███ |
| 04/16/2021 | GVD | BL | Review Dondero motion re withdrawal of the reference | 0.20 | 950.00 | $190.00 |
| 04/16/2021 | GVD | BL | Conference with I. Kharasch re motions to withdraw the reference and follow up items re same | 0.20 | 950.00 | $190.00 |
| ███ | ██ | ██ | ██████ | ██ | ██ | ███ |
| 04/16/2021 | HRW | BL | Review Dondero withdrawal of reference filed in demand note adversary proceeding (0.5). | 0.50 | 695.00 | $347.50 |
| 04/16/2021 | HRW | BL | Review Dondero's motion to stay demand note | 0.30 | 695.00 | $208.50 |

D-CNL000939

Appx. 02745

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 31
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | adversary proceeding pending motion to withdraw reference (0.3). | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 04/17/2021 | JAM | BL | Review Dondero motion to expedite stay motion (0.3); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: analysis of Dondero motion to expedite stay motion (0.4); draft objection to Dondero motion to expedite motion for stay (2.7). | 3.40 | 1245.00 | $4,233.00 |
| 04/17/2021 | HRW | BL | Draft demand note discovery requests (2.5). | 2.50 | 695.00 | $1,737.50 |
| 04/18/2021 | JNP | BL | Review and comment on opposition to motion for stay of discovery and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 04/18/2021 | JAM | BL | Review and revise initial draft objection to Dondero's motion to expedite motion for stay (2.9); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re:  initial draft objection to Dondero's motion to expedite motion for stay (0.1); draft JAM declaration in support of objection to Dondero's motion to expedite motion for stay (0.5); e-mail to Z. Annable, G. Demo, H. Winograd re: declaration and objection concerning Dondero's motion to expedite (0.1). | 3.60 | 1245.00 | $4,482.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 04/18/2021 | GVD | BL | Review objection to motion to expedite | 0.30 | 950.00 | $285.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    32
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| 04/18/2021 | HRW | BL | Draft demand note discovery requests (3.5). | 3.50 | 695.00 | $2,432.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 04/19/2021 | JJK | BL | Research/analysis reference withdrawal, core matters, Stern issues. | 7.80 | 995.00 | $7,761.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    33
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

04/19/2021   JAM   BL   Review/revise objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.8); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: revised objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.1); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.2); review/revise interrogatories, RFAs, document requests, and Rule 30(b)(6) deposition notice for the Advisors re: notes litigation (0.7); communications with H. Winograd re: discovery for the Advisors in notes litigation (0.1); communications with J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery for Advisors in notes litigation (0.1).   2.00   1245.00   $2,490.00

D-CNL000942

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    34
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| 04/19/2021 | HRW | BL | Draft discovery demands for HCMFA demand note proceeding (1.2). | 1.20 | 695.00 | $834.00 |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | | |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| 04/20/2021 | JJK | BL | Research/analysis of Stern, jurisdiction, reference, related issues. | 3.10 | 995.00 | $3,084.50 |
| 04/20/2021 | JJK | BL | Analysis/research jurisdiction, Stern, reference issues. | 4.30 | 995.00 | $4,278.50 |
| 04/20/2021 | JJK | BL | Research Stern, jurisdiction, reference, related issues. | 3.10 | 995.00 | $3,084.50 |
| 04/20/2021 | JNP | BL | Conference with John A. Morris regarding funds/ advisor adversary proceeding and related. | 0.20 | 1295.00 | $259.00 |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |

D-CNL000943

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027　- 00002

Page:　36

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ████ | ██ | █ | ████████ | ██ | ██ | ███ |
| ████ | ██ | █ | ████████████ | ██ | ██ | ███ |
| ████ | ██ | █ | ███████████ | ██ | ██ | ███ |
| ████ | ██ | █ | █████████████ | ██ | ██ | ██ |
| ████ | ██ | █ | █████████████ | ██ | ██ | ███ |
| ████ | ██ | █ | ████████ | ██ | ██ | ██ |
| ████ | ██ | █ | ██████████ | ██ | ██ | ███ |
| ████ | ██ | █ | ██████████ | ██ | ██ | ███ |
| 04/21/2021 | JJK | BL | Research and prepare objection to NexPoint reference withdrawal motion. | 2.10 | 995.00 | $2,089.50 |
| 04/21/2021 | JJK | BL | Research and prepare objection to NexPoint/HCMFA reference motions. | 5.40 | 995.00 | $5,373.00 |
| 04/21/2021 | JJK | BL | Research/draft objection to HCMFA reference withdrawal motion. | 3.00 | 995.00 | $2,985.00 |
| 04/21/2021 | JNP | BL | Research regarding withdrawal reference and conference with Ira D. Kharasch and review of complaint and emails with Jeffrey H. Davidson regarding same. | 0.40 | 1295.00 | $518.00 |
| ████ | ██ | █ | ██████████ | ██ | ██ | ██ |
| ████ | ██ | █ | ██████████ | ██ | ██ | ██ |
| ████ | ██ | █ | ██████████ | ██ | ██ | ██ |
| ████ | ██ | █ | ██████████ | ██ | ██ | ██ |
| ████ | ██ | █ | ███████ | ██ | ██ | ██ |

D-CNL000944

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:     37
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | JJK | BL | Research re reference withdrawal issues. | 0.80 | 995.00 | $796.00 |
| 04/22/2021 | JNP | BL | Review of memo regarding withdrawal of the reference. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 38
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | LAF | BL | Legal research re: "Tax loan" & withdrawal of reference. | 0.50 | 475.00 | $237.50 |



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | JAM | BL | Review Dondero discovery requests (0.2); review Advisors' discovery requests (0.1); draft amended deposition notice for Dondero (0.1); e-mails with Z. Annable, H. Winograd re: amended deposition notice for Dondero (0.1). | 0.50 | 1245.00 | $622.50 |
| 04/22/2021 | GVD | BL | Review Dondero discovery requests | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    39

Invoice 127680

April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/23/2021 | LAF | BL | Citecheck & edit memos on withdrawal of reference. | 5.80 | 475.00 | $2,755.00 |

D-CNL000947

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    40
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | e-discovery (0.1); review docket and send e-mail to ▮▮▮ | | | |
| ▮▮ | ▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| 04/25/2021 | JAM | BL | E-mails to L. Drawhorn, J. Seery, J. Pomerantz re: HCRE's proposed amended of notes complaint (0.1). | 0.10 | 1245.00 | $124.50 |
| ▮▮ | ▮ | ▮ | ▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| 04/26/2021 | IDK | BL | E-mails with J Pomerantz re status on oppositions to motions to withdraw reference ▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |

D-CNL000948

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    41
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | JJK | BL | Prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adversary proceedings). | 4.60 | 995.00 | $4,577.00 |
| 04/26/2021 | JNP | BL | Conference with PSZJ team regarding pending litigation deadlines and responsibilities. | 0.80 | 1295.00 | $1,036.00 |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| 04/26/2021 | JNP | BL | Review memo regarding withdrawal of reference and enforcement of reference. | 0.10 | 1295.00 | $129.50 |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| 04/26/2021 | JNP | BL | Review emails regarding Dondero discovery in notes litigation. | 0.10 | 1295.00 | $129.50 |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ████████████████ | ██ | ██ | |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ████████████████ | ██ | ██ | ███ |

D-CNL000949

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    42
Invoice 127680
April 30, 2021



| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/26/2021 | JAM | BL | Review Dondero's third set of discovery requests (0.2); communications with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery, potential motion for summary judgment re: against Dondero (0.4). | 0.60 | 1245.00 | $747.00 |

D-CNL000950

Appx. 02756

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    43
Invoice 127680
April 30, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | HRW | BL | Call with G. Demo, J. Morris, B. Sharp, and meta e-discovery reps regarding responding to various discovery requests in adversary proceedings. | 0.20 | 695.00 | $139.00 |
| 04/26/2021 | HRW | BL | Review discovery demands in Notes Litigation. | 1.00 | 695.00 | $695.00 |
| 04/26/2021 | HRW | BL | Research summary judgement standard for notes litigation. | 2.20 | 695.00 | $1,529.00 |

D-CNL000951

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    44
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2021 | JJK | BL | Review docs and prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adv. proceedings). | 9.10 | 995.00 | $9,054.50 |

D-CNL000952

Appx. 02758

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 45
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2021 | JAM | BL | Review rules and documents and send e-mail to H. Winograd, J. Pomerantz, I. Kharasch, G Demo re: potential motion for summary judgment (Dondero, notes litigation) (0.5). | 0.50 | 1245.00 | $622.50 |
| 04/28/2021 | JJK | BL | Research and further revisions to objection to Dondero reference motion. | 4.20 | 995.00 | $4,179.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 46

Invoice 127680

April 30, 2021

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/28/2021 | JJK | BL | Research/analysis re: Dondero claims and reference issues. | 4.00 | 995.00 | $3,980.00 |
| 04/28/2021 | JJK | BL | Work on withdrawal of reference response | 2.50 | 995.00 | $2,487.50 |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| 04/28/2021 | JNP | BL | Review email from M. Clemente regarding pending notes litigation and forward to Board. | 0.10 | 1295.00 | $129.50 |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| 04/28/2021 | RJF | BL | Review motion to amend, original complaint, related pleadings. | 1.30 | 1395.00 | $1,813.50 |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| 04/28/2021 | JMF | BL | Review HCMFA answer. | 0.30 | 1050.00 | $315.00 |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 47
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ██ | ██ | █ | ███████████ | █ | ██ | ██ |
| ██ | ██ | █ | ███████████ | | ██ | ██ |
| ██ | ██ | █ | ██████ | █ | ██ | ██ |
| ██ | ██ | █ | ████████ | █ | ██ | ██ |
| ██ | ██ | █ | ███████ | █ | ██ | ██ |
| ██ | ██ | █ | █████ | █ | ██ | ██ |
| ██ | ██ | █ | ████ | █ | ██ | ██ |
| 04/28/2021 | GVD | BL | Review response to motion to withdrawal the reference | 0.50 | 950.00 | $475.00 |
| ██ | ██ | █ | ████████ | █ | ██ | ██ |
| ██ | ██ | █ | ███████ | █ | ██ | ██ |
| ██ | █ | █ | ██████ | █ | ██ | ██ |
| ██ | ██ | █ | ██████ | █ | ██ | ██ |
| ██ | ██ | █ | ███████ | █ | ██ | ██ |
| ██ | ██ | █ | ██████ | █ | | ██ |
| 04/28/2021 | HRW | BL | Review Dondero's responses to discovery requests in notes litigation. | 0.10 | 695.00 | $69.50 |
| 04/28/2021 | HRW | BL | Draft Responses and Objections for NPA discovery demands in notes litigation. | 0.30 | 695.00 | $208.50 |
| ██ | ██ | █ | █████ | █ | ██ | ██ |
| ██ | ██ | █ | ███████ | █ | ██ | ██ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    48
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/29/2021 | JAM | BL | Telephone conference with H. Winograd re: responses to Advisors' discovery requests in notes litigation (0.6). | 0.60 | 1245.00 | $747.00 |
| 04/29/2021 | GVD | BL | Conference with J. Seery re notes enforcement issues | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:   49
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| 04/29/2021 | HRW | BL | Call with G. Demo regarding NPA discovery requests in notes litigation. | 0.40 | 695.00 | $278.00 |
| 04/29/2021 | HRW | BL | Call with G. Demo, K. Hendrix, D. Klos, J. Donahue regarding NPA discovery requests in notes litigation. | 0.30 | 695.00 | $208.50 |
| 04/29/2021 | HRW | BL | Draft responses & objections to NPA's discovery requests in notes litigation. | 8.00 | 695.00 | $5,560.00 |
| 04/29/2021 | HRW | BL | Call with J. Morris regarding NPA discovery in notes litigation. | 0.60 | 695.00 | $417.00 |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮▮▮ | ▮ | | ▮ |
| 04/30/2021 | IDK | BL | E-mails with J Kim re opposition to Advisors' and others motions to withdraw the reference (.6); Review of revised oppositions to same (.2). | 0.80 | 1325.00 | $1,060.00 |
| 04/30/2021 | JJK | BL | Additional research for objections to withdrawal reference motions of NexPoint, HCMFA, Dondero, and revise same objections. | 3.60 | 995.00 | $3,582.00 |
| 04/30/2021 | JJK | BL | Revise objections to reference withdrawal motions and emails Kharasch on same. | 2.10 | 995.00 | $2,089.50 |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| 04/30/2021 | JMF | BL | Review motion to stay adversary proceedings. | 0.40 | 1050.00 | $420.00 |
| ▮▮▮ | ▮▮ | ▮ | ▮▮▮▮▮ | ▮ | ▮ | ▮ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 50
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |
| | | | | | | |
| ███ | ██ | ██ | ████████████ | ██ | ██ | ███ |
| | | | | | | |
| ███ | ██ | ██ | ████████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ██████ | ██ | ██ | ███ |
| ███ | ██ | ██ | █████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ██████ | ██ | ██ | ███ |
| ███ | ██ | ██ | ███████ | ██ | ██ | ███ |
| ███ | ██ | ██ | █████ | ██ | ██ | ███ |
| ███ | ██ | ██ | █████ | ██ | ██ | ███ |
| 04/30/2021 | HRW | BL | Draft responses and objections to NPA's discovery requests in notes litigation. | 3.50 | 695.00 | $2,432.50 |
| 04/30/2021 | HRW | BL | Call with J. Morris regarding NPA discovery requests in notes litigation. | 0.10 | 695.00 | $69.50 |
| 04/30/2021 | HRW | BL | Call with D. Klos regarding NPA discovery requests in notes litigation. | 0.60 | 695.00 | $417.00 |
| | | | | 548.80 | | $565,736.50 |

D-CNL000958

Appx. 02764