

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 24, 2022**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** <br><br> Plaintiff, <br><br> vs. <br><br> **JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,** <br><br> Defendants. | **Adv. Proc. No. 21-03003** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** <br><br> Plaintiff, <br><br> vs. <br><br> **HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.,** <br><br> Defendant. | **Adv. Proc. No. 21-03004-sgj** |

| | |
|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>        Plaintiff,<br><br>vs.<br><br>**NEXPOINT ADVISORS, L.P., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,**<br><br>        Defendants. | Adv. Proc. No. 21-03005 |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>        Plaintiff,<br><br>vs.<br><br>**HIGHLAND CAPITAL MANAGEMENT SERVICES, INC., JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,**<br><br>        Defendants. | Adv. Proc. No. 21-03006 |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,**<br><br>        Plaintiff,<br><br>vs.<br><br>**HCRE PARTNERS, LLC (n/k/a NexPoint Real Estate Partners, LLC), JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST,**<br><br>        Defendants. | Adv. Proc. No. 21-03007 |

## ORDER GRANTING AMENDED AGREED EMERGENCY MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

On this date, the Court considered the *Amended Agreed Emergency Motion for Leave to Exceed Page Limit for Defendants' Response to Plaintiff's Motion for Partial Summary Judgment*

(the "Motion")[1] filed by the Defendants in each of the above-captioned adversary proceedings on January 20, 2022. Upon consideration of the Motion, and the fact that Plaintiff Highland Capital Management, L.P. ("Plaintiff") is unopposed to the Motion, the Court finds that the Motion is well taken and should be granted. Accordingly, the Court finds that just cause exists for entry of the following order. It is therefore

**ORDERED** that the Motion is **GRANTED** as set forth herein. It is further

**ORDERED** that the Defendants' brief in support of their response to Plaintiff's Motion for Partial Summary Judgment may exceed the page limit mandated by L.B.R. 7056-1(e)(2) by no more than five (5) additional pages.

###END OF ORDER###

---

[1] The relief requested in the Motion was amended by Defendants pursuant to an agreement with the Plaintiff that was announced to the Court by email dated January 20, 2022. Defendants thereafter filed an amended motion with this Court indicating that they seek only to exceed the summary judgment brief page limit by five (5) pages.