

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 11, 2022**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| | § | |
| Plaintiff, | § | Adv. Proc. No. 21-03003-sgj |
| | § | |
| vs. | § | |
| | § | |
| JAMES DONDERO, NANCY DONDERO, AND THE | § | Case No. 3:21-cv-01010-E |
| DUGABOY INVESTMENT TRUST, | § | |
| | § | |
| Defendants. | § | |
| | § | |

HIGHLAND CAPITAL MANAGEMENT, L.P.,

§
§
§

Plaintiff,

§   Adv. Proc. No. 21-03004-sgj
§

vs.

§
§
§   Case No. 3:21-cv-00881-X

HIGHLAND CAPITAL MANAGEMENT FUND
ADVISORS, L.P.,

§
§
§
§
§

Defendant.

§
§

HIGHLAND CAPITAL MANAGEMENT, L.P.,

§
§
§

Plaintiff,

§   Adv. Proc. No. 21-03005-sgj
§

vs.

§
§
§

NEXPOINT ADVISORS, L.P., JAMES
DONDERO, NANCY DONDERO, AND
THE DUGABOY INVESTMENT TRUST,

§   Case No. 3:21-cv-00880-C
§
§
§
§

Defendants.

§

HIGHLAND CAPITAL MANAGEMENT, L.P.,

§
§
§

Plaintiff,

§   Adv. Proc. No. 21-03006-sgj
§

vs.

§
§
§

HIGHLAND CAPITAL MANAGEMENT
SERVICES, INC., JAMES DONDERO,
NANCY DONDERO, AND THE DUGABOY
INVESTMENT TRUST,

§   Case No. 3:21-cv-01378-N
§
§
§

Defendants.

§

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § § | Adv. Proc. No. 21-03007-sgj |
| vs. | § § | |
| HCRE PARTNERS, LLC (n/k/a NexPoint Real Estate Partners, LLC), JAMES DONDERO, NANCY DONDERO, AND THE DUGABOY INVESTMENT TRUST, | § § § § § § § | Case No. 3:21-cv-01379-X |
| Defendants. | § § | |

### ORDER GRANTING
### MOTION TO CONTINUE HEARING ON HIGHLAND CAPITAL MANAGEMENT, L.P.'S MOTION FOR PARTIAL SUMMARY JUDGMENT IN NOTES ACTIONS

Having considered the *Motion to Continue Hearing on Highland Capital Management, L.P.'s Motion for Partial Summary Judgment in Notes Actions* (the "Motion")[1] filed by Highland Capital Management, L.P. ("Highland" or the "Reorganized Debtor"), the reorganized debtor in the above-captioned chapter 11 case (the "Bankruptcy Case") and plaintiff in the above-referenced adversary proceedings (each, an "Adversary Proceeding" and collectively, the "Adversary Proceedings" or "Notes Actions"), the Court finds that good cause exists to grant the Motion.  Accordingly, it is **HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      The Hearing on Highland's *Motion for Partial Summary Judgment in Notes Actions* (the "Summary Judgment Motion")[2] originally scheduled to take place on Tuesday, March 8, 2022, at 9:30 a.m. (Central Time) will now take place on **Wednesday, March 23, 2022, at 9:30 a.m. (Central Time)**.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Motion.

[2] Adv. Proc. No. 21-3003, Dkt. No. 132; Adv. Proc. No. 21-3004, Dkt. No. 91; Adv. Proc. No. 21-3005, Dkt. No. 131; Adv. Proc. No. 21-3006, Dkt. No. 129; and Adv. Proc. No. 21-3007, Dkt. No. 124.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

### End of Order ###