BTXN 221 (rev. 09/22)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br>    Debtor(s)<br>Highland Capital Management, L.P.<br>    Plaintiff(s)<br>  vs.<br>James Dondero et al.<br>    Defendant(s)<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>    Plaintiff(s)<br>  vs.<br>JAMES D. DONDERO, NANCY DONDERO, AND<br>THE DUGABOY INVESTMENT TRUST<br>    Defendant(s) | § § § § § § § § § § § § § § § § § § | Case No.:   19–34054–sgj11<br>Chapter No.:   11<br><br>Adversary No.:   21–03003–sgj<br><br>Civil Case No.:   3:21cv01010 (Consolidated Under Civ. Act. No. 3:21cv00881) |

# NOTICE OF TRANSMITTAL OF REPORT AND RECOMMENDATION

I am transmitting:

  One copy of: Report and Recommendation .


DATED:  12/6/22                    FOR THE COURT:
                                   Robert P. Colwell, Clerk of Court

                                   by: /s/Sheniqua Whitaker, Deputy Clerk