UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:21-CV-0881-X |
| v. | § § | Consolidated with: |
| | § | 3:21-CV-0880-X |
| NEXPOINT ASSET MANAGEMENT, L.P., (F/K/A HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.), et al., | § § § § § | 3:21-CV-1010-X<br>3:21-CV-1378-X<br>3:21-CV-1379-X<br>3:21-CV-3160-X<br>3:21-CV-3162-X |
| *Defendants.* | § § § | 3:21-CV-3179-X<br>3:21-CV-3207-X<br>3:22-CV-0789-X |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

After the Court consolidated several cases, including 3:21-CV-1010-X (the "Underlying Case"),[1] it ordered any party that had a pending motion in the consolidated cases to renew that motion on the docket of the lead case, 3:21-CV-0881-X.[2] Defendant James Dondero renewed one such motion. He moves for entry of an order on his pending objection to the Bankruptcy Court's report and recommendation in the Underlying Case.[3] [Doc. 31].

In that report and recommendation, the Bankruptcy Court recommends that the Court grant Dondero's motion to withdraw the reference when the Bankruptcy

---

[1] Doc. 24.

[2] Doc. 25.

[3] Dondero originally filed this objection at Doc. 3 in the Underlying Case.

1

Court certifies that this action is ready for trial and, in the meantime, defer all pretrial matters to the Bankruptcy Court.[4]

The Court finds that the Bankruptcy Court's familiarity with the facts and the parties make it well-situated to handle pretrial matters in this case. The Court further finds that allowing the Bankruptcy Court to handle pretrial filings will further both judicial economy and the important goal of uniformity and efficiency in bankruptcy administration.

Therefore, the Court **ACCEPTS** the recommendation. This case is hereby **REFERRED** for pretrial management to the United States Bankruptcy Court. When the Bankruptcy Court concludes that this case is ready for trial, it should notify the Court, and the Court will then withdraw the reference.

**IT IS SO ORDERED,** this 6th day of July, 2023.

                                                BRANTLEY STARR
                                                UNITED STATES DISTRICT JUDGE

---

[4] The Bankruptcy Court filed its report and recommendation at Doc. 2 in the Underlying Case.